## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 24-CV-22002-CMA

Plaintiff:
**AMANDA RAMIREZ, individually and on behalf of all others similarly situated,**

vs.

Defendant:
**SHEIN US SERVICES, LLC.**

For:
Manuel Hiraldo
Hiraldo P.A.
401 E. Las Olas Blvd.
Ste 1400
Fort Lauderdale, FL 33301

Received by L & L Process, LLC. on the 24th day of May, 2024 at 2:00 pm to be served on **SHEIN US SERVICES, LLC REGISTERED AGENT: MATTHEW MARZUCCO, 2804 GATEWAY OAKS DR, SACRAMENTO, CA 95833**.

I, Danielle Noelle Crosby, do hereby affirm that on the **28th day of May, 2024** at **1:56 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **VANESSA FLANAGAN** as **AUTHORIZED/CUSTOMER SERVICE REPRESENTATIVE** for **SHEIN US SERVICES, LLC**, at the address of: **2804 GATEWAY OAKS DR, SACRAMENTO, CA 95833**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: ASIAN, Height: 5'4'', Weight: 175, Hair: BLACK, Glasses: -

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

_____
**Danielle Noelle Crosby**
Process Server 2018-12

**L & L Process, LLC.
13876 SW 56 Street
Suite 200
Miami, FL 33175
(305) 772-8804**

Our Job Serial Number: LLP-2024002176

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a