UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-22002-CIV-ALTONAGA/Reid

**AMANDA RAMIREZ**, *et al.*,

    Plaintiffs,
v.

**SHEIN US SERVICES, LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Shein US Services, LLC's Motion to Compel Arbitration and Dismiss or, in the Alternative, to Stay in Favor of Arbitration [ECF No. 13], filed July 8, 2024. On July 10, 2024, Plaintiffs, Amanda Ramirez and Hanna Pita filed a First Amended Class Action Complaint [ECF No. 16]. The filing of an amended complaint renders moot any previous pleadings or motions that responded to the original pleading. *See Meterlogic, Inc. v. Copier Sols., Inc.*, 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Compel Arbitration and Dismiss or, in the Alternative, to Stay in Favor of Arbitration **[ECF No. 13]** is **DENIED as MOOT**.

2. Defendant may file a new motion to compel arbitration on or before **July 19, 2024**. If Defendant does so, it shall not answer or respond to the First Amended Class Action Complaint **[ECF No. 16]** until the Court resolves that motion.

CASE NO. 24-22002-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 11th day of July, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record