IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-22002-CIV-ALTONAGA-REID

AMANDA RAMIREZ and
HANNA PITA,

    Plaintiffs,

v.

SHEIN US SERVICES, LLC,

    Defendant.

_____/

## DECLARATION OF DANNY CHI IN SUPPORT OF
## SHEIN US SERVICES, LLC'S MOTION TO COMPEL ARBITRATION

    I, Danny Chi, declare:

    1.    I am the Head of Governance, Risk and Compliance ("GRC") for SHEIN.  I have personal knowledge of the matters set forth herein, and if called upon to do so, could and would testify competently thereto.  I submit this declaration in support of SHEIN's motion to compel arbitration.

    2.    As Head of GRC, my responsibilities include oversight over the governance and cybersecurity policies and standards that govern SHEIN's e-commerce and mobile application operations infrastructure.

    3.    In my capacity as Head of GRC, I have access to SHEIN's online "SHEIN U.S. TERMS OF USE" (the "Terms"), which SHEIN maintains in the ordinary course of its business. A true and correct copy of the SHEIN Terms that were in effect on May 24, 2024, when this lawsuit was filed is attached hereto as Exhibit A.

    4.    In the ordinary course of its business, SHEIN maintains records of online purchases

and orders with which I am familiar and to which I have access.  I have reviewed those records as they relate to Plaintiffs Amanda Ramirez ("Ms. Ramirez") and Hanna Pita ("Ms. Pita") in particular in connection with this declaration.

5.      Based on my review of those records, Plaintiffs made purchases from the SHEIN mobile application and website on several occasions, including, as it relates to Ms. Ramirez, on March 10, 2022 and on January 3, 2024 and, as it relates to Ms. Pita, on April 7, 2024.  A true and correct copy of the transaction records relating to Ms. Ramirez is attached hereto as Exhibit B.  A true and correct copy of the transaction records relating to Ms. Pita is attached hereto as Exhibit C.  The shipping name shown on Exhibit C is "Hanna Kirlin" because that is the name associated with the phone number for Ms. Pita alleged in the Complaint and a North Carolina shipping address.

6.      In my capacity as Head of GRC, I am familiar with SHEIN's mobile application sign-in and checkout process during the relevant timeframe.  Anyone who signs in to SHEIN's mobile application must proceed through a sign-in screen on their phone or mobile device.  Below is a representative screenshot taken from the mobile application sign-in process that was in effect when Ms. Ramirez made her purchase through SHEIN's mobile application on January 3, 2024 and when Ms. Pita made her purchase through SHEIN's mobile application on April 7, 2024:

7.     A user must be signed in to complete a purchase through the SHEIN mobile application.  Below is a representative screenshot taken from the mobile application checkout process through which a user must proceed to make a purchase through the mobile application that was in effect when Ms. Ramirez made her purchase through SHEIN's mobile application on January 3, 2024 and when Ms. Pita made her purchase through SHEIN's mobile application on April 7, 2024:



A customer could not complete an online purchase without clicking the "CONTINUE" button shown above.

8.     A true and correct copy of the Terms in effect on January 3, 2024 is attached hereto as Exhibit D (SHEIN U.S. Terms of Use, Effective date: October 31, 2023).  Those Terms were hyperlinked in blue immediately above the "CONTINUE" button shown in paragraph 7 above and below the "CONTINUE" button in paragraph 6 above the preceding paragraph when Ms. Ramirez made her purchase on January 3, 2024.  The Terms attached hereto as Exhibit A were hyperlinked in blue immediately above the "CONTINUE" button shown in paragraph 7 above and below the "CONTINUE" button in paragraph 6 above the preceding paragraph when Ms. Pita made her purchase on April 7, 2024.

9.     Below is a representative screenshot taken from the mobile application sign-in process that was in effect when Ms. Ramirez signed into the mobile application on March 9, 2022 and when Ms. Pita signed into the mobile application on September 1, 2022:



10.     A true and correct copy of the Terms in effect when Ms. Ramirez signed into the mobile application on March 9, 2022 and made a purchase on March 10, 2022, and when Ms. Pita

signed in on September 1, 2022, is attached hereto as Exhibit E (SHEIN U.S. Terms of Use, Effective date: December 30, 2021).   The Terms were hyperlinked immediately above the "ACCEPT" button as shown above.

11.   The following are screenshots from a search of the SHEIN database that contemporaneously records the date and time stamp of the moment a user clicked the "ACCEPT" button shown in paragraph 9:

| | id | member_id | clause_id | clause_type | clause_state | add_time | last_update_time | is_del |
|---|---|---|---|---|---|---|---|---|
| + | 579943008 | 269737192 | 9 | 1 | 1 | 2022-03-09 23:23:5... | 2022-03-09 23:23:5... | 0 |

| | id | member_id | clause_id | clause_type | clause_state | add_time | last_update_time | is_del |
|---|---|---|---|---|---|---|---|---|
| + | 8431461B8 | 1159038552 | 37 | 1 | 1 | 2022-09-01 09:22:5... | 2022-09-01 09:22:5... | 0 |

Member ID 269737192 is the Member ID associated with Ms. Ramirez.   The first row shown above reflects that Ms. Ramirez accepted SHEIN's Terms of Use on March 9, 2022.   Member ID 1159038552 is the Member ID associated with Ms. Pita (identified in SHEIN's records as Ms. Kirlin, as discussed above).   The second row shown above reflects that Ms. Pita accepted SHEIN's Terms of Use on September 1, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___18th___ day of July, 2024.

_____
Danny Chi

# EXHIBIT A

Home / SHEIN U.S. TERMS OF USE

# SHEIN U.S. TERMS OF USE

**Effective Date: March 27th, 2024**

Welcome to SHEIN's US web, mobile site and mobile application.

These terms and conditions ( **"Agreement"** or **"Terms"** ) govern your use of the us.shein.com website (the **"Site"** ), related SHEIN mobile application available to US residents (the **"App"** ), any other written, electronic, and oral communications with SHEIN, or any websites, pages, features, or content owned and operated by us (collectively, including the Site and App the **"Services"** ). You must be age 16 or older to use the Services.

BY USING THE SERVICES, YOU AGREE TO THESE TERMS. IF YOU DO NOT AGREE TO THESE TERMS, DO NOT ACCESS OR USE THE SERVICES.

PLEASE BE AWARE THAT THIS AGREEMENT CONTAINS PROVISIONS GOVERNING HOW TO RESOLVE DISPUTES BETWEEN YOU AND SHEIN. AMONG OTHER THINGS, IT INCLUDES AN AGREEMENT TO ARBITRATE WHICH REQUIRES, WITH LIMITED EXCEPTIONS, THAT ALL DISPUTES BETWEEN YOU AND US SHALL BE RESOLVED BY BINDING AND FINAL ARBITRATION. IT ALSO CONTAINS A CLASS ACTION AND JURY TRIAL WAIVER. PLEASE READ THIS AGREEMENT CAREFULLY.

UNLESS YOU OPT OUT OF THE AGREEMENT TO ARBITRATE WITHIN 30 DAYS: (1) YOU WILL ONLY BE PERMITTED TO PURSUE DISPUTES OR CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING AND YOU WAIVE YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE ARBITRATION; AND (2) YOU ARE WAIVING YOUR RIGHT TO PURSUE DISPUTES OR CLAIMS AND SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL.

- 1. GENERAL >
- 2. USE OF OUR SERVICES >

- **3.** PRIVACY POLICY >
- **4.** ERRORS >
- **5.** PURCHASES >
- **6.** INTELLECTUAL PROPERTY AND OWNERSHIP >
- **7.** THIRD PARTY LINKS AND RESOURCES >
- **8.** ADDITIONAL APP TERMS >
- **9.** TEXT MESSAGING PROGRAM >
- **10.** EVENTS BEYOND OUR CONTROL >
- **11.** LIMITATION OF LIABILITY >
- **12.** DISCLAIMERS OF WARRANTIES >
- **13.** LEGAL DISPUTES AND ARBITRATION AGREEMENT FOR USERS IN THE UNITED STATES >
- **14.** LEGAL TERMS >
- **15.** NOTICE OF INTELLECTUAL PROPERTY INFRINGEMENT >
- **16.** CONTACT US >
- **17.** INTERNATIONAL USERS >

# 1. GENERAL

**1.1 Services.** The Site and the App are provided by SHEIN US Services, LLC. Where applicable, **"SHEIN"** , the **"Company"** , **"we"** , **"us"** and **"our"** shall refer to SHEIN US Services, LLC and its affiliates and **"you"** or **"your"** shall refer to the user of the Services.

The Services provide an online marketplace that enables users in the United States to purchase products from third-party sellers ( **"Third-Party Seller(s)"** ) and/or SHEIN Distribution Corporation. If you order products to be shipped to another country, you may be redirected to the local site of the country to which products are shipped, in which case, you will be subject to the terms of that local site.

**1.2 Updates to the Terms.** We reserve the right to change, modify, add or remove sections of these Terms, at any time, in our sole discretion. You are responsible for checking these Terms for any changes whenever you use the Services. When changes are made, we will make a new copy of these Terms available on the Services, and we will also update the "Last Updated" date at the top of the Terms. We may also require you to provide consent to the updated Terms in a specified manner before further use of the Services (or certain functionality thereof) is permitted. By continuing to use or access any of the Services or otherwise engaging with SHEIN after the posting of changes, you accept and agree to any such changes. IF YOU DO NOT AGREE TO ANY CHANGE(S), YOU SHALL STOP USING THE SERVICES.

**1.3 Supplemental Terms.** Your use of, and participation in, certain features and functionality of the Services may be subject to additional terms, such as our Bonus Point Policy , Coupon Policy , Return Policy and Gift Card Policy ( **"Supplemental Terms"** ), the terms of which are hereby incorporated by reference. If these Terms are inconsistent with the Supplemental Terms, then the Supplemental Terms control with respect to the applicable Services.

## 2. USE OF OUR SERVICES

**2.1 Use of Services.** Subject to the terms and conditions of this Agreement, SHEIN hereby grants you a limited, revocable, non-transferable and non-exclusive license to access and use the Services for the purpose of personal, non-commercial, shopping for items sold on the Services and not for any commercial use or use on behalf of any third party, except as explicitly permitted by us in advance. Any breach of this Agreement shall result in the immediate revocation of the license granted in this paragraph without notice to you.

**2.2 Limitations on Use.** Except as permitted in the paragraph above, you may not reproduce, distribute, display, sell, lease, transmit, create derivative works from, translate, modify, reverse-engineer, disassemble, decompile or otherwise exploit the Services or any portion of them unless expressly permitted by us in writing. You may not make any commercial use of any of the information provided on the Services or make any use of the Services for the benefit of another business unless explicitly permitted by us in advance. You agree that we may, in our sole discretion and without prior notice, terminate your access to the Services at any time with or without cause. In addition, from time to time, we may restrict access to some or all parts of the Services, including, but not limited to, the ability to upload documents, make payments, or send messages.

You shall not upload to, distribute, or otherwise publish through the Services any content, information, or other material that: (a) violates or infringes the copyrights, patents, trademarks, service marks, trade secrets, or other proprietary rights of any person; (b) is libelous, threatening, defamatory,

obscene, indecent, pornographic, or could give rise to any civil or criminal liability under local or international law; or (c) includes any bugs, logic bombs, viruses, worms, trap doors, Trojan horses or other code, material or properties which are malicious or technologically harmful.

Additionally, you agree not to:

- use the Services for any unlawful purposes, or in a way that could violate any applicable federal, state, local, or international law or regulation, the rights of SHEIN, or the rights of any third-party;
- to engage in any conduct that restricts or inhibits anyone's use or enjoyment of the Services, or which, as determined by us, may harm us or other persons using the Services or expose us or them to liability;
- use the Services in any manner that could disable, overburden, damage, or impair the Site or App or any other party's use of the Services;
- use any robot, spider or other manual or automated device, process, software or means to index or access the Services for any purpose;
- use the Services to distribute unsolicited promotional or commercial content, or solicit other persons using the Services for commercial purposes; or
- otherwise attempt to interfere with the proper working of the Service.

**2.3 Account Creation and Termination.** In order to access some features or services available on the Services, you will have to create a SHEIN user account ( **"User Account"** ), including setting up a password. You may not use another person's account or password.

You are solely responsible for protecting the confidentiality of your User Account and the information you hold for your User Account, including your password, as well as any and all activity that occurs under your User Account. In no event will we be liable for any loss, theft or fraudulent use of your User Account. You agree to immediately notify us of any unauthorized use of your User Account, password, or any other breach or threatened breach of the Site or App's security. You warrant and confirm that you will only use your own User Account or password in connection with accessing and using the Services.

Your Wallet (defined below) will only work in the United States. If you reside in one country but order products to be shipped to another country, you may be redirected to the site serving the country to which the products are shipped.

We reserve the right to suspend or terminate your User Account and/or cancel your orders in our discretion, including, without limitation, if we believe that your conduct violates applicable law or is harmful to our interests. If your User Account is discontinued by SHEIN due to your violation of any portion these Terms or for conduct otherwise deemed inappropriate, then you agree that you will not attempt to re-register with or access the Services through use of a different member name, user account or otherwise. You may terminate your User Account at any time, for any reason, by following any applicable instructions within the Site or App, or by contacting us as described in the "Contact Us" section below. If your Wallet (defined below) holds promotional points, promotional coupons or wallet credit at the time of termination or cancellation of your User Account, you may lose the ability to use those assets, except as provided by applicable law, if you do not reach out to **Customer Service**. To the fullest extent permitted by applicable law, SHEIN will not have any liability whatsoever to you for any suspension or termination of your User Account.

By creating a User Account with us, you acknowledge that we may send you promotional or marketing emails from time to time. If you do not wish to receive those emails, please use the link provided in those emails to unsubscribe from our email list.

**2.4 Wallet.**

If you create a User Account, you will be provided with a SHEIN digital wallet ( **"Wallet"** ) that can be used to collect and hold Wallet credits, promotional coupons, and promotional points, and to track gift cards (see details on each type below) issued by SHEIN via the Services. The Wallet is provided as a convenience to enable you to readily access these features; you cannot load your own funds to the Wallet, and nothing maintained in the Wallet has any cash value except as expressly indicated below or as otherwise provided by applicable law. Wallet credits, promotional coupons, promotional points, and gift cards can only be redeemed, as applicable, in connection with purchase of products available on the Services in accordance with the terms below, and not for any other purpose. Gift cards can only be redeemed in connection with the purchase of products sold by SHEIN, not Third-Party Sellers. The Wallet is accessible via the Site or the App in the section "My Assets" of your User Account. Wallet credits, promotional coupons, promotional points, and gift cards cannot be redeemed for cash, except as may be required under applicable law. You may view your total balance of the various items in your Wallet, including the value of Wallet credits available for redemption, in the "My Assets" section. This balance information is provided for your convenience only and is not intended to reflect, and does not constitute, an aggregate balance of funds available for you to spend and held on your behalf by SHEIN (or any other party). We may limit the amounts in Wallet credits, gift cards, or coupons that you are able to maintain at any given time, at our sole discretion.

- **Promotional Points:** Promotional points are stored in your Wallet. Promotional points may be earned by participating in certain activities and by purchasing products through the Services, as further detailed in **Bonus Point Policy**. Promotional Points are subject to expiration and

cancellation by the Company. Promotional points can only be redeemed on the site through which they were granted (for example, if promotional points were granted on the us.shein.com site, then they can only be redeemed on that site).

- **Promotional Coupons:** Coupons are subject to additional terms and conditions found in SHEIN's <u>Coupon Policy</u>, which may change from time to time with or without notice. Coupons provided to you may be subject to expiration by SHEIN. The use of coupons granted by SHEIN is subject to limitations as provided in connection with each promotional coupon. Promotional coupons can only be used on the site through which they were granted (for example, if a promotional coupon was granted on the us.shein.com site, then it can only be used on that site). Notwithstanding the foregoing, only those promotional coupons that are identified by SHEIN as being eligible for Third-Party Sellers' products may be used for purchasing Third-Party Sellers' products on the Services, and any promotional coupons that are identified as only for Third-Party Sellers' products may not be used for purchasing products sold by SHEIN.

- **Wallet Credit:** Wallet credit may be provided to you when you return goods sold on the Services in accordance with our <u>Return Policy</u> and choose a Wallet credit in lieu of the refund to your payment method option. In electing to receive a Wallet credit instead of a refund to the payment method used for your purchase, you understand and agree that you will not receive and will no longer be able to receive a refund to your payment method or any other method. The Wallet credit cannot be redeemed for cash and does not have any cash value, except as may be required under applicable law. Wallet credits can only be redeemed on the site through which the Wallet credit was granted (for example, if you ordered and subsequently returned a product on the us.shein.com site and elected to receive a Wallet credit, that Wallet credit can only be redeemed on that site). No more than $1,500 can be associated with your Wallet credit on any day.

- **Gift Cards:** Gift cards may be tracked under the "My Assets" section of your User Account. You can view your gift card balance by entering the gift card number and pin. Your gift card balance is the value of the gift card less any amounts that have already been redeemed for purchases, if any. Gift cards are subject to the terms and conditions set out in SHEIN's <u>Gift Card Policy</u>, which are incorporated by reference to these Terms. Gift cards given to you as a promotion will be clearly identified as such, and may be subject to expiration or cancellation by Company in accordance with the <u>Gift Card Policy</u> and the terms of any such promotional gift card. Gift cards can only be redeemed on the site through which they were purchased or provided (for example, if a gift card was purchased or provided through the us.shein.com site, then it can only be

redeemed on that site). Gift cards can only be used for purchases of SHEIN's products and cannot be used for purchases of Third-Party Sellers' products.

**2.5 Interactions with Other Users.** When interacting with others via the Services, including Third-Party Sellers, you should exercise caution and common sense to protect your personal safety and property, just as you would when interacting with other persons whom you do not know. You are solely responsible for your interactions with any other parties with whom you interact; provided, however, that SHEIN reserves the right, but has no obligation, to provide support in the event of disputes between you and any Third-Party Sellers or other users of the Services. YOU AGREE THAT NEITHER SHEIN NOR ITS LICENSORS IS RESPONSIBLE FOR THE CONDUCT, WHETHER ONLINE OR OFFLINE, OF ANY THIRD-PARTY SELLER OR OTHER USER OF THE SERVICES, AND THAT SHEIN MAKES NO REPRESENTATIONS WITH RESPECT TO YOUR INTERACTIONS WITH THEM. SHEIN AND ITS LICENSORS WILL NOT BE LIABLE FOR ANY CLAIM, INJURY OR DAMAGE ARISING IN CONNECTION WITH YOUR INTERACTIONS WITH THIRD-PARTY SELLERS OR OTHER USERS OF THE SERVICES, OR YOUR USE OF OR INABILITY TO USE ANY ITEMS PURCHASED FROM A THIRD-PARTY SELLER THROUGH THE SERVICES.

**2.6 Accurate Information; Customs.** You must provide valid, complete, and accurate data of the type required on the Services when making a purchase, and it is your sole responsibility to make certain that such data is accurate. All names and addresses (including for shipping and payment) must also be accurate and valid. If any information is missing or is incorrect, and that leads to a shipment delay or cancellation during the customs clearance process, neither SHEIN nor any Third-Party Seller will be responsible or be obligated to offer any compensation to you whatsoever. You hereby authorize SHEIN to make statements, submit, amend and invalidate all declarations and documents necessary or useful to import goods ordered by you in your name and/or from your User Account. This includes the power to make and receive service and deliveries, request refunds of any levies, taxes and fees relating to the importation of goods, to conduct administrative appeal and court proceedings as well as enforcement proceedings and appeals and remedies at all instances, file applications, complaints, etc. with public authorities, courts and other institutions, file, withdraw and/or waive legal remedies and appeals against judgments, orders, arbitral awards, payment orders, or any other orders and decisions of whatever kind, receive monies, valuables and documents and/or deeds in connection with the purchase, shipment, or delivery of products you purchased or caused to be purchased via the Services. It also includes the right to instruct customs agents in the name and on behalf of you and to grant sub-authorization to customs agents and/or other representatives involved in handling matters relating to the importation of goods and complying with regulations regarding the importation of goods.

## 3. PRIVACY POLICY

SHEIN's Privacy Policy applies to use of the Services, including your submission of personal information through the Services, and is herein incorporated by reference. To view SHEIN's Privacy Policy, click <u>here</u> .

## 4. ERRORS

While we strive to provide accurate information on the Services, errors, inaccuracies, or omissions, including those that relate to pricing, product descriptions, availability, and offers may occur. We reserve the right to correct any errors, inaccuracies, or omissions and to change or modify information or cancel orders if any information on the Services is inaccurate at any time without prior notice, including after your order has been submitted. In the event we or a Third-Party Seller cancel all or part of an order, we will provide you with notice and a refund.

## 5. PURCHASES

**5.1 Prices and Orders.** All product prices listed on the Services are exclusive of shipping charges and local sales and use tax and other taxes or fees (where applicable) which will be charged to you separately at the applicable rate on each order. A Colorado Retail Delivery Fee will be charged to you separately at the applicable rate on each order that is to be delivered to an address in Colorado. Similarly, any other regulatory fees that may be required by the state where your order is to be delivered will be charged to you separately, if applicable.

Prices may change at any time, but (other than as set out above) changes shall not affect the orders for which we have sent an order confirmation email. All amounts are in U.S. dollars unless otherwise noted on the Site or in the App.

For a detailed description of our order process, please visit <u>How to Order</u> . Credit cards are subject to verification and authorization by the card issuer. If you made a purchase through your User Account, your purchase and order history are available in the "My Orders" section of your User Account. By clicking "Buy Now" or "Place Order" and "Continue" in connection with an order on the Services, you are offering to purchase the applicable products

available on the Services, the acceptance of such offer is in our and/or the Third-Party Seller's, as applicable, sole discretion; confirmation of acceptance (if any) will be communicated to you in an order confirmation via email.

If you detect an error in your order after the completion of the payment process, you should immediately contact our **Customer Service Platform** to correct the error.

**Please note single-day purchase limitations:** Customers in the United States cannot currently place order(s) that exceed $800 on a single day.

**5.2 Colors.** We make reasonable efforts to display, as accurately as possible, the colors of our products that appear on the Services. However, because the actual colors you see will depend on your monitor, we cannot guarantee that your monitor's display of any color will be an accurate depiction of the color of the color of the product you selected to purchase.

**5.3 Shipping.** Although some of the products sold on the Services may be available to be shipped from a location within the United States, other products may be shipped from outside of the United States. We may include a "Quickship" tag on the product page of certain products. A "Quickship" tag will let you know that the item may be available to be shipped from a location in the United States. However, if such item is no longer available to be shipped from within the United States by the time your order is placed, it will be shipped from outside the United States.

**5.4 Title and Shipment.** Title to any purchased items fulfilled outside the United States transfers from the respective seller (i.e., SHEIN Distribution Corporation if you purchase a product sold by SHEIN or the Third-Party Seller if you purchase a product sold by a Third-Party Seller) to you as the respective customer once the items are loaded onto the international carrier outside of your country. Title to any purchased items fulfilled in the United States transfers from the respective seller (i.e., SHEIN Distribution Corporation if purchase a product sold by SHEIN or the Third-Party Seller if you purchase a product sold by a Third-Party Seller) to you when the products are delivered to the shipping address provided by you. SHEIN neither owns nor takes title to any product sold by a Third-Party Seller. Any legitimate claims arising from loss or damage during delivery of the order by the carrier to your delivery address must be made to Customer Service within fourteen (14) days after your received the goods or should have received the goods (in case of lost goods). If we determine that your claim is valid, at our discretion, we will either replace the item that was damaged or lost during shipment (subject to availability and using the same shipping method without additional shipping costs, and subject to the same terms and conditions

as set forth herein), or we will reimburse you the purchase price and shipping cost paid (provided that the shipping cost did not include other items that were delivered without damage).

**Return of product.** Returns of items purchased on the Services will be accepted in accordance with our <u>Return Policy</u>. Returns may only be made using the return shipping label we provide to you. Based on your request, we will either exchange the product or refund you the purchase price (free return shipping will only be available for one return per order). The refund will be credited either to your Wallet associated with your User Account (subject to Section 2.4 in these Terms) or your original method of payment at your election. If you choose a Wallet credit, you will not be able to redeem the Wallet credit for cash, except as required under applicable law. Certain items are non-returnable as specified in the <u>Return Policy</u>.

**5.5 Purchases from Third-Party Sellers.** Because SHEIN does not own any of the products that are listed by Third-Party Sellers, all such products are purchased from and sold directly by such Third-Party Sellers. SHEIN is not a party to any transaction for products listed by Third-Party Sellers, and accordingly, any contract for the purchase of products listed by Third-Party Sellers through the Services is entered into directly between the applicable purchaser and such Third-Party Seller. While SHEIN may facilitate these transactions through the Services (including by acting as limited payments agent on behalf of Third-Party Sellers to process payments on such sellers' behalf), we have no control over and do not guarantee the existence, quality, timing, condition, safety or legality of products offered for sale by Third-Party Sellers through the Services; the truth or accuracy of listings for products sold by Third-Party Sellers; the integrity, responsibility, or any actions of any Third-Party Sellers; the ability of any Third-Party Sellers to sell products; or that any Third-Party Seller will actually complete a transaction. SHEIN is not an auctioneer, seller, or carrier of any items that are listed for sale by Third-Party Sellers.

**5.6 Release for Disputes with Third-Party Sellers.** To the fullest extent permitted by applicable law, SHEIN expressly disclaims any and all liability that may arise between you and any Third-Party Seller. The Services merely provide a venue for connecting our users with Third-Party Sellers. Because SHEIN is not a party to the actual contracts between you and any Third-Party Seller that you purchase a product from, in the event that you have a dispute with any Third-Party Seller, you release SHEIN, its parents, subsidiaries, affiliates, and all of their officers, employees, investors, agents, partners and licensors, but excluding any Third-Party Sellers (each a **"SHEIN Party"** and collectively, the **"SHEIN Parties"**) from any and all claims, demands, or damages (actual or consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

If you are a California resident, you hereby waive California Civil Code Section 1542, which states, "A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party." The foregoing release does not apply to any claims, demands, or any losses, damages, rights and actions of any kind, including personal injuries, death or property damage for any unconscionable commercial practice by a party or for such party's fraud, deception, false, promise, misrepresentation or concealment, suppression or omission of any material fact in connection with the Services

# 6. INTELLECTUAL PROPERTY AND OWNERSHIP

**6.1 Content.** The Services, including all features and materials, such as the text, logos, software, scripts, data compilations, graphics, photographs, sounds, music, videos, and interactive features provided as part of the Services (collectively, **"Content"** ), as well as the design of any products offered on the Services, may be the property of SHEIN or others and protected by copyright and/or other intellectual property laws. You may only access the Content as permitted under these Terms.

**6.2 Marks.** The trademark SHEIN and other trademarks, service names, logos, designs, phrases, page headers, button icons, and scripts used by SHEIN in connection with the Services, are trademarks, service marks, and trade dress of SHEIN (collectively, the **"Marks"** ) in the United States and other countries. No right, title, or interest in or to any of the Marks is transferred to you and all rights not expressly granted are reserved. The Marks may not be used by you without the express written permission of SHEIN. All other trademarks not owned by SHEIN that appear in connection with products offered on the Services are the property of their respective owners, who may not be affiliated with, connected to, or sponsored by SHEIN. Use of the Marks on any portion of the Services, is not a representation that SHEIN is the owner of any copyright or other intellectual property rights in the products offered for sale on the Services. SHEIN sources some of its products from third-party manufacturers and wholesalers, and the Services offer products sold by Third-Party Sellers.

**6.3 Rights Reserved.** The Content on the Services is intended solely for personal, non-commercial use. You may not download, copy, reproduce, distribute, transmit, broadcast, display, perform, reproduce, publish, sell, license, create derivative works from, or otherwise exploit any Content, software, products or service contained on the Services without the prior written consent of the Company or the respective owners. You may not use any of the Content to further any commercial purpose, including any advertising or advertising revenue generation on your own website, social media

account or in any other form or medium. You hereby grant to SHEIN (and its affiliates, assignees, or survivors in interest) a world-wide, perpetual, warranty-free, irrevocable license to freely duplicate, use, or incorporate any questions, comments, suggestions, ideas, feedback or other information about the Services that you provide to us. You further acknowledge and agree that all of the foregoing is not confidential and is subject to the Company's review and monitoring. You agree not to circumvent, disable or otherwise interfere with security-related features of the Services or features that prevent or restrict use or copying of any Content or enforce limitations on use of the Services or the Content therein. We reserve all rights not expressly granted in and to the Content.

**6.4 Reviews, Comments and Submissions.** Except as otherwise provided elsewhere in this Agreement or on the Services, anything that you submit or post to the Services and/or provide to the Site or App, including, without limitation, images, videos, information, ideas, know-how, techniques, questions, reviews, comments, and suggestions (collectively, **"Submissions"** ) is and will be treated as non-confidential and nonproprietary (unless such Submission is otherwise subject to our [Privacy Policy](#) ), and by submitting or posting, you agree to irrevocably license the Submissions and all intellectual property rights related thereto (excluding the moral rights such as authorship right) to the Company on a non-exclusive basis without charge and we shall have the royalty-free, worldwide, perpetual, irrevocable, and transferable right to use, copy, distribute, display, publish, perform, sell, lease, transmit, adapt, create derivative works from such Submissions by any means and in any form, and to translate, modify, reverse-engineer, disassemble, or decompile such Submissions. You hereby grant to SHEIN (and its affiliates, assignees, or survivors in interest) a world-wide, perpetual, warranty-free, irrevocable non-exclusive license to duplicate, use, or incorporate all your Submissions. In addition to the rights applicable to any Submission, when you post comments or reviews to the Services, you also grant us the right to use the name that you submit with any review or comment, if any, in connection with such review or comment. You shall not use a false e-mail address, pretend to be someone other than yourself, or otherwise mislead us or third parties as to the origin of any Submissions or content. We may but shall not be obligated to remove or edit any Submissions (including comments or reviews) for any reason.

You warrant that you have all necessary rights and authorizations to provide, upload, and submit your Submissions and to grant the rights and licenses to Submissions that you grant under these Terms. You undertake to defend and indemnify the Company against any losses caused due to the use of the Submissions as authorized herein.

Please note that you are prohibited from posting images to our Services of yourself, if you are under the age of 18, or of others who are under the age of 18.

**6.5 User Generated Content Policy.** When you transmit, post, upload, share, or otherwise contribute any content, including Submissions, to the Services, such contributed content shall be considered as user-generated content ( **"UGC"** ) to the extent that such content is visible to or accessible to

any other Site or App visitors or users. By accepting these Terms, you agree not to contribute any UGC that could reasonably be considered to entail, contain, provide or promote any of the following: disclosure of another person's personal information, the publication of which would violate federal or state law, or otherwise be construed as harassment;

- Sexually explicit or pornographic content;

- Profanity;

- derogatory, discriminatory or hateful comments or incitements against specific individuals or groups based on race, national or ethnic origin, color, religion, age, sex, sexual orientation, gender identity or expression, marital status, family status, genetic characteristics, disability or conviction for an offence for which a pardon has been granted or in respect of which a record suspension has been ordered;

- incitements to violence or other dangerous activities;

- terrorism or other criminal activities;

- insensitive or offensive comments related to natural disasters, atrocities, health crisis, deaths, conflicts or other tragic events;

- harassment, bullying, or threats;

- dangerous products, illicit drugs, or inappropriate use or sale of tobacco and/or alcohol;

- spam;

- false or misleading information or claims pertaining to products made available for purchase on the Services;

- transactions in cryptocurrencies;

- false medical-related claims or contents;

- content that infringes intellectual property rights;

- content that you are not authorized to, or don't have a legal right to, share, post, or otherwise display; or

- any other content that could be considered illegal, offensive or restricted under applicable laws or regulations.

You further acknowledge and agree that SHEIN, in its sole discretion, may remove, block any UGC for any reason, in its sole discretion, including any UGC that it determines violate the above requirements. Posting UGC in violation of these Terms, may lead to the suspension or subsequent termination of your access to all or part of our Services. By accepting these Terms, you hereby acknowledge and agree to only post UGC that is

appropriate for a family audience. You further acknowledge and agree that SHEIN is not obligated to police or actively review UGC prior to its display on the Services, and that you are therefore solely responsible for the UGC you elect to post on the Services.

# 7. THIRD PARTY LINKS AND RESOURCES

The Services may contain links to third-party sites that are not owned or controlled by us. References on our Site and App to any names, marks, products or services of third parties, or links to third-party sites or information, are not an endorsement, sponsorship, or recommendation of the third party or its information, products, or services.

We have no control over, assume no responsibility for, and do not endorse or verify the content, privacy policies, or practices of any third-party sites or services, including, but not limited to, any third-party social media or mobile app platform with which the Services operate or otherwise interact. The Company is not responsible for the acts or omission of any operator of any such site or platform. Your use of any such third-party site or platform is at your own risk and will be governed by such third party's terms and policies (including its privacy policies). We make no warranties or representations about the accuracy, completeness, or timeliness of any content posted on the Services by anyone other than us. We strongly advise you to read all third-party terms and conditions and privacy policies.

# 8. ADDITIONAL APP TERMS.

**8.1 App License. Application License.** Subject to your compliance with these Terms, SHEIN grants you a limited non-exclusive, non-transferable, non-sublicensable, revocable license to download, install and use a copy of the App a single devices (as defined below) that you own or control and to run such copy of the App solely for your own personal purposes.

**8.2 Downloading the App from Google Play.** If you accessed through or downloaded the App from the Google Play store, you may have additional license rights with respect to use of the App on a shared basis within your designated family group.

**8.3 Downloading the App from the Apple App Store.** If you accessed the App through or downloaded the App from the Apple App Store, you shall only use the App (a) on an Apple-branded product that runs the iOS (Apple's proprietary operating system) and (b) as permitted by the "Usage Rules"

set forth in the Apple Media Terms of Service, except that such App may be accessed, acquired, and used by other accounts associated with the purchaser via Apple's Family Sharing function, volume purchasing, or Legacy Contacts function. In addition, the following applies if you accessed the App through or downloaded the App from the Apple App Store.

- You acknowledge and agree that (i) these Terms are concluded between you and SHEIN only, and not Apple, and (ii) SHEIN, not Apple, is solely responsible for the App or content thereof. Your use of the App must comply with the App.
- You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App.
- In the event of any failure of the App to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price for the App to you and to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the App. As between SHEIN and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of SHEIN.
- You and SHEIN acknowledge that, as between SHEIN and Apple, Apple is not responsible for addressing any claims you have or of any third party relating to the App or your possession and use of the App, including, but not limited to: (i) product liability claims; (ii) any claim that the App fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.
- You and SHEIN acknowledge that, in the event of any third-party claim that the App or your possession and use of the App infringe that third party's intellectual property rights, as between SHEIN and Apple, SHEIN, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by these Terms.
- You and SHEIN acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of these Terms as related to your license of the App, and that, upon your acceptance of the terms and conditions of these Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce this Agreement as related to your license of the App against you as a third-party beneficiary thereof.
- Without limiting any other terms of these Terms, you must comply with all applicable third-party terms of agreement when using the App.

# 9. TEXT MESSAGING PROGRAM

GENERAL TERMS & DISPUTES. WITHOUT LIMITATION OUR TEXT MESSAGING PROGRAM IS SUBJECT TO THESE COMPLETE TERMS, WHICH CONTAIN PROVISIONS THAT GOVERN HOW CLAIMS YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED (SEE LEGAL DISPUTES AND ARBITRATION AGREEMENT SECTION BELOW), INCLUDING AN OBLIGATION TO ARBITRATE DISPUTES, WHICH WILL, SUBJECT TO LIMITED EXCEPTIONS, REQUIRE YOU TO SUBMIT CLAIMS YOU HAVE AGAINST US, INCLUDING WITHOUT LIMITATION, ANY CLAIMS RELATING TO TEXT MESSAGES YOU RECEIVE FROM US, TO BINDING ARBITRATION, UNLESS YOU OPT-OUT IN ACCORDANCE WITH THE ARBITRATION SECTION BELOW.

**9.1 Enrollment. You must expressly opt in to SHEIN's text messaging program (the "Program") to receive Program messages.** By enrolling, you expressly consent to receive recurring SMS and MMS messages from SHEIN at the telephone number you designated, including advertising, marketing, news, updates, and other information from or on behalf of SHEIN. You acknowledge and agree that Program messages may be sent using an automatic telephone dialing system, another automated system for the selection and dialing of telephone numbers, or any other messaging technology. Your consent to participate in our Program is not required (directly or indirectly) as a condition of purchasing any property, goods, or services and it is not required to use our Site, App, or Services.

**9.2 Message Frequency.** Program message frequency varies and we may change the frequency of the messages you receive at any time, including in response to your interactions with us.

**9.3 Getting HELP.** For Program support or assistance, text the keyword HELP to the short code or number from which you currently are receiving our text messages, respond with the keyword HELP to any message you receive from our Program, or email us_legal@sheingroup.com .

**9.4 Opting Out.** You can opt out from receiving SMS/MMS text messages through our Program by responding with the keyword STOP to any message you receive from our Program, or just texting STOP to the short code or number from which you currently are receiving our text messages. In either case, you will receive one additional message confirming that your request has been processed. Please note that we may change any short code or telephone number we use to operate the Program at any time with notice to you. You acknowledge that any messages, including any STOP or HELP requests, you send to a short code or telephone number we have changed may not be received and that we will not be responsible for honoring such requests.

**9.5 Your Own Wireless Plan.** Message and data rates may apply for any messages sent to and by you. If you have any questions about your text plan or data plan, contact your wireless provider.

**9.6 Your Duties for Your Own Phone Number.** If you enroll in the Program, you represent that you are the account holder or customary user for the mobile telephone number that you provide when enrolling in our text messaging program. If you change or deactivate that number, you are responsible for notifying us at Privacy Center immediately. The Program is offered on an "as-is", "as-available" basis and may not be available in all areas or at all times and may not be supported by all wireless carriers. Neither we, our vendors, T-Mobile, and/or any other wireless carrier is liable for failed, delayed, misdirected, or undelivered messages.

**9.7 Participation Subject to Termination or Change.** If you enroll in SHEIN's Program, we may suspend or terminate your receipt of automated marketing messages from us if we believe you are in breach of these Terms. Your receipt of these messages is also subject to termination if your mobile telephone service terminates or lapses. We reserve the right to modify or discontinue, temporarily or permanently, all or any part of these messages, with or without notice to you.

**9.8 Privacy.** If you have any questions regarding privacy, please read our Privacy Policy at SHEIN PRIVACY POLICY | SHEIN USA .

# 10. EVENTS BEYOND OUR CONTROL

We will not be liable for any non-compliance or delay in compliance with any of the obligations we assume under the Terms or other contracts when caused by events that are beyond our reasonable control ( **"Force Majeure"** ). Force Majeure shall include any act, event, failure to exercise, omission or accident that is beyond our reasonable control, including, among others, the following:

- Strike, lockout, or other forms of protest.
- Civil unrest, revolt, invasion, terrorist attack or terrorist threat, war (declared or not) or threat or preparation for war.
- Fire, explosion, storm, flood, earthquake, collapse, epidemic, pandemic, or any other natural disaster.
- Inability to use trains, ships, aircraft, motorized transport, or other means of transport, public or private.
- Inability to use public or private telecommunication systems.
- Acts, decrees, legislation, regulations or restrictions of any government or public authority.
- Strike, failure, or accident in maritime or river transport, postal transport, or any other type of transport.

It shall be understood that our obligations deriving from the Terms or other contracts are suspended during the period in which Force Majeure remains in effect and we will be given an extension of the period in which to fulfil these obligations by an amount of time equal to the time the Force Majeure lasted. We will provide all reasonable resources to end the Force Majeure to the extent we can or to find a solution that enables us to fulfil our obligations under the Terms despite the Force Majeure.

# 11. Limitation of Liability

**11.1 Disclaimer of Certain Damages.** YOU UNDERSTAND AND AGREE THAT, TO THE FULLEST EXTENT PROVIDED BY LAW, IN NO EVENT SHALL SHEIN BE LIABLE FOR ANY LOSS OF PROFITS, REVENUE OR DATA, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, OR DAMAGES OR COSTS DUE TO LOSS OF PRODUCTION OR USE, LOSS OF BUSINESS OR MANAGEMENT TIME, BUSINESS INTERRUPTION, LOSS OF INCOME OR SALES, OPERATING LOSS, LOSS OF PROFITS OR CONTRACTS, LOSS OF FORECAST SAVINGS, OR PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, IN EACH CASE WHETHER OR NOT SHEIN HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, ARISING OUT OF OR IN CONNECTION WITH THESE TERMS OR ANY COMMUNICATIONS, INTERACTIONS OR MEETINGS WITH OTHER USERS OR THIRD-PARTY SELLERS OF THE SERVICES, ON ANY THEORY OF LIABILITY, INCLUDING WITHOUT LIMITATION SUCH DAMAGES FROM: (A) THE USE OR INABILITY TO USE THE SERVICES; (B) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION OR SERVICES PURCHASED OR OBTAINED; OR MESSAGES RECEIVED THROUGH THE SERVICES; (C) UNAUTHORIZED ACCESS TO, LOSS OF, OR ALTERATION OF YOUR TRANSMISSIONS OR DATA; (D) STATEMENTS OR CONDUCT OF ANY THIRD-PARTY ON THE SERVICES; OR (E) ANY OTHER MATTER RELATED TO THE SERVICES, WHETHER BASED ON WARRANTY, COPYRIGHT, CONTRACT, TORT (INCLUDING NEGLIGENCE), OR ANY OTHER LEGAL THEORY.

**11.2 Cap on Liability.** UNLESS EXPRESSLY STATED OTHERWISE IN THESE TERMS, TO THE FULLEST EXTENT PROVIDED BY LAW, SHEIN WILL NOT BE LIABLE TO YOU ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH ANY PRODUCT PURCHASED ON THE SERVICES FOR MORE THAN THE PURCHASE PRICE OF SUCH PRODUCT. FOR ALL OTHER CLAIMS ARISING OUT OF OR RELATED TO THESE TERMS OR THE SERVICES, UNLESS EXPRESSLY STATED OTHERWISE IN THESE TERMS, TO THE FULLEST EXTENT PROVIDED BY LAW, IN NO EVENT WILL SHEIN'S LIABILITY TO YOU EXCEED $100.

**11.3 Exclusions.** THE LIMITATIONS OF LIABILITY AND DISCLAIMERS OF DAMAGES IN THIS SECTION 11 SHALL NOT APPLY TO SHEIN'S LIABILITY FOR (i) DEATH OR PERSONAL INJURY CAUSED BY SHEIN'S NEGLIGENCE; OR (ii) ANY INJURY CAUSED BY SHEIN'S FRAUD OR FRAUDULENT MISREPRESENTATION. IN ADDITION, CERTAIN JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

**11.4 Basis of the Bargain.** THE LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN SHEIN AND YOU.

# 12. DISCLAIMERS OF WARRANTIES

**PLEASE READ THIS SECTION CAREFULLY SINCE IT LIMITS THE LIABILITY OF SHEIN TO YOU.**

**12.1 Listing Information is provided "as is".** Due to the open nature of the Services and the possibility of errors in storage and transmission of digital information, we do not warrant the accuracy and security of the information transmitted or obtained by means of the Services, unless otherwise indicated expressly on the Services. All product descriptions, information and materials shown on the Services are provided "as is", with no express or implied warranties or conditions of the same, except those that may not be excluded by applicable law.

**12.2 Products Sold by SHEIN.** If you purchase a product sold by SHEIN on the Services, SHEIN is obliged to deliver such product in conformity with the mutually intended transaction, in accordance with commercial reasonable expectations, being liable to you for any lack of conformity which exists at the time of delivery. It is understood that the goods are in conformity with the transaction or intended purchase if they: (i) comply with the description given by us and possess the qualities that we have presented in this Site; (ii) are fit for the purposes for which goods of this kind are normally used; and (iii) show the quality and performance which are normal in goods of the same type and which can reasonably be expected.

TO THE FULLEST EXTENT PERMITTED BY LAW, SHEIN HEREBY EXCLUDES AND DISCLAIMS ALL WARRANTIES AND CONDITIONS (WHETHER EXPRESS OR IMPLIED) WITH RESPECT TO PRODUCTS SOLD BY SHEIN, EXCEPT THOSE THAT MAY NOT BE EXCLUDED BY LAW.

**12.3 Products of Third-Party Sellers.** SHEIN does not make any warranties regarding products that are OFFERED OR sold by Third-Party Sellers. SHEIN EXPRESSLY DISCLAIMs ALL WARRANTIES, REPRESENTATIONS, AND CONDITIONS OF ANY KIND WITH RESPECT TO ANY PRODUCTS

OFFERED OR SOLD BY THIRD-PARTY SELLER, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. If you buy a product that is sold by a Third-Party Seller, you assume, agree and understand that you bear all of the risks in purchasing such product via the Services. WITHOUT LIMITING THE FOREGOING, SHEIN MAKES NO WARRANTY THAT ANY PRODUCTS OFFERED OR SOLD BY THIRD-PARTY SELLERS WILL MEET YOUR REQUIREMENTS, BE DELIVERED IN A TIMELY MANNER, OR BE IN THE CONDITION DESCRIBED IN THE PRODUCT'S LISTING. SHEIN MAKES NO WARRANTY REGARDING THE QUALITY OF ANY SUCH PRODUCTS.

**12.4 Services Provided "As-Is".** BY USING THE SERVICES, YOU HEREBY ACKNOWLEDGE AND AGREE THAT WE ARE PROVIDING THE SERVICES, INCLUDING THE SITE AND APP, ON AN "AS IS" "AS AVAILABLE" AND "WITH ALL FAULTS" BASIS, WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. WITHOUT LIMITING THE FOREGOING, AND TO THE EXTENT PERMITTED BY LAW, THE COMPANY EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES AND CONDITIONS OF ANY KIND RELATING TO THE SERVICES, INCLUDING ANY WARRANTY OR CONDITION OF MERCHANTABILITY, TITLE, ACCURACY, COMPLETENESS, LEGALITY, UNINTERRUPTED OR ERROR-FREE SERVICE, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT, NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR TRADE USAGE. WE MAKE NO PROMISES WITH RESPECT TO, AND EXPRESSLY DISCLAIM ALL LIABILITY FOR: (1) PRODUCTS, SERVICES, INFORMATION, PROGRAMMING, AND/OR ANYTHING ELSE PROVIDED BY A THIRD PARTY THAT IS ACCESSIBLE TO YOU THROUGH THE SERVICES; OR (2) THE QUALITY OR CONDUCT OF ANY THIRD PARTY YOU ENCOUNTER IN CONNECTION WITH YOUR USE OF THE SERVICES. YOUR SOLE REMEDY FOR DISSATISFACTION WITH THE SERVICES IS TO STOP USING THE SERVICES.

**12.5 Exclusions.** SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR EXCLUSIONS OF LIABILITY FOR CERTAIN TYPES OF DAMAGES. AS A RESULT, THE ABOVE LIMITATIONS AND EXCLUSIONS MAY NOT APPLY TO YOU IN WHOLE OR IN PART.


# 13. LEGAL DISPUTES AND ARBITRATION AGREEMENT FOR USERS IN THE UNITED STATES

**PLEASE READ THE FOLLOWING CLAUSES CAREFULLY – IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT**

**13.1 Applicability of Arbitration Agreement.** Subject to the terms of this Arbitration Agreement, you and SHEIN agree that any dispute, claim, disagreement arising out of or relating in any way to your access to or use of the Site, App, Services or the Agreement and prior versions of the

Agreement, including claims and disputes that arose between us before the effective date of this Agreement (each a **"Dispute"** ), will be resolved by binding arbitration, rather than in court, except that (i) you and SHEIN may assert claims or seek relief in a small claims court if such claims qualify and remain in small claims court; and (ii) you and SHEIN may seek equitable relief in court for infringement or other misuse of intellectual property rights (such as trademarks, trade dress, domain names, trade secrets, copyrights, and patents).

**13.2 Waiver of Jury Trial.** YOU AND SHEIN HEREBY WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO SUE IN COURT AND HAVE A TRIAL IN FRONT OF A JUDGE OR A JURY. You and SHEIN are instead electing that all Disputes shall be resolved by arbitration under this Arbitration Agreement, except as specified in the paragraph entitled "Applicability of Arbitration Agreement" above. There is no judge or jury in arbitration, and court review of an arbitration award is subject to very limited review. Discovery may be limited in arbitration, and procedures are more streamlined than in court.

**13.3 Class Action Waiver.** YOU AND SHEIN AGREE THAT, EXCEPT AS SPECIFIED IN THE PARAGRAPH ENTITLED "BATCH ARBITRATION" BELOW, EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT ON A CLASS, REPRESENTATIVE, OR COLLECTIVE BASIS, AND THE PARTIES HEREBY WAIVE ALL RIGHTS TO HAVE ANY DISPUTE BE BROUGHT, HEARD, ADMINISTERED, RESOLVED, OR ARBITRATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR MASS ACTION BASIS. ONLY INDIVIDUAL RELIEF IS AVAILABLE, AND DISPUTES OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER. Subject to this Arbitration Agreement, the arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by the party's individual claim. To the extent permissible by law, there shall be no right or authority for any dispute to be arbitrated as a representative action or as a private attorney general action, including but not limited to claims brought pursuant to the Private Attorney General Act of 2004, Cal. Lab. Code § 2698, et seq. This means that you may not seek relief on behalf of any other parties in arbitration. Notwithstanding anything to the contrary in this Arbitration Agreement, if a court decides by means of a final decision, not subject to any further appeal or recourse, that the limitations of this paragraph, "Class Action Waiver" are invalid or unenforceable as to a particular claim or request for relief (such as a request for public injunctive relief), you and SHEIN agree that that particular claim or request for relief (and only that particular claim or request for relief) shall be severed from the arbitration and shall be pursued in the courts indicated in paragraph 13.11 below. All other Disputes shall be arbitrated or litigated in small claims court. This paragraph does not prevent you or SHEIN from participating in a class-wide settlement of claims.

**13.4 Informal Dispute Resolution.** You and SHEIN agree to try to resolve any Dispute informally before resorting to arbitration. You and SHEIN therefore agree that before either party commences arbitration against the other (or initiates an action in small claims court if a party so elects), we

will personally meet and confer telephonically or via videoconference, in a good faith effort to resolve informally any Dispute covered by this Arbitration Agreement ( **"Informal Dispute Resolution Conference"** ). If you are represented by counsel, your counsel may participate in the conference, but you will also participate in the conference. The party initiating a Dispute must give notice to the other party in writing of its intent to initiate an Informal Dispute Resolution Conference ( **"Notice"** ), which shall occur within 45 days after the other party receives such Notice, unless an extension is mutually agreed upon by the parties. Notice to SHEIN that you intend to initiate an Informal Dispute Resolution Conference should be sent by email to [us_legal@sheingroup.com](mailto:us_legal@sheingroup.com) or regular mail to Paracorp, 2140 S. DuPont Hwy Camden, DE 19934. Notice to you will be sent to the address or email address associated with your account or to your publicly available address or email address if you do not have an account with us. The Notice must include: (1) your name, telephone number, mailing address, e-mail address associated with your account (if you have one); (2) the name, telephone number, mailing address and e-mail address of your counsel, if any; and (3) a description of your Dispute. The Informal Dispute Resolution Conference shall be individualized such that a separate conference must be held each time either party initiates a Dispute, even if the same law firm or group of law firms represents multiple users in similar cases, unless all parties agree; multiple individuals initiating a Dispute cannot participate in the same Informal Dispute Resolution Conference unless all parties agree. Engaging in the Informal Dispute Resolution Conference is a condition precedent and requirement that must be fulfilled before commencing arbitration. The statute of limitations and any filing fee deadlines shall be tolled while the parties engage in the Informal Dispute Resolution Conference process required by this section.

**13.5 Arbitration Procedures.** You and SHEIN agree that this Arbitration Agreement affects interstate commerce and that the Federal Arbitration Act, 9 U.S.C. § 1 et seq., applies. If the Informal Dispute Resolution Process described above does not resolve satisfactorily within sixty (60) days after receipt of your Notice, you and SHEIN agree that either party shall have the right to finally resolve the Dispute through binding arbitration. The arbitration will be conducted by JAMS. Disputes involving claims, counterclaims, or requests for relief under $250,000, not inclusive of attorneys' fees and interest, shall be subject to JAMS's most current version of the Streamlined Arbitration Rules and procedures available at http://www.jamsadr.com/rules-streamlined-arbitration/; all other Disputes shall be subject to JAMS's most current version of the Comprehensive Arbitration Rules and Procedures, available at http://www.jamsadr.com/rules-comprehensive-arbitration/. Any arbitration of a Dispute relating to your access to or use of the Site, the App, or Services, any products sold or distributed through the Site or the App primarily for personal, family or household purposes shall also be subject to the allocation of arbitration costs and other requirements of the JAMS' policy regarding Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness available at https://www.jamsadr.com/consumer-minimum-standards/. JAMS's rules are also available at www.jamsadr.com or by calling JAMS at 800-352-5267. If JAMS is not available to arbitrate, the parties will select an alternative arbitral forum. Your responsibility to pay any JAMS fees and costs will be solely as set forth in the applicable JAMS Arbitration Rules. If there is a conflict between the JAMS rules and this Arbitration Agreement, this Arbitration Agreement shall control.

**13.6** A party who wishes to initiate arbitration must provide the other party with a request for arbitration (the **"Request"** ). The Request must include: (1) the name, telephone number, mailing address, e-mail address of the party seeking arbitration and the account username (if applicable) as well as the email address associated with any applicable account; (2) a statement of the legal claims being asserted and the factual bases of those claims; (3) a description of the remedy sought and an accurate, good-faith calculation of the amount in controversy in United States Dollars; (4) a statement certifying completion of the Informal Dispute Resolution process as described above; and (5) evidence that the requesting party has paid any necessary filing fees in connection with such arbitration. To initiate arbitration, you must send the Request to Paracorp, 2140 S. DuPont Hwy Camden, DE 19934. If we initiate arbitration, we will send the Request to the address or email address associated with your account or to your publicly available address or email address if you do not have an account with us. The parties shall bear their own attorneys' fees and costs in arbitration unless the arbitrator finds that either the substance of the Dispute or the relief sought in the Request was frivolous or was brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)). Unless you and SHEIN otherwise agree, or the Batch Arbitration process discussed below is triggered, the arbitration will be conducted in the county where you reside.

**13.7 Batch Arbitration.** To increase the efficiency of administration and resolution of arbitrations, you and SHEIN agree that in the event that there are twenty five (25) or more individual Requests of a substantially similar nature filed against SHEIN by or with the assistance of the same law firm, group of law firms, or organizations, within a thirty (30) day period (or as soon as possible thereafter), JAMS shall (1) administer the arbitration demands in batches of 100 Requests per batch (plus, to the extent there are less than 100 Requests left over after the batching described above, a final batch consisting of the remaining Requests); (2) appoint one arbitrator for each batch; and (3) provide for the resolution of each batch as a single consolidated arbitration with one set of filing and administrative fees due per side per batch, one procedural calendar, one hearing (if any) in a place to be determined by the arbitrator, and one final award ( **"Batch Arbitration"** ). All parties agree that Requests are of a "substantially similar nature" if they arise out of or relate to the same event or factual scenario and raise the same or similar legal issues and seek the same or similar relief. To the extent the parties disagree on the application of the Batch Arbitration process, the disagreeing party shall advise JAMS, and JAMS shall appoint a sole standing arbitrator to determine the applicability of the Batch Arbitration process ( **"Administrative Arbitrator"** ). In an effort to expedite resolution of any such dispute by the Administrative Arbitrator, the parties agree the Administrative Arbitrator may set forth such procedures as are necessary to resolve any disputes promptly. The Administrative Arbitrator's fees shall be paid by SHEIN. You and SHEIN agree to cooperate in good faith with JAMS to implement the Batch Arbitration process including the payment of single filing and administrative fees for batches of Requests, as well as any steps to minimize the time and costs of arbitration, which may include: (1) the appointment of a discovery special master to assist the arbitrator in the resolution of discovery disputes; and (2) the adoption of an expedited calendar of the arbitration proceedings.

**13.8 Authority of Arbitrator.** The arbitrator shall have exclusive authority to resolve any Dispute, including, without limitation, disputes arising out of or related to the interpretation or application of the Arbitration Agreement, including the enforceability, revocability, scope, or validity of the Arbitration Agreement or any portion of the Arbitration Agreement, except for the following: (1) all Disputes arising out of or relating to the paragraph entitled "Class Action Waiver," including any claim that that same paragraph is unenforceable, illegal, void or voidable, or that it has been breached, shall be decided by a court of competent jurisdiction and not by an arbitrator; (2) except as expressly contemplated in the paragraph entitled "Batch Arbitration," all Disputes about the payment of arbitration fees shall be decided only by a court of competent jurisdiction and not by an arbitrator; (3) all Disputes about whether either party has satisfied any condition precedent to arbitration shall be decided only by a court of competent jurisdiction and not by an arbitrator; and (4) all Disputes about which version of the Arbitration Agreement applies shall be decided only by a court of competent jurisdiction and not by an arbitrator. The arbitrator shall have the authority to grant motions dispositive of all or part of any Dispute. The arbitrator shall issue a written award and statement of decision describing the essential findings and conclusions on which the award is based, including the calculation of any damages awarded. The award of the arbitrator is final and binding upon you and us. Judgment on the arbitration award may be entered in any court having jurisdiction

**13.9 30-Day Right to Opt Out.** You have the right to opt out of the provisions of this Arbitration Agreement by sending written notice of your decision to opt out to us_legal@sheingroup.com within thirty (30) days after first becoming subject to this Arbitration Agreement. Your notice must include your name and address, the email address you used to set up your account (if you have one), and an unequivocal statement that you want to opt out of this Arbitration Agreement. If you opt out of this Arbitration Agreement, all other parts of this Agreement will continue to apply to you. Opting out of this Arbitration Agreement has no effect on any other arbitration agreements that you may currently have, or may enter in the future, with us. If the Dispute is not covered by any arbitration agreement between you and us, it shall proceed before the courts indicated in paragraph 13.11 below.

**13.10 Invalidity, Expiration.** Except as provided in the paragraph entitled "Class Action Waiver", if any part or parts of this Arbitration Agreement are found under the law to be invalid or unenforceable, then such specific part or parts shall be of no force and effect and shall be severed and the remainder of the Arbitration Agreement shall continue in full force and effect. You further agree that any Dispute that you have with SHEIN as detailed in this Arbitration Agreement must be initiated via arbitration within the applicable statute of limitation for that claim or controversy, or it will be forever time barred. Likewise, you agree that all applicable statutes of limitation will apply to such arbitration in the same manner as those statutes of limitation would apply in the applicable court of competent jurisdiction.

**13.11 Modification.** Notwithstanding any provision in these Terms to the contrary, we agree that if SHEIN makes any future material change to this Arbitration Agreement, it will notify you. Unless you reject the change within thirty (30) days of such change become effective by writing to SHEIN at

Paracorp, 2140 S. DuPont Hwy Camden, DE 19934, your continued use of the Site, the App and/or Services, including the acceptance of products and services offered on the Site or App following the posting of changes to this Arbitration Agreement constitutes your acceptance of any such changes. Changes to this Arbitration Agreement do not provide you with a new opportunity to opt out of the Arbitration Agreement if you have previously agreed to a version of these Terms and did not validly opt out of arbitration. If you reject any change or update to this Arbitration Agreement, and you were bound by an existing agreement to arbitrate Disputes arising out of or relating in any way to your access to or use of the Services or of the Site or the App, or these Terms, the provisions of this Arbitration Agreement as of the date you first accepted the Terms (or accepted any subsequent changes to these Terms) remain in full force and effect. SHEIN will continue to honor any valid opt outs of the Arbitration Agreement that you made to a prior version of these Terms.

**13.12 Governing Courts.** To the extent that the Dispute is not covered by any arbitration agreement between you and us, it shall proceed before the state or federal courts located in Delaware (except for small claims court actions which may be brought in the county where you reside).


## 14. LEGAL TERMS

**14.1 Assignment.** You may not assign or transfer this Agreement (or any of your rights or obligations under this Agreement) without prior written consent. Any attempted assignment or transfer without complying with the foregoing will be void. We may freely assign or transfer this Agreement. This Agreement inures to the benefit of and is binding upon the parties and their respective legal representatives, successors, and assigns.

**14.2 Entire Agreement; No Waiver.** These Terms, together with our <u>Privacy Policy</u>, and any other legal notices and polices published on the Site or App, shall constitute the entire agreement between you and us concerning the Services, and supersedes all prior terms, agreements, discussions, and writings regarding the Services. If any provision of the Terms is found to be unenforceable, then that provision shall not affect the validity of the remaining provisions of the Terms, which shall remain in full force and effect. No waiver of any term of the Terms shall be deemed a further or continuing waiver of such term or any other term. Our failure to assert any right or provision under the Terms shall not constitute a waiver of such right or provision.

**14.3 Electronic Communications.** The communications between you and SHEIN may take place via electronic means, whether you visit the Services or send SHEIN e-mails, or whether SHEIN posts notices on the Services or communicates with you via e-mail. For contractual purposes, you (a) consent to receive communications from SHEIN in an electronic form; and (b) agree that all terms and conditions, agreements, notices, disclosures, and

other communications that SHEIN electronically provides to you satisfy any legal requirement that such communications would satisfy if it were to be in writing. The foregoing does not affect your statutory rights, including but not limited to the Electronic Signatures in Global and National Commerce Act at 15 U.S.C. §7001 et seq. ( **"E-Sign"** ).

**14.4 Indemnification.** You agree to release, indemnify, and defend the Company and any subsidiaries, affiliates, related companies, suppliers, licensors and partners, and the officers, directors, employees, agents and representatives of each from all third-party claims and costs (including reasonable attorneys' fees) arising out of or related to: (1) your use of the Services; (2) your conduct or interactions with other users of the Services, including any Third-Party Sellers; (3) your breach of these Terms. We will notify you promptly of any such claim and will provide you (at your expense) with reasonable assistance in defending the claim. You will allow us to participate in the defense and will not settle any such claim without our prior written consent. We reserve the right, at our own expense, to assume the exclusive defense of any matter otherwise subject to indemnification by you. In that event, you will have no further obligation to defend us in that matter. This provision does not require you to indemnify SHEIN for any unconscionable commercial practice by SHEIN or for SHEIN's fraud, deception, false promise, misrepresentation or concealment, or suppression or omission of any material fact in connection with the Services provided hereunder.

**14.5 Interpretation.** In construing or interpreting the Terms, headings are for convenience only, and not to be considered.

**14.6 Applicable Law.** These Terms along with your use of the Services and the purchase of products through Services shall be governed by the laws of the State of Delaware, consistent with the federal arbitration act, without giving effect to any principles that provide for the application of the law of another jurisdiction. The United Nations Convention on Contracts for the International Sale of Goods does not apply to the agreement.

**14.7 Consumer Complaints.** In accordance with California Civil Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Service of the California Department of Consumer Affairs by contacting them in writing at 1625 North Market Blvd., Suite N 112, Sacramento, CA 95834, or by telephone at (800) 952-5210.

**14.8 Exclusive Venue.** To the extent the parties are permitted under this Agreement to initiate litigation in a court, both you and SHEIN agree that all claims and disputes arising out of or relating to this Agreement will be litigated exclusively in the state or federal courts located in California

**14.9 Notice.** Where SHEIN requires that you provide an e-mail address, you are responsible for providing SHEIN with a valid and current e-mail address. In the event that the e-mail address you provided to SHEIN is not valid, or for any reason is not capable of delivering to you any notices required by this Agreement, SHEIN's dispatch of the e-mail containing such notice will nonetheless constitute effective notice. You may give notice to

SHEIN to Paracorp, 2140 S. DuPont Hwy Camden, DE 19934. Such notice shall be deemed given when received by SHEIN's agent for service of process.

**14.10 Severability.** If any portion of this Agreement is held invalid or unenforceable, that portion must be construed in a manner to reflect, as nearly as possible, the original intention of the parties, and the remaining portions must remain in full force and effect.

**14.11 Export Control.** You may not use, export, import, or transfer the Services except as authorized by U.S. law, the laws of the jurisdiction in which you obtained the Service, and any other applicable laws. In particular, but without limitation, the Services may not be exported or re-exported (a) into any United States embargoed jurisdiction (currently, Cuba, Iran, North Korea, Syria, and the Crimea, so-called Donetsk People's Republic, and so-called Luhansk People's Republic), or (b) to anyone designated on, or 50% or more owned or otherwise controlled by persons designated on, any governmental list of prohibited or restricted parties (including, but not limited to, the U.S. Treasury Department's list of Specially Designated Nationals and Blocked Persons or Foreign Sanctions Evaders List or the U.S. Department of Commerce's Denied Person's List or Entity List). By using the Service, you represent and warrant that (i) you are not located in a country or territory that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "state sponsor of terrorism" and (ii) you are not listed on, or 50% or more owned or otherwise controlled by persons designated on, any governmental list of prohibited or restricted parties. You also will not use the Services for any purpose prohibited by U.S. or other applicable law, including the development, design, manufacture or production of missiles, nuclear, chemical or biological weapons proliferation. You acknowledge and agree that products, services or technology provided by SHEIN are subject to the export control laws and regulations of the United States and other applicable jurisdictions. You shall comply with these laws and regulations and shall not, without prior U.S. or other relevant government authorization, export, re-export, or transfer SHEIN products, services or technology, either directly or indirectly, to any jurisdiction in violation of such laws and regulations.

# 15. NOTICE OF INTELLECTUAL PROPERTY INFRINGEMENT

### 15.1 Notice Requirements

As we ask others to respect our intellectual property rights, we respect the intellectual property rights of others. If you believe that material located on or linked to by the Services violates your copyright, trademark, or other intellectual property rights, please submit your complaint through our online

intellectual property complaint portal. Alternatively, you may send a notice of claimed infringement to us_legal@sheingroup.com with the subject "Takedown Request." Any such notice must include the following information:

- A physical or electronic signature of a person authorized to act on behalf of the owner of the intellectual property right that has been allegedly infringed.
- Identification of intellectual property being infringed, including, if any, the corresponding registration number and corresponding country of registration.
- Identification of the material that is claimed to be infringing, including information regarding the location of the infringing materials on the Site or App, with sufficient detail so that SHEIN can find it.
- If a design patent is at issue, identify the design patent that you claim has been infringed along with the registration number.
- If a utility patent is at issue, identify the utility patent that you claim has been infringed along with a Court Order or Judgment supporting your claim.
- Your full legal name, company affiliation (if any), mailing address, telephone number, and email address.
- A statement by you that you have a good-faith belief that the use of the allegedly infringing material is not authorized by the intellectual property owner, its agent, or the law.
- A statement by you, made under penalty of perjury, that the information in your notice is accurate and that you are the intellectual property owner or authorized to act on the intellectual property owner's behalf.

You may also send notices containing the above-required information to the following address:

Copyright Agent, Legal Department
SHEIN US Services, LLC
777 S. Alameda St.,
2nd Floor Los Angeles, CA 90021-1672

Upon receipt of such notices, we reserve the right to remove or disable access to the material or disable any links to the material; notify the party accused of infringement that we have removed or disabled access to the applicable material; and terminate access to and use of the Services for any

user or Third-Party Seller who repeatedly infringes the intellectual property rights of SHEIN or others, or as otherwise stated in this Agreement or our policies.

**15.2 Counter Notice Requirements**

If you believe that material you posted on the Services was removed or access to it was disabled by mistake or misidentification, you may file a counter-notification with us by submitting written notification to our copyright agent designated above. In accordance with the Digital Millennium Copyright Act ("DMCA"), your notice must include substantially the following:

- Your physical or electronic signature.
- An identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access disabled.
- Adequate information by which we can contact you (including your name, mailing address, telephone number, and email address).
- A statement under penalty of perjury by you that you have a good faith belief that the material identified above was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.
- A statement that you will consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located (or if you reside outside the United States for any judicial district in which the Services may be found) and that you will accept service from the person (or an agent of that person) who provided SHEIN with the complaint at issue.

The removed material may be replaced or access to it may be restored 10 to 14 business days after the counter notice is processed unless the party claiming infringement files a lawsuit against you. Please be aware that if you misrepresent that material is not infringing, you may be liable for damages or penalties (including costs and attorneys' fees). SHEIN reserves the right to reject any counter notifications filed in bad faith.

# 16. CONTACT US

We welcome your questions and comments about our privacy practices or these Terms. You may contact us anytime via email at us_legal@sheingroup.com. Customer service inquiries should be made through our Customer Service Platform .

## 17. INTERNATIONAL USERS.

The Services are intended for U.S.-based users and products sold on the Services are sold only to users located in the U.S. SHEIN makes no representations that the Services are appropriate or available for use in other locations. Those who access or use the Services from other countries do so at their own volition and are responsible for compliance with local law.

# EXHIBIT B

| goods_sn | order_time | pay_amt | sale_cnt | shpp_country_nm | shpp_states_nm | shipping_first_name | shipping_last_name |
|---|---|---|---|---|---|---|---|
| sk2302211695393822 | 2024-01-03 08:24:14.0 | 7.23 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2201109866587396 | 2024-01-03 08:24:14.0 | 12.74 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2311189413169444 | 2024-01-03 08:24:14.0 | 6.55 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2303187673197189 | 2024-01-03 08:24:14.0 | 7.75 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2305095999655441 | 2024-01-03 08:24:14.0 | 6.63 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2309131699071677 | 2024-01-03 08:24:14.0 | 8.91 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2303166999659039 | 2024-01-03 08:24:14.0 | 7.68 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2304133334481844 | 2024-01-03 08:24:14.0 | 9.61 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2304217779923621 | 2024-01-03 08:24:14.0 | 11.56 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2306297838390273 | 2023-09-10 06:46:13.0 | 12.14 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2110251193910032 | 2023-09-10 06:46:13.0 | 7.65 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2206175239199677 | 2023-09-10 06:46:13.0 | 11.59 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2306273167773338 | 2023-09-10 06:46:13.0 | 10.79 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2205050474475734 | 2023-09-10 06:46:13.0 | 8.55 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2205178813185564 | 2023-09-10 06:46:13.0 | 6.50 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2305287973144124 | 2023-09-10 06:46:13.0 | 12.57 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2203019611185509 | 2023-09-10 06:46:13.0 | 6.75 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2212051634113459 | 2023-09-10 06:46:13.0 | 11.24 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2108287959763151 | 2023-09-09 10:30:36.0 | 16.32 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sb2308041113803877 | 2023-09-09 10:30:36.0 | 1.24 | 1 | United States | FLORIDA | Amanda | Ramirez |
| st2305044322862390 | 2023-09-09 10:30:36.0 | 9.27 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2204202170028403 | 2023-09-09 10:30:36.0 | 4.41 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2204137453627728 | 2023-09-09 10:30:36.0 | 8.73 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2204069765160977 | 2023-09-09 10:30:36.0 | 9.71 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2304307721449314 | 2023-09-09 10:30:36.0 | 6.18 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sb2308056747808000 | 2023-09-09 10:30:36.0 | 1.24 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2202189689138642 | 2023-09-09 10:30:36.0 | 6.62 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2308141989324334 | 2023-09-09 10:30:36.0 | 7.06 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2202247152611043 | 2023-09-09 10:30:36.0 | 10.59 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2302186781525761 | 2023-09-09 10:30:36.0 | 11.77 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2203254883899249 | 2023-09-09 10:30:36.0 | 12.36 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sS2103120045391019 | 2023-09-09 10:30:36.0 | 7.71 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2306237919093140 | 2023-09-09 10:30:36.0 | 11.91 | 1 | United States | FLORIDA | Amanda | Ramirez |
| swshorts04191221982 | 2023-09-09 10:30:36.0 | 11.25 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2212021102766476 | 2023-09-09 10:30:36.0 | 14.43 | 1 | United States | FLORIDA | Amanda | Ramirez |
| st2304199592398394 | 2023-09-09 10:30:36.0 | 10.15 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2202289795819882 | 2023-09-09 10:30:36.0 | 11.63 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2206306610140054 | 2023-09-09 10:30:36.0 | 10.88 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2303233446515850 | 2023-09-09 10:30:36.0 | 4.41 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2211181151512866 | 2023-09-09 10:30:36.0 | 3.97 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2304063546685258 | 2023-09-09 10:30:36.0 | 9.75 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2206292794748221 | 2023-09-09 10:30:36.0 | 3.38 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2204253604518551 | 2023-09-09 10:30:36.0 | 2.63 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2203027187860766 | 2023-09-09 10:30:36.0 | 3.53 | 1 | United States | FLORIDA | Amanda | Ramirez |
| swswim03201203087 | 2023-09-09 10:30:36.0 | 10.15 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2303287154746431 | 2023-09-09 10:30:36.0 | 9.74 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2304108309487848 | 2023-09-09 10:30:36.0 | 4.85 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2302231662512391 | 2023-09-09 10:30:36.0 | 11.47 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2303092828513113 | 2023-09-09 10:30:36.0 | 13.13 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2110097229235000 | 2023-09-09 10:30:36.0 | 10.59 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2307197291401006 | 2023-09-09 10:30:36.0 | 9.71 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sz2305305795547176 | 2023-09-09 10:30:36.0 | 3.97 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2204258755317222 | 2023-09-09 10:30:36.0 | 8.82 | 1 | United States | FLORIDA | Amanda | Ramirez |
| st2304209768904885 | 2023-09-09 10:30:36.0 | 7.73 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sj2302253230507734 | 2023-09-03 07:25:32.0 | 1.06 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sj2304122767208965 | 2023-09-03 07:25:32.0 | 0.88 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2203035256507757 | 2023-09-03 07:25:32.0 | 7.58 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sj2303058735383186 | 2023-09-03 07:25:32.0 | 0.88 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sw2301109469649910 | 2023-09-03 07:25:32.0 | 9.13 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2112100017621391 | 2023-09-03 07:25:32.0 | 4.30 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sn2208031168100764 | 2023-09-03 07:25:32.0 | 14.60 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sx2303071201701971 | 2023-09-03 07:25:32.0 | 9.59 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2301304074477862 | 2023-09-03 07:25:32.0 | 4.20 | 1 | United States | FLORIDA | Amanda | Ramirez |
| sk2305197712796624 | 2023-09-03 07:25:32.0 | 10.78 | 1 | United States | FLORIDA | Amanda | Ramirez |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| sk2202117634910703 | 2023-09-03 07:25:32.0 | 5.48 | 1 United States | FLORIDA | Amanda | Ramirez |
| sktop07190422981 | 2023-09-03 07:25:32.0 | 2.93 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2303163127716339 | 2023-09-03 07:25:32.0 | 6.30 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2211199905910891 | 2023-09-03 07:25:32.0 | 8.50 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2303152025229007 | 2023-09-03 07:25:32.0 | 3.02 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2206175239199677 | 2023-09-03 07:25:32.0 | 12.78 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2306148148347187 | 2023-09-03 07:25:32.0 | 13.24 | 1 United States | FLORIDA | Amanda | Ramirez |
| sz2303142441382441 | 2023-09-03 07:25:32.0 | 12.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2304067222672770 | 2023-09-03 07:25:32.0 | 10.41 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2202187804014391 | 2023-09-03 07:25:32.0 | 5.67 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2302271916577091 | 2023-09-03 07:25:32.0 | 13.23 | 1 United States | FLORIDA | Amanda | Ramirez |
| st2303140827599999 | 2023-09-03 07:25:32.0 | 9.58 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2301116472718236 | 2023-09-03 07:25:32.0 | 3.66 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2304070757677725 | 2023-09-03 07:25:32.0 | 5.12 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2106283011827390 | 2023-09-03 07:25:32.0 | 6.21 | 1 United States | FLORIDA | Amanda | Ramirez |
| sz2303273319495009 | 2023-09-03 07:25:32.0 | 13.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swdress23210317487 | 2023-09-03 07:25:32.0 | 8.55 | 1 United States | FLORIDA | Amanda | Ramirez |
| sj2302288824666517 | 2023-09-03 07:25:32.0 | 1.01 | 1 United States | FLORIDA | Amanda | Ramirez |
| sz2303277039609763 | 2023-09-03 07:25:32.0 | 17.34 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2202289204801069 | 2023-09-03 07:25:32.0 | 11.38 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108232836157584 | 2023-09-03 07:25:32.0 | 1.28 | 1 United States | FLORIDA | Amanda | Ramirez |
| si2203117537425972 | 2023-09-03 07:25:32.0 | 2.73 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2303149049486145 | 2023-09-03 07:25:32.0 | 9.86 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2111031861756515 | 2023-09-03 07:25:32.0 | 13.61 | 1 United States | FLORIDA | Amanda | Ramirez |
| sz2306263391688005 | 2023-09-03 07:25:32.0 | 12.78 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2204066898991198 | 2023-09-03 07:25:32.0 | 12.15 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2302220481185681 | 2023-09-03 07:25:32.0 | 8.68 | 1 United States | FLORIDA | Amanda | Ramirez |
| sz2304284175250048 | 2023-09-03 07:25:32.0 | 8.21 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2307242262121654 | 2023-09-03 07:25:32.0 | 6.12 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2301313232916014 | 2023-09-03 07:25:32.0 | 7.13 | 1 United States | FLORIDA | Amanda | Ramirez |
| sz2303280676018777 | 2023-09-03 07:25:32.0 | 23.48 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2302221981574093 | 2023-09-03 07:25:32.0 | 9.59 | 1 United States | FLORIDA | Amanda | Ramirez |
| sz2303128122443123 | 2023-09-03 07:25:32.0 | 11.64 | 1 United States | FLORIDA | Amanda | Ramirez |
| sktwop07200409176 | 2023-09-03 07:25:32.0 | 11.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2302083652994889 | 2023-09-03 07:25:32.0 | 9.04 | 1 United States | FLORIDA | Amanda | Ramirez |
| sz2306174216222053 | 2023-09-03 07:25:32.0 | 10.23 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2111252253111461 | 2023-09-03 07:25:32.0 | 6.75 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2107150272049448 | 2023-09-03 07:25:32.0 | 4.02 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2203019198680910 | 2023-09-03 07:25:32.0 | 7.03 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2302160664061551 | 2023-09-03 07:25:32.0 | 15.52 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2302137608639129 | 2023-09-03 07:25:32.0 | 3.75 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2212307995429093 | 2023-09-03 07:25:32.0 | 7.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| sz2305291937161627 | 2023-09-03 07:25:32.0 | 11.41 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2107296088376935 | 2022-05-31 02:03:01.0 | 4.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| swdress23210128930 | 2022-05-31 02:03:01.0 | 11.19 | 1 United States | FLORIDA | Amanda | Ramirez |
| sh2205125017005727 | 2022-05-31 02:03:01.0 | 2.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2111272261140571 | 2022-05-31 02:03:01.0 | 2.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| swneck18210318168 | 2022-05-31 02:03:01.0 | 2.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sh2205133501004166 | 2022-05-31 02:03:01.0 | 2.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| sj2204099249747846 | 2022-05-31 02:03:01.0 | 1.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| sm2112074722266372 | 2022-05-31 02:03:01.0 | 8.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2204089758798529 | 2022-05-31 02:03:01.0 | 4.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| swvest07201222391 | 2022-05-31 02:03:01.0 | 4.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2111153861861260 | 2022-05-31 02:03:01.0 | 4.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sc2204155805526458 | 2022-05-31 02:03:01.0 | 1.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2201122882672587 | 2022-05-31 02:03:01.0 | 4.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sj2204178623882335 | 2022-05-31 02:03:01.0 | 2.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sh2205132195407081 | 2022-05-31 02:03:01.0 | 4.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sh2205097684304043 | 2022-05-31 02:03:01.0 | 4.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2110239277934555 | 2022-05-31 02:03:01.0 | 5.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| sj2204099249747846 | 2022-05-31 02:03:01.0 | 1.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| sc2204155805526458 | 2022-05-31 02:03:01.0 | 1.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| skdress03210119527 | 2022-05-31 02:03:01.0 | 8.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sk2205078396755495 | 2022-05-31 02:03:01.0 | 6.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| swneck18200922658 | 2022-05-31 02:03:01.0 | 0.80 | 1 United States | FLORIDA | Amanda | Ramirez |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| sj2204099249747846 | 2022-05-31 02:03:01.0 | 1.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| ssnote18210512287 | 2022-03-10 00:32:42.0 | 1.80 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047454559 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210427809 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjewelry18210106913 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| sw2108182047442204 | 2022-03-10 00:32:42.0 | 0.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| skswim03201202900 | 2021-01-17 00:20:38 | 9.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| skswim03191120560 | 2021-01-17 00:20:38 | 7.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| skhairac18201211316 | 2021-01-17 00:20:38 | 1.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| swpajama03190416320 | 2021-01-17 00:20:38 | 9.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| swvest07191231065 | 2021-01-17 00:20:38 | 4.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| swpajama03190416322 | 2021-01-17 00:20:38 | 9.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| skswim23201126322 | 2021-01-17 00:20:38 | 8.80 | 1 United States | FLORIDA | Amanda | Ramirez |
| swswim23201024148 | 2021-01-16 11:48:48 | 10.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| swswim03190625801 | 2021-01-16 11:48:48 | 10.40 | 1 United States | FLORIDA | Amanda | Ramirez |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| swswim03201125440 | 2021-01-16 11:48:48 | 10.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| swswim03191118524 | 2021-01-16 11:48:48 | 11.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swswim03200628359 | 2021-01-16 11:48:48 | 9.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| swimwear181221653 | 2021-01-16 11:48:48 | 11.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swbracele18200731181 | 2020-12-08 01:02:12 | 2.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| swdress07200706400 | 2020-12-08 01:02:12 | 20.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| swneck18201026992 | 2020-12-08 01:02:12 | 1.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swneck18201026992 | 2020-12-08 01:02:12 | 1.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swtwop07200908735 | 2020-12-08 01:02:12 | 21.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| swneck18200804444 | 2020-12-08 01:02:12 | 1.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swneck03190929966 | 2020-12-08 01:02:12 | 1.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| swneck18200804800 | 2020-12-08 01:02:12 | 1.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swneck18200804134 | 2020-12-08 01:02:12 | 1.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swtee23200731994 | 2020-11-10 03:03:58 | 12.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sktwop03200407875 | 2020-11-10 03:03:58 | 9.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| skskirt07190318915 | 2020-11-10 03:03:58 | 7.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| skblouse07200303866 | 2020-11-10 03:03:58 | 3.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| skblouse07200504574 | 2020-11-10 03:03:58 | 6.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| swleg07191018057 | 2020-11-10 03:03:58 | 8.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| swdress07200825906 | 2020-11-10 03:03:58 | 8.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sktwop03200513378 | 2020-11-10 03:03:58 | 8.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| skskirt07200507214 | 2020-11-10 03:03:58 | 6.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| sknight10190627854 | 2020-11-10 03:03:58 | 4.80 | 1 United States | FLORIDA | Amanda | Ramirez |
| musicc20200728001 | 2020-11-10 03:03:58 | 0.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| skdress03190902431 | 2020-11-10 03:03:58 | 10.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| swsweatsh07200909793 | 2020-11-10 03:03:58 | 8.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| skdress07200903630 | 2020-11-10 03:03:58 | 4.80 | 1 United States | FLORIDA | Amanda | Ramirez |
| swdress23200915874 | 2020-11-10 03:03:58 | 16.80 | 1 United States | FLORIDA | Amanda | Ramirez |
| sknight10190926553 | 2020-11-10 03:03:58 | 5.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| sknight10191227525 | 2020-11-10 03:03:58 | 5.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| sktop07200505959 | 2020-11-10 03:03:58 | 6.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| swtop01190708540 | 2020-07-26 08:09:35 | 9.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| swblouse07190617629 | 2020-07-26 08:09:35 | 6.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| swdress07200612571 | 2020-07-26 08:09:35 | 7.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swtee07190515361 | 2020-07-26 08:09:35 | 6.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| swtee07200420632 | 2020-07-26 08:09:35 | 4.80 | 1 United States | FLORIDA | Amanda | Ramirez |
| swtee07190109793 | 2020-07-26 08:09:35 | 7.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| skdress07200224988 | 2020-07-26 08:09:35 | 5.60 | 1 United States | FLORIDA | Amanda | Ramirez |
| swblouse07200425640 | 2020-07-26 08:09:35 | 4.80 | 1 United States | FLORIDA | Amanda | Ramirez |
| swwest04200421773 | 2020-07-26 08:09:35 | 6.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| sktwop03200410877 | 2020-07-26 08:09:35 | 10.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| swtop07200505275 | 2020-07-26 08:09:35 | 4.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sktwop07191223906 | 2020-07-26 08:09:35 | 7.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swtee07190508469 | 2020-07-26 08:09:35 | 4.80 | 1 United States | FLORIDA | Amanda | Ramirez |
| skdress03200513566 | 2020-07-26 08:09:35 | 10.40 | 1 United States | FLORIDA | Amanda | Ramirez |
| sktop07200701103 | 2020-07-26 08:09:35 | 4.00 | 1 United States | FLORIDA | Amanda | Ramirez |
| sksweatsh07190819178 | 2020-03-29 12:26:05 | 8.50 | 1 United States | FLORIDA | Amanda | Ramirez |
| swtee07191122602 | 2020-03-29 12:26:05 | 4.25 | 1 United States | FLORIDA | Amanda | Ramirez |
| sktwop03190618210 | 2020-03-29 12:26:05 | 10.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| twopiece180703003 | 2020-03-29 12:26:05 | 10.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| sktwop03200302525 | 2020-03-29 12:26:05 | 10.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swtee07191218438 | 2020-03-29 12:26:05 | 6.80 | 1 United States | FLORIDA | Amanda | Ramirez |
| sktwop03200311441 | 2020-03-29 12:26:05 | 11.05 | 1 United States | FLORIDA | Amanda | Ramirez |
| sktwop07200224609 | 2020-03-29 12:26:05 | 9.35 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjumpsui07191216100 | 2020-03-29 12:26:05 | 10.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swtee07191109104 | 2020-03-29 12:26:05 | 9.35 | 1 United States | FLORIDA | Amanda | Ramirez |
| leggingsmmc180626701 | 2020-03-29 12:26:05 | 4.25 | 1 United States | FLORIDA | Amanda | Ramirez |
| skjumpsui07190320991 | 2020-03-29 12:26:05 | 11.90 | 1 United States | FLORIDA | Amanda | Ramirez |
| dress180905716 | 2020-03-29 12:26:05 | 5.95 | 1 United States | FLORIDA | Amanda | Ramirez |
| dress170912110 | 2020-03-29 12:26:05 | 10.20 | 1 United States | FLORIDA | Amanda | Ramirez |
| swdress07191230442 | 2020-03-29 12:26:05 | 9.35 | 1 United States | FLORIDA | Amanda | Ramirez |

# EXHIBIT C

| goods_sn | order_time | pay_amt | sale_cnt | shpp_country_nm | shpp_states_nm | shipping_first_name | shipping_last_name |
|---|---|---|---|---|---|---|---|
| sr2310113727348496 | 2024-04-07 07:13:38.0 | 2.06 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sg2305101281600261 | 2024-04-07 07:13:38.0 | 7.96 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2401089222996296 | 2024-04-07 07:13:38.0 | 5.70 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| shwallart03191203670 | 2024-04-07 07:13:38.0 | 2.80 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2304089994732992 | 2024-04-07 07:13:38.0 | 3.10 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2304089994732992 | 2024-04-07 07:13:38.0 | 3.10 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2312108959549803 | 2024-04-07 07:13:38.0 | 2.24 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2307041214105727 | 2024-04-07 07:13:38.0 | 14.62 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2210313313672422 | 2024-04-07 07:13:38.0 | 1.12 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sx2203172112132686 | 2024-04-07 07:13:38.0 | 17.72 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2309111111242613 | 2024-04-07 07:13:38.0 | 3.56 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2302164478714105 | 2024-04-07 07:13:38.0 | 1.98 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| shwallart03191203670 | 2024-04-07 07:13:38.0 | 2.80 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sx2302210808017835 | 2024-04-07 07:13:38.0 | 13.90 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2302136270682014 | 2024-04-07 07:13:38.0 | 5.90 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2302164478714105 | 2024-04-07 07:13:38.0 | 1.98 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2311281495551951 | 2024-04-07 07:13:38.0 | 5.65 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sl2308011641177998 | 2024-04-07 07:13:38.0 | 4.23 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2306190676602770 | 2024-04-07 07:13:38.0 | 6.22 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sW210618011838922 | 2024-04-07 07:13:38.0 | 17.93 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2305153021488072 | 2024-04-07 07:13:38.0 | 6.75 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2306114017100354 | 2024-04-07 07:13:38.0 | 1.01 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2108219099123434 | 2024-04-07 07:13:38.0 | 16.01 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2306114017100354 | 2024-04-07 07:13:38.0 | 1.01 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2307206619179016 | 2024-01-23 20:49:38.0 | 2.62 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2307066292953153 | 2024-01-23 20:49:38.0 | 1.24 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2305111219428259 | 2024-01-23 20:49:38.0 | 5.83 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2401070338627881 | 2024-01-23 20:49:38.0 | 1.55 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sl2307234436211410 | 2024-01-23 20:49:38.0 | 3.47 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2311010997014493 | 2024-01-23 20:49:38.0 | 3.84 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2309150153381199 | 2024-01-23 20:49:38.0 | 1.77 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2309173875148522 | 2024-01-23 20:49:38.0 | 0.73 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sv2310255656905941 | 2024-01-23 20:49:38.0 | 6.40 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2305134123104232 | 2024-01-23 20:49:38.0 | 0.85 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2306147151733773 | 2024-01-23 20:49:38.0 | 1.38 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2401150581038113 | 2024-01-23 20:49:38.0 | 7.29 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2312287192746394 | 2024-01-23 20:49:38.0 | 2.56 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2308126709888271 | 2024-01-23 20:49:38.0 | 3.80 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sl2307234436211410 | 2024-01-23 20:49:38.0 | 3.46 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2310266566265787 | 2024-01-23 20:49:38.0 | 1.97 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sl2312256657100022 | 2024-01-23 20:49:38.0 | 9.15 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2310312198157312 | 2024-01-23 20:49:38.0 | 2.17 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2310109833817751 | 2024-01-23 20:49:38.0 | 3.94 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2311010997014493 | 2024-01-23 20:49:38.0 | 3.84 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2306147151733773 | 2024-01-23 20:49:38.0 | 1.38 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2306192440666000 | 2024-01-23 20:49:38.0 | 2.27 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2306147151733773 | 2024-01-23 20:49:38.0 | 1.38 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2310158283035238 | 2024-01-23 20:49:38.0 | 3.15 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2311010997014493 | 2024-01-23 20:49:38.0 | 3.84 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| si2305111950001550 | 2024-01-23 20:49:38.0 | 6.89 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2311010997014493 | 2024-01-23 20:49:38.0 | 3.84 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2311215735196548 | 2024-01-23 20:49:38.0 | 1.38 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2311063454573264 | 2024-01-23 20:49:38.0 | 1.30 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2310054353082326 | 2024-01-23 20:49:38.0 | 1.47 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2307206619179016 | 2024-01-23 20:49:38.0 | 2.62 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2305252822754199 | 2024-01-23 20:49:38.0 | 4.84 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2310054353082326 | 2024-01-23 20:49:38.0 | 1.48 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2302189322304800 | 2024-01-23 20:49:38.0 | 0.90 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2307066292953153 | 2024-01-23 20:49:38.0 | 1.24 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2305111219422092 | 2024-01-23 20:49:38.0 | 7.29 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sa2307181379756792 | 2024-01-23 20:49:38.0 | 2.86 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2307040066784791 | 2024-01-23 20:49:38.0 | 1.28 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sk2308155936003117 | 2024-01-23 20:49:38.0 | 2.92 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2308126709888271 | 2024-01-23 20:49:38.0 | 3.80 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2306147151733773 | 2024-01-23 20:49:38.0 | 1.38 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| ss2305208474568178 | 2024-01-23 20:49:38.0 | 1.85 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sk2308155936042897 | 2024-01-23 20:49:38.0 | 3.35 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| si2307282260444226 | 2024-01-21 19:05:10.0 | 2.54 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2304253252465526 | 2024-01-21 19:05:10.0 | 6.75 | 1 | United States | NORTH CAROLINA | Hanna | Kirlin |

| | | | | | | |
|---|---|---|---|---|---|---|
| sz2309225011885285 | 2024-01-21 19:05:10.0 | 9.68 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2209302542280019 | 2024-01-21 19:05:10.0 | 14.75 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2303031686376181 | 2024-01-21 19:05:10.0 | 4.33 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2311073307738755 | 2024-01-21 19:05:10.0 | 9.26 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| swblouse07200411254 | 2024-01-21 19:05:10.0 | 5.41 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2302214998186370 | 2024-01-21 19:05:10.0 | 8.66 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2303030221820559 | 2024-01-21 19:05:10.0 | 8.07 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| si2309272965140045 | 2024-01-21 19:05:10.0 | 7.17 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2305176180156666 | 2024-01-21 19:05:10.0 | 6.79 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sx2211164874797207 | 2024-01-21 19:05:10.0 | 5.74 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2305058599411249 | 2024-01-21 19:05:10.0 | 23.45 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sg2401088594954444 | 2024-01-21 19:05:10.0 | 9.35 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| si2310112150711170 | 2024-01-21 19:05:10.0 | 2.97 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sc2312135070123615 | 2024-01-21 19:05:10.0 | 4.25 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| swblouse07201116984 | 2024-01-21 19:05:10.0 | 6.37 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2310119736188615 | 2024-01-21 19:05:10.0 | 5.65 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sW210103093436495 | 2024-01-21 11:40:44.0 | 7.64 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2212020020287060 | 2024-01-21 11:40:44.0 | 8.15 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| swear18201119706 | 2024-01-21 11:40:44.0 | 1.02 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| si2212061594118264 | 2024-01-21 11:40:44.0 | 8.99 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| si2311085500538803 | 2024-01-21 11:40:44.0 | 2.12 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2303030221894522 | 2024-01-21 11:40:44.0 | 8.15 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sj2307296895874072 | 2024-01-21 11:40:44.0 | 1.16 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2206179435458526 | 2024-01-21 11:40:44.0 | 16.11 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sj2307053184655234 | 2024-01-21 11:40:44.0 | 1.36 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sc2306281595311119 | 2024-01-21 11:40:44.0 | 1.53 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sc2307251591610516 | 2024-01-21 11:40:44.0 | 1.53 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2305302463773344 | 2024-01-21 11:40:44.0 | 6.16 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2112317716156528 | 2024-01-21 11:40:44.0 | 6.86 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2305223388928992 | 2024-01-21 11:40:44.0 | 8.56 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sc2112041777348545 | 2024-01-21 11:40:44.0 | 1.70 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| st2304213244219755 | 2024-01-21 11:40:44.0 | 5.94 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sc2211010057960579 | 2024-01-21 11:40:44.0 | 2.31 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| st2304213244219755 | 2024-01-21 11:40:44.0 | 5.94 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sc2307260766500176 | 2024-01-21 11:40:44.0 | 3.31 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2211081899208815 | 2023-10-28 17:19:54.0 | 6.79 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2209195663015214 | 2023-10-28 17:19:54.0 | 6.79 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2209262966931451 | 2023-10-28 17:19:54.0 | 10.19 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sx2303171324907602 | 2023-10-28 17:19:54.0 | 11.30 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| si2207085505736538 | 2023-10-28 17:19:54.0 | 5.52 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2210158714691165 | 2023-10-28 17:19:54.0 | 11.89 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2307298398081394 | 2023-10-28 17:19:54.0 | 14.44 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sx2210052566753843 | 2023-10-28 17:19:54.0 | 11.90 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2306081498669152 | 2023-10-28 17:19:54.0 | 15.29 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2307179040810731 | 2023-10-28 17:19:54.0 | 14.32 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| swpants44210607616 | 2023-10-28 17:19:54.0 | 13.59 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| swsweater04200708537 | 2023-10-28 17:19:54.0 | 11.17 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2301136664425757 | 2023-06-26 21:22:51.0 | 12.80 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2304133551352048 | 2023-06-26 21:22:51.0 | 3.40 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2210195135928812 | 2023-06-26 21:22:51.0 | 2.77 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2211148835859176 | 2023-06-26 21:22:51.0 | 2.61 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2208121169531613 | 2023-06-26 21:22:51.0 | 23.92 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2303266231610006 | 2023-06-26 21:22:51.0 | 5.20 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2303309845033931 | 2023-06-26 21:22:51.0 | 10.00 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| swblouse07210510037 | 2023-06-26 21:22:51.0 | 1.97 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2212294394918554 | 2023-06-26 21:22:51.0 | 10.00 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2201045366963760 | 2023-06-26 21:22:51.0 | 10.40 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2304046640481183 | 2023-06-26 21:22:51.0 | 4.00 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2207110019750606 | 2023-06-26 21:22:51.0 | 2.61 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sz2304060581625540 | 2023-06-26 21:22:51.0 | 12.00 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2301062097385593 | 2023-06-26 21:22:51.0 | 6.00 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sw2109152241710595 | 2023-06-26 21:22:51.0 | 2.61 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sk2203046650314081 | 2023-03-05 00:05:10.0 | 3.92 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sk2210254700246727 | 2023-03-05 00:05:10.0 | 7.66 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| shkitchen16191121244 | 2023-03-05 00:05:10.0 | 1.45 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sk2112183120991545 | 2023-03-05 00:05:10.0 | 6.30 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| shdaily18201228676 | 2023-03-05 00:05:10.0 | 0.69 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sk2208070801213013 | 2023-03-05 00:05:10.0 | 5.11 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sh2211308379981981 | 2023-03-05 00:05:10.0 | 6.04 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |
| sx2205084811696659 | 2023-03-05 00:05:10.0 | 7.90 | 1 United States | NORTH CAROLINA | Hanna | Kirlin |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| skdress03210208009 | 2023-03-05 00:05:10.0 | 3.92 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sk2206136586208312 | 2023-03-05 00:05:10.0 | 5.11 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sk2203296220219261 | 2023-03-05 00:05:10.0 | 3.83 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sh2210268987774155 | 2023-03-05 00:05:10.0 | 1.49 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| skdress03190708770 | 2023-03-05 00:05:10.0 | 5.62 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sk2211041010561190 | 2023-03-05 00:05:10.0 | 5.96 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2111050045001591 | 2023-01-18 00:04:24.0 | 11.98 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| st2207091894446719 | 2023-01-18 00:04:24.0 | 9.00 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2205076700600160 | 2023-01-18 00:04:24.0 | 10.80 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sa2203230301715677 | 2023-01-18 00:04:24.0 | 11.20 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2209299707653014 | 2023-01-18 00:04:24.0 | 8.40 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2211097626696523 | 2023-01-18 00:04:24.0 | 11.20 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2211047797928756 | 2023-01-18 00:04:24.0 | 11.20 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2204277548077518 | 2022-12-28 09:38:14.0 | 4.90 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2204243702051005 | 2022-12-28 09:38:14.0 | 9.80 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| swtee07210410215 | 2022-12-28 09:38:14.0 | 7.70 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2109083133163749 | 2022-12-28 09:38:14.0 | 5.60 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2207074180105604 | 2022-12-28 09:38:14.0 | 4.20 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2206283310861510 | 2022-12-28 09:38:14.0 | 11.00 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2203230301715677 | 2022-12-28 09:38:14.0 | 9.80 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2109076273182987 | 2022-12-28 09:38:14.0 | 6.30 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2205076700612081 | 2022-12-28 09:38:14.0 | 7.70 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| swtee23210601087 | 2022-12-28 09:38:14.0 | 5.60 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2207297331372143 | 2022-12-28 09:38:14.0 | 5.60 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| swtee23210520491 | 2022-12-28 09:38:14.0 | 4.20 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2111050045001591 | 2022-12-28 09:38:14.0 | 8.70 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2204200438521653 | 2022-12-28 09:38:14.0 | 5.25 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2205124053747087 | 2022-12-28 09:38:14.0 | 4.90 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sh2210319344535985 | 2022-12-26 16:58:16.0 | 0.76 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| shstorage18210616548 | 2022-12-26 16:58:16.0 | 1.81 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| swmatern07210219755 | 2022-12-26 16:58:16.0 | 6.76 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sh2206227444715940 | 2022-12-26 16:58:16.0 | 2.41 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| swhairacc18210506256 | 2022-12-26 16:58:16.0 | 1.88 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sa2208104822342499 | 2022-12-26 16:58:16.0 | 7.51 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sh2208249444039511 | 2022-12-26 16:58:16.0 | 2.26 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sx2206086677636134 | 2022-12-26 16:58:16.0 | 0.76 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sc2212033311225163 | 2022-12-26 16:58:16.0 | 1.13 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sa2210281112951209 | 2022-12-26 16:58:16.0 | 6.76 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| swsweatsh23200805121 | 2022-12-26 16:58:16.0 | 7.51 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| st2207079323946779 | 2022-12-26 16:58:16.0 | 8.26 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| shstorage18200916074 | 2022-12-26 16:58:16.0 | 2.41 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sa2110198650068645 | 2022-12-26 16:58:16.0 | 12.01 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2210133083760272 | 2022-12-26 16:58:16.0 | 14.04 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2209084211026356 | 2022-12-26 16:58:16.0 | 6.31 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2208279944291441 | 2022-12-26 16:58:16.0 | 10.51 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sa2202288917681311 | 2022-12-26 16:58:16.0 | 9.76 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sa2205266626217787 | 2022-12-26 16:58:16.0 | 6.01 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| shstorage18210428131 | 2022-12-26 16:58:16.0 | 2.41 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sa2202180093338392 | 2022-12-26 16:58:16.0 | 5.26 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sa2210120788298299 | 2022-12-26 16:58:16.0 | 8.26 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| swhairac18210112654 | 2022-12-26 16:58:16.0 | 0.76 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sa2202180093317882 | 2022-12-26 16:58:16.0 | 6.01 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sa2110302133397309 | 2022-09-16 11:59:04.0 | 5.40 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sc2207233745377113 | 2022-09-16 11:59:04.0 | 1.28 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sk2202281317382719 | 2022-09-16 11:59:04.0 | 11.06 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sk2110281622262779 | 2022-09-16 11:59:04.0 | 3.83 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| skjewelry18201216478 | 2022-09-16 11:59:04.0 | 0.86 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| swear18200401284 | 2022-09-16 11:59:04.0 | 0.86 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sk2207046133868928 | 2022-09-16 11:59:04.0 | 4.26 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2202177055108202 | 2022-09-16 11:59:04.0 | 5.96 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sj2203041801144716 | 2022-09-16 11:59:04.0 | 1.71 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sS2004200030884494 | 2022-09-16 11:59:04.0 | 6.81 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sS2004200030884494 | 2022-09-16 11:59:04.0 | 6.81 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sc2205043329663347 | 2022-09-16 11:59:04.0 | 2.13 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sx2208047419472333 | 2022-09-16 11:59:04.0 | 11.06 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sa2206229679011866 | 2022-09-16 11:59:04.0 | 5.96 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sj2205154388565848 | 2022-09-16 11:59:04.0 | 0.86 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sw2206247117817781 | 2022-09-16 11:59:04.0 | 5.96 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sk2111198109066676 | 2022-09-16 11:59:04.0 | 4.26 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |
| sa2204277823297637 | 2022-08-31 12:12:59.0 | 23.00 | 1 United States | NORTH CAROLINA | Hanna | | Kirtin |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| sa2111229466603700 | 2022-08-31 12:12:59.0 | 11.00 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sw2205237678066016 | 2022-08-31 12:12:59.0 | 12.00 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2106248377429877 | 2022-08-31 12:12:59.0 | 21.00 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sS2010290089162586 | 2022-08-31 12:12:59.0 | 13.00 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sw2107165878944297 | 2022-08-31 12:12:59.0 | 19.00 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| swear18210331116 | 2022-08-31 12:12:59.0 | 1.00 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2203317841168853 | 2022-07-13 11:56:12.0 | 15.31 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2111041199333616 | 2022-07-13 11:56:12.0 | 6.59 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2112045730445413 | 2022-07-13 11:56:12.0 | 13.61 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sw2107167728556237 | 2022-07-13 11:56:12.0 | 4.47 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2112133272149008 | 2022-07-13 11:56:12.0 | 8.51 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2112230739240304 | 2022-07-13 11:56:12.0 | 17.78 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sw2107167728553884 | 2022-07-13 11:56:12.0 | 7.66 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sw2204256059499432 | 2022-07-13 11:56:12.0 | 7.66 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2112010036082460 | 2022-07-13 11:56:12.0 | 7.23 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sw2108094506658797 | 2022-07-13 11:56:12.0 | 9.36 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2112159065022609 | 2022-06-09 02:54:46.0 | 15.30 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| swmatern07200619500 | 2022-06-09 02:54:46.0 | 6.80 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2111099223083287 | 2022-06-09 02:54:46.0 | 11.05 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2111031005763550 | 2022-06-09 02:54:46.0 | 9.35 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2202181981151589 | 2022-06-08 10:32:14.0 | 5.60 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2203045314213922 | 2022-06-08 10:32:14.0 | 12.00 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2111297128233001 | 2022-06-08 10:32:14.0 | 11.20 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2202181981177421 | 2022-06-08 10:32:14.0 | 5.60 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sS2011040028172481 | 2022-06-08 10:32:14.0 | 9.60 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sS2011040028159674 | 2022-06-08 10:32:14.0 | 9.60 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2203105237810621 | 2022-06-08 10:32:14.0 | 8.80 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2203224687667905 | 2022-06-08 10:32:14.0 | 14.40 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |
| sa2202181981186262 | 2022-06-08 10:32:14.0 | 4.80 | 1 United States | NORTH CAROLINA | Hanna | Kirtlin |

# EXHIBIT D

Home  /  SHEIN U.S. TERMS OF USE

# SHEIN U.S. TERMS OF USE

**Effective Date: October 31, 2023**

Welcome to SHEIN's US web, mobile site and mobile application.

These terms and conditions ( **"Agreement"** or **"Terms"** ) govern your use of the us.shein.com website (the **"Site"** ), related SHEIN mobile application available to US residents (the **"App"** ), any other written, electronic, and oral communications with SHEIN, or any websites, pages, features, or content owned and operated by us (collectively, including the Site and App the **"Services"** ). You must be age 16 or older to use the Services.

BY USING THE SERVICES, YOU AGREE TO THESE TERMS. IF YOU DO NOT AGREE TO THESE TERMS, DO NOT ACCESS OR USE THE SERVICES.

PLEASE BE AWARE THAT THIS AGREEMENT CONTAINS PROVISIONS GOVERNING HOW TO RESOLVE DISPUTES BETWEEN YOU AND SHEIN. AMONG OTHER THINGS, IT INCLUDES AN AGREEMENT TO ARBITRATE WHICH REQUIRES, WITH LIMITED EXCEPTIONS, THAT ALL DISPUTES BETWEEN YOU AND US SHALL BE RESOLVED BY BINDING AND FINAL ARBITRATION. IT ALSO CONTAINS A CLASS ACTION AND JURY TRIAL WAIVER. PLEASE READ THIS AGREEMENT CAREFULLY.

UNLESS YOU OPT OUT OF THE AGREEMENT TO ARBITRATE WITHIN 30 DAYS: (1) YOU WILL ONLY BE PERMITTED TO PURSUE DISPUTES OR CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING AND YOU WAIVE YOUR RIGHT TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE ARBITRATION; AND (2) YOU ARE WAIVING YOUR RIGHT TO PURSUE DISPUTES OR CLAIMS AND SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL.

- 1. GENERAL >
- 2. USE OF OUR SERVICES >

- **3.** PRIVACY POLICY >
- **4.** ERRORS >
- **5.** PURCHASES >
- **6.** INTELLECTUAL PROPERTY AND OWNERSHIP >
- **7.** THIRD PARTY LINKS AND RESOURCES >
- **8.** ADDITIONAL APP TERMS >
- **9.** TEXT MESSAGING PROGRAM >
- **10.** EVENTS BEYOND OUR CONTROL >
- **11.** LIMITATION OF LIABILITY >
- **12.** DISCLAIMERS OF WARRANTIES >
- **13.** LEGAL DISPUTES AND ARBITRATION AGREEMENT FOR USERS IN THE UNITED STATES >
- **14.** LEGAL TERMS >
- **15.** NOTICE OF INTELLECTUAL PROPERTY INFRINGEMENT >
- **16.** CONTACT US >
- **17.** INTERNATIONAL USERS >

# 1. GENERAL

**1.1 Services.** The Site and the App are provided by SHEIN US Services, LLC. Where applicable, **"SHEIN"** , the **"Company"** , **"we"** , **"us"** and **"our"** shall refer to SHEIN US Services, LLC and its affiliates and **"you"** or **"your"** shall refer to the user of the Services.

The Services provide an online marketplace that enables users in the United States to purchase products from third-party sellers ( **"Third-Party Seller(s)"** ) and/or SHEIN Distribution Corporation. If you order products to be shipped to another country, you may be redirected to the local site of the country to which products are shipped, in which case, you will be subject to the terms of that local site.

**1.2 Updates to the Terms.** We reserve the right to change, modify, add or remove sections of these Terms, at any time, in our sole discretion. You are responsible for checking these Terms for any changes whenever you use the Services. When changes are made, we will make a new copy of these Terms available on the Services, and we will also update the "Last Updated" date at the top of the Terms. We may also require you to provide consent to the updated Terms in a specified manner before further use of the Services (or certain functionality thereof) is permitted. By continuing to use or access any of the Services or otherwise engaging with SHEIN after the posting of changes, you accept and agree to any such changes. IF YOU DO NOT AGREE TO ANY CHANGE(S), YOU SHALL STOP USING THE SERVICES.

**1.3 Supplemental Terms.** Your use of, and participation in, certain features and functionality of the Services may be subject to additional terms, such as our Bonus Point Policy , Coupon Policy , Return Policy and Gift Card Policy ( **"Supplemental Terms"** ), the terms of which are hereby incorporated by reference. If these Terms are inconsistent with the Supplemental Terms, then the Supplemental Terms control with respect to the applicable Services.

## 2. USE OF OUR SERVICES

**2.1 Use of Services.** Subject to the terms and conditions of this Agreement, SHEIN hereby grants you a limited, revocable, non-transferable and non-exclusive license to access and use the Services for the purpose of personal, non-commercial, shopping for items sold on the Services and not for any commercial use or use on behalf of any third party, except as explicitly permitted by us in advance. Any breach of this Agreement shall result in the immediate revocation of the license granted in this paragraph without notice to you.

**2.2 Limitations on Use.** Except as permitted in the paragraph above, you may not reproduce, distribute, display, sell, lease, transmit, create derivative works from, translate, modify, reverse-engineer, disassemble, decompile or otherwise exploit the Services or any portion of them unless expressly permitted by us in writing. You may not make any commercial use of any of the information provided on the Services or make any use of the Services for the benefit of another business unless explicitly permitted by us in advance. You agree that we may, in our sole discretion and without prior notice, terminate your access to the Services at any time with or without cause. In addition, from time to time, we may restrict access to some or all parts of the Services, including, but not limited to, the ability to upload documents, make payments, or send messages.

You shall not upload to, distribute, or otherwise publish through the Services any content, information, or other material that: (a) violates or infringes the copyrights, patents, trademarks, service marks, trade secrets, or other proprietary rights of any person; (b) is libelous, threatening, defamatory,

obscene, indecent, pornographic, or could give rise to any civil or criminal liability under local or international law; or (c) includes any bugs, logic bombs, viruses, worms, trap doors, Trojan horses or other code, material or properties which are malicious or technologically harmful.

Additionally, you agree not to:

- use the Services for any unlawful purposes, or in a way that could violate any applicable federal, state, local, or international law or regulation, the rights of SHEIN, or the rights of any third-party;
- to engage in any conduct that restricts or inhibits anyone's use or enjoyment of the Services, or which, as determined by us, may harm us or other persons using the Services or expose us or them to liability;
- use the Services in any manner that could disable, overburden, damage, or impair the Site or App or any other party's use of the Services;
- use any robot, spider or other manual or automated device, process, software or means to index or access the Services for any purpose;
- use the Services to distribute unsolicited promotional or commercial content, or solicit other persons using the Services for commercial purposes; or
- otherwise attempt to interfere with the proper working of the Service.

**2.3 Account Creation and Termination.** In order to access some features or services available on the Services, you will have to create a SHEIN user account ( **"User Account"** ), including setting up a password. You may not use another person's account or password.

You are solely responsible for protecting the confidentiality of your User Account and the information you hold for your User Account, including your password, as well as any and all activity that occurs under your User Account. In no event will we be liable for any loss, theft or fraudulent use of your User Account. You agree to immediately notify us of any unauthorized use of your User Account, password, or any other breach or threatened breach of the Site or App's security. You warrant and confirm that you will only use your own User Account or password in connection with accessing and using the Services.

Your Wallet (defined below) will only work in the United States. If you reside in one country but order products to be shipped to another country, you may be redirected to the site serving the country to which the products are shipped.

We reserve the right to suspend or terminate your User Account and/or cancel your orders in our discretion, including, without limitation, if we believe that your conduct violates applicable law or is harmful to our interests. If your User Account is discontinued by SHEIN due to your violation of any portion these Terms or for conduct otherwise deemed inappropriate, then you agree that you will not attempt to re-register with or access the Services through use of a different member name, user account or otherwise. You may terminate your User Account at any time, for any reason, by following any applicable instructions within the Site or App, or by contacting us as described in the "Contact Us" section below. If your Wallet (defined below) holds promotional points, promotional coupons or wallet credit at the time of termination or cancellation of your User Account, you may lose the ability to use those assets, except as provided by applicable law, if you do not reach out to **Customer Service**. To the fullest extent permitted by applicable law, SHEIN will not have any liability whatsoever to you for any suspension or termination of your User Account.

By creating a User Account with us, you acknowledge that we may send you promotional or marketing emails from time to time. If you do not wish to receive those emails, please use the link provided in those emails to unsubscribe from our email list.

**2.4 Wallet.**

If you create a User Account, you will be provided with a SHEIN digital wallet ( **"Wallet"** ) that can be used to collect and hold Wallet credits, promotional coupons, and promotional points, and to track gift cards (see details on each type below) issued by SHEIN via the Services. The Wallet is provided as a convenience to enable you to readily access these features; you cannot load your own funds to the Wallet, and nothing maintained in the Wallet has any cash value except as expressly indicated below or as otherwise provided by applicable law. Wallet credits, promotional coupons, promotional points, and gift cards can only be redeemed, as applicable, in connection with purchase of products available on the Services in accordance with the terms below, and not for any other purpose. Gift cards can only be redeemed in connection with the purchase of products sold by SHEIN, not Third-Party Sellers. The Wallet is accessible via the Site or the App in the section "My Assets" of your User Account. Wallet credits, promotional coupons, promotional points, and gift cards cannot be redeemed for cash, except as may be required under applicable law. You may view your total balance of the various items in your Wallet, including the value of Wallet credits available for redemption, in the "My Assets" section. This balance information is provided for your convenience only and is not intended to reflect, and does not constitute, an aggregate balance of funds available for you to spend and held on your behalf by SHEIN (or any other party). We may limit the amounts in Wallet credits, gift cards, or coupons that you are able to maintain at any given time, at our sole discretion.

- **Promotional Points:** Promotional points are stored in your Wallet. Promotional points may be earned by participating in certain activities and by purchasing products through the Services, as further detailed in **Bonus Point Policy**. Promotional Points are subject to expiration and

cancellation by the Company. Promotional points can only be redeemed on the site through which they were granted (for example, if promotional points were granted on the us.shein.com site, then they can only be redeemed on that site).

- **Promotional Coupons:** Coupons are subject to additional terms and conditions found in SHEIN's Coupon Policy , which may change from time to time with or without notice. Coupons provided to you may be subject to expiration by SHEIN. The use of coupons granted by SHEIN is subject to limitations as provided in connection with each promotional coupon. Promotional coupons can only be used on the site through which they were granted (for example, if a promotional coupon was granted on the us.shein.com site, then it can only be used on that site). Notwithstanding the foregoing, only those promotional coupons that are identified by SHEIN as being eligible for Third-Party Sellers' products may be used for purchasing Third-Party Sellers' products on the Services, and any promotional coupons that are identified as only for Third-Party Sellers' products may not be used for purchasing products sold by SHEIN.

- **Wallet Credit:** Wallet credit may be provided to you when you return goods sold on the Services in accordance with our Return Policy and choose a Wallet credit in lieu of the refund to your payment method option. In electing to receive a Wallet credit instead of a refund to the payment method used for your purchase, you understand and agree that you will not receive and will no longer be able to receive a refund to your payment method or any other method. The Wallet credit cannot be redeemed for cash and does not have any cash value, except as may be required under applicable law. Wallet credits can only be redeemed on the site through which the Wallet credit was granted (for example, if you ordered and subsequently returned a product on the us.shein.com site and elected to receive a Wallet credit, that Wallet credit can only be redeemed on that site). No more than $1,500 can be associated with your Wallet credit on any day.

- **Gift Cards:** Gift cards may be tracked under the "My Assets" section of your User Account. You can view your gift card balance by entering the gift card number and pin. Your gift card balance is the value of the gift card less any amounts that have already been redeemed for purchases, if any. Gift cards are subject to the terms and conditions set out in SHEIN's Gift Card Policy , which are incorporated by reference to these Terms. Gift cards given to you as a promotion will be clearly identified as such, and may be subject to expiration or cancellation by Company in accordance with the Gift Card Policy and the terms of any such promotional gift card. Gift cards can only be redeemed on the site through which they were purchased or provided (for example, if a gift card was purchased or provided through the us.shein.com site, then it can only be

redeemed on that site). Gift cards can only be used for purchases of SHEIN's products and cannot be used for purchases of Third-Party Sellers' products.

**2.5 Interactions with Other Users.** When interacting with others via the Services, including Third-Party Sellers, you should exercise caution and common sense to protect your personal safety and property, just as you would when interacting with other persons whom you do not know. You are solely responsible for your interactions with any other parties with whom you interact; provided, however, that SHEIN reserves the right, but has no obligation, to provide support in the event of disputes between you and any Third-Party Sellers or other users of the Services. YOU AGREE THAT NEITHER SHEIN NOR ITS LICENSORS IS RESPONSIBLE FOR THE CONDUCT, WHETHER ONLINE OR OFFLINE, OF ANY THIRD-PARTY SELLER OR OTHER USER OF THE SERVICES, AND THAT SHEIN MAKES NO REPRESENTATIONS WITH RESPECT TO YOUR INTERACTIONS WITH THEM. SHEIN AND ITS LICENSORS WILL NOT BE LIABLE FOR ANY CLAIM, INJURY OR DAMAGE ARISING IN CONNECTION WITH YOUR INTERACTIONS WITH THIRD-PARTY SELLERS OR OTHER USERS OF THE SERVICES, OR YOUR USE OF OR INABILITY TO USE ANY ITEMS PURCHASED FROM A THIRD-PARTY SELLER THROUGH THE SERVICES.

**2.6 Accurate Information; Customs.** You must provide valid, complete, and accurate data of the type required on the Services when making a purchase, and it is your sole responsibility to make certain that such data is accurate. All names and addresses (including for shipping and payment) must also be accurate and valid. If any information is missing or is incorrect, and that leads to a shipment delay or cancellation during the customs clearance process, neither SHEIN nor any Third-Party Seller will be responsible or be obligated to offer any compensation to you whatsoever. You hereby authorize SHEIN to make statements, submit, amend and invalidate all declarations and documents necessary or useful to import goods ordered by you in your name and/or from your User Account. This includes the power to make and receive service and deliveries, request refunds of any levies, taxes and fees relating to the importation of goods, to conduct administrative appeal and court proceedings as well as enforcement proceedings and appeals and remedies at all instances, file applications, complaints, etc. with public authorities, courts and other institutions, file, withdraw and/or waive legal remedies and appeals against judgments, orders, arbitral awards, payment orders, or any other orders and decisions of whatever kind, receive monies, valuables and documents and/or deeds in connection with the purchase, shipment, or delivery of products you purchased or caused to be purchased via the Services. It also includes the right to instruct customs agents in the name and on behalf of you and to grant sub-authorization to customs agents and/or other representatives involved in handling matters relating to the importation of goods and complying with regulations regarding the importation of goods.

## 3. PRIVACY POLICY

SHEIN's Privacy Policy applies to use of the Services, including your submission of personal information through the Services, and is herein incorporated by reference. To view SHEIN's Privacy Policy, click here .

## 4. ERRORS

While we strive to provide accurate information on the Services, errors, inaccuracies, or omissions, including those that relate to pricing, product descriptions, availability, and offers may occur. We reserve the right to correct any errors, inaccuracies, or omissions and to change or modify information or cancel orders if any information on the Services is inaccurate at any time without prior notice, including after your order has been submitted. In the event we or a Third-Party Seller cancel all or part of an order, we will provide you with notice and a refund.

## 5. PURCHASES

**5.1 Prices and Orders.** All product prices listed on the Services are exclusive of shipping charges and local sales and use tax and other taxes or fees (where applicable) which will be charged to you separately at the applicable rate on each order. A Colorado Retail Delivery Fee will be charged to you separately at the applicable rate on each order that is to be delivered to an address in Colorado. Similarly, any other regulatory fees that may be required by the state where your order is to be delivered will be charged to you separately, if applicable.

Prices may change at any time, but (other than as set out above) changes shall not affect the orders for which we have sent an order confirmation email. All amounts are in U.S. dollars unless otherwise noted on the Site or in the App.

For a detailed description of our order process, please visit How to Order . Credit cards are subject to verification and authorization by the card issuer. If you made a purchase through your User Account, your purchase and order history are available in the "My Orders" section of your User Account. By clicking "Buy Now" or "Place Order" and "Continue" in connection with an order on the Services, you are offering to purchase the applicable products

available on the Services, the acceptance of such offer is in our and/or the Third-Party Seller's, as applicable, sole discretion; confirmation of acceptance (if any) will be communicated to you in an order confirmation via email.

If you detect an error in your order after the completion of the payment process, you should immediately contact our **Customer Service Platform** to correct the error.

**Please note single-day purchase limitations:** Customers in the United States cannot currently place order(s) that exceed $800 on a single day.

**5.2 Colors.** We make reasonable efforts to display, as accurately as possible, the colors of our products that appear on the Services. However, because the actual colors you see will depend on your monitor, we cannot guarantee that your monitor's display of any color will be an accurate depiction of the color of the color of the product you selected to purchase.

**5.3 Shipping.** Although some of the products sold on the Services may be available to be shipped from a location within the United States, other products may be shipped from outside of the United States. We may include a "Quickship" tag on the product page of certain products. A "Quickship" tag will let you know that the item may be available to be shipped from a location in the United States. However, if such item is no longer available to be shipped from within the United States by the time your order is placed, it will be shipped from outside the United States.

**5.4 Title and Shipment.** Title to any purchased items fulfilled outside the United States transfers from the respective seller (i.e., SHEIN Distribution Corporation if you purchase a product sold by SHEIN or the Third-Party Seller if you purchase a product sold by a Third-Party Seller) to you as the respective customer once the items are loaded onto the international carrier outside of your country. Title to any purchased items fulfilled in the United States transfers from the respective seller (i.e., SHEIN Distribution Corporation if purchase a product sold by SHEIN or the Third-Party Seller if you purchase a product sold by a Third-Party Seller) to you when the products are delivered to the shipping address provided by you. SHEIN neither owns nor takes title to any product sold by a Third-Party Seller. Any legitimate claims arising from loss or damage during delivery of the order by the carrier to your delivery address must be made to Customer Service within fourteen (14) days after your received the goods or should have received the goods (in case of lost goods). If we determine that your claim is valid, at our discretion, we will either replace the item that was damaged or lost during shipment (subject to availability and using the same shipping method without additional shipping costs, and subject to the same terms and conditions

as set forth herein), or we will reimburse you the purchase price and shipping cost paid (provided that the shipping cost did not include other items that were delivered without damage).

**Return of product.** Returns of items purchased on the Services will be accepted in accordance with our Return Policy . Returns may only be made using the return shipping label we provide to you. Based on your request, we will either exchange the product or refund you the purchase price (free return shipping will only be available for one return per order). The refund will be credited either to your Wallet associated with your User Account (subject to Section 2.4 in these Terms) or your original method of payment at your election. If you choose a Wallet credit, you will not be able to redeem the Wallet credit for cash, except as required under applicable law. Certain items are non-returnable as specified in the Return Policy .

**5.5 Purchases from Third-Party Sellers.** Because SHEIN does not own any of the products that are listed by Third-Party Sellers, all such products are purchased from and sold directly by such Third-Party Sellers. SHEIN is not a party to any transaction for products listed by Third-Party Sellers, and accordingly, any contract for the purchase of products listed by Third-Party Sellers through the Services is entered into directly between the applicable purchaser and such Third-Party Seller. While SHEIN may facilitate these transactions through the Services (including by acting as limited payments agent on behalf of Third-Party Sellers to process payments on such sellers' behalf), we have no control over and do not guarantee the existence, quality, timing, condition, safety or legality of products offered for sale by Third-Party Sellers through the Services; the truth or accuracy of listings for products sold by Third-Party Sellers; the integrity, responsibility, or any actions of any Third-Party Sellers; the ability of any Third-Party Sellers to sell products; or that any Third-Party Seller will actually complete a transaction. SHEIN is not an auctioneer, seller, or carrier of any items that are listed for sale by Third-Party Sellers.

**5.6 Release for Disputes with Third-Party Sellers.** To the fullest extent permitted by applicable law, SHEIN expressly disclaims any and all liability that may arise between you and any Third-Party Seller. The Services merely provide a venue for connecting our users with Third-Party Sellers. Because SHEIN is not a party to the actual contracts between you and any Third-Party Seller that you purchase a product from, in the event that you have a dispute with any Third-Party Seller, you release SHEIN, its parents, subsidiaries, affiliates, and all of their officers, employees, investors, agents, partners and licensors, but excluding any Third-Party Sellers (each a **"SHEIN Party"** and collectively, the **"SHEIN Parties"** ) from any and all claims, demands, or damages (actual or consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

If you are a California resident, you hereby waive California Civil Code Section 1542, which states, "A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party." The foregoing release does not apply to any claims, demands, or any losses, damages, rights and actions of any kind, including personal injuries, death or property damage for any unconscionable commercial practice by a party or for such party's fraud, deception, false, promise, misrepresentation or concealment, suppression or omission of any material fact in connection with the Services

# 6. INTELLECTUAL PROPERTY AND OWNERSHIP

**6.1 Content.** The Services, including all features and materials, such as the text, logos, software, scripts, data compilations, graphics, photographs, sounds, music, videos, and interactive features provided as part of the Services (collectively, **"Content"** ), as well as the design of any products offered on the Services, may be the property of SHEIN or others and protected by copyright and/or other intellectual property laws. You may only access the Content as permitted under these Terms.

**6.2 Marks.** The trademark SHEIN and other trademarks, service names, logos, designs, phrases, page headers, button icons, and scripts used by SHEIN in connection with the Services, are trademarks, service marks, and trade dress of SHEIN (collectively, the **"Marks"** ) in the United States and other countries. No right, title, or interest in or to any of the Marks is transferred to you and all rights not expressly granted are reserved. The Marks may not be used by you without the express written permission of SHEIN. All other trademarks not owned by SHEIN that appear in connection with products offered on the Services are the property of their respective owners, who may not be affiliated with, connected to, or sponsored by SHEIN. Use of the Marks on any portion of the Services, is not a representation that SHEIN is the owner of any copyright or other intellectual property rights in the products offered for sale on the Services. SHEIN sources some of its products from third-party manufacturers and wholesalers, and the Services offer products sold by Third-Party Sellers.

**6.3 Rights Reserved.** The Content on the Services is intended solely for personal, non-commercial use. You may not download, copy, reproduce, distribute, transmit, broadcast, display, perform, reproduce, publish, sell, license, create derivative works from, or otherwise exploit any Content, software, products or service contained on the Services without the prior written consent of the Company or the respective owners. You may not use any of the Content to further any commercial purpose, including any advertising or advertising revenue generation on your own website, social media

account or in any other form or medium. You hereby grant to SHEIN (and its affiliates, assignees, or survivors in interest) a world-wide, perpetual, warranty-free, irrevocable license to freely duplicate, use, or incorporate any questions, comments, suggestions, ideas, feedback or other information about the Services that you provide to us. You further acknowledge and agree that all of the foregoing is not confidential and is subject to the Company's review and monitoring. You agree not to circumvent, disable or otherwise interfere with security-related features of the Services or features that prevent or restrict use or copying of any Content or enforce limitations on use of the Services or the Content therein. We reserve all rights not expressly granted in and to the Content.

**6.4 Reviews, Comments and Submissions.** Except as otherwise provided elsewhere in this Agreement or on the Services, anything that you submit or post to the Services and/or provide to the Site or App, including, without limitation, images, videos, information, ideas, know-how, techniques, questions, reviews, comments, and suggestions (collectively, **"Submissions"** ) is and will be treated as non-confidential and nonproprietary (unless such Submission is otherwise subject to our Privacy Policy ), and by submitting or posting, you agree to irrevocably license the Submissions and all intellectual property rights related thereto (excluding the moral rights such as authorship right) to the Company on a non-exclusive basis without charge and we shall have the royalty-free, worldwide, perpetual, irrevocable, and transferable right to use, copy, distribute, display, publish, perform, sell, lease, transmit, adapt, create derivative works from such Submissions by any means and in any form, and to translate, modify, reverse-engineer, disassemble, or decompile such Submissions. You hereby grant to SHEIN (and its affiliates, assignees, or survivors in interest) a world-wide, perpetual, warranty-free, irrevocable non-exclusive license to duplicate, use, or incorporate all your Submissions. In addition to the rights applicable to any Submission, when you post comments or reviews to the Services, you also grant us the right to use the name that you submit with any review or comment, if any, in connection with such review or comment. You shall not use a false e-mail address, pretend to be someone other than yourself, or otherwise mislead us or third parties as to the origin of any Submissions or content. We may but shall not be obligated to remove or edit any Submissions (including comments or reviews) for any reason.

You warrant that you have all necessary rights and authorizations to provide, upload, and submit your Submissions and to grant the rights and licenses to Submissions that you grant under these Terms. You undertake to defend and indemnify the Company against any losses caused due to the use of the Submissions as authorized herein.

Please note that you are prohibited from posting images to our Services of yourself, if you are under the age of 18, or of others who are under the age of 18.

**6.5 User Generated Content Policy.** When you transmit, post, upload, share, or otherwise contribute any content, including Submissions, to the Services, such contributed content shall be considered as user-generated content ( **"UGC"** ) to the extent that such content is visible to or accessible to

any other Site or App visitors or users. By accepting these Terms, you agree not to contribute any UGC that could reasonably be considered to entail, contain, provide or promote any of the following: disclosure of another person's personal information, the publication of which would violate federal or state law, or otherwise be construed as harassment;

- Sexually explicit or pornographic content;

- Profanity;

- derogatory, discriminatory or hateful comments or incitements against specific individuals or groups based on race, national or ethnic origin, color, religion, age, sex, sexual orientation, gender identity or expression, marital status, family status, genetic characteristics, disability or conviction for an offence for which a pardon has been granted or in respect of which a record suspension has been ordered;

- incitements to violence or other dangerous activities;

- terrorism or other criminal activities;

- insensitive or offensive comments related to natural disasters, atrocities, health crisis, deaths, conflicts or other tragic events;

- harassment, bullying, or threats;

- dangerous products, illicit drugs, or inappropriate use or sale of tobacco and/or alcohol;

- spam;

- false or misleading information or claims pertaining to products made available for purchase on the Services;

- transactions in cryptocurrencies;

- false medical-related claims or contents;

- content that infringes intellectual property rights;

- content that you are not authorized to, or don't have a legal right to, share, post, or otherwise display; or

- any other content that could be considered illegal, offensive or restricted under applicable laws or regulations.

You further acknowledge and agree that SHEIN, in its sole discretion, may remove, block any UGC for any reason, in its sole discretion, including any UGC that it determines violate the above requirements. Posting UGC in violation of these Terms, may lead to the suspension or subsequent termination of your access to all or part of our Services. By accepting these Terms, you hereby acknowledge and agree to only post UGC that is

appropriate for a family audience. You further acknowledge and agree that SHEIN is not obligated to police or actively review UGC prior to its display on the Services, and that you are therefore solely responsible for the UGC you elect to post on the Services.

# 7. THIRD PARTY LINKS AND RESOURCES

The Services may contain links to third-party sites that are not owned or controlled by us. References on our Site and App to any names, marks, products or services of third parties, or links to third-party sites or information, are not an endorsement, sponsorship, or recommendation of the third party or its information, products, or services.

We have no control over, assume no responsibility for, and do not endorse or verify the content, privacy policies, or practices of any third-party sites or services, including, but not limited to, any third-party social media or mobile app platform with which the Services operate or otherwise interact. The Company is not responsible for the acts or omission of any operator of any such site or platform. Your use of any such third-party site or platform is at your own risk and will be governed by such third party's terms and policies (including its privacy policies). We make no warranties or representations about the accuracy, completeness, or timeliness of any content posted on the Services by anyone other than us. We strongly advise you to read all third-party terms and conditions and privacy policies.

# 8. ADDITIONAL APP TERMS.

**8.1 App License. Application License.** Subject to your compliance with these Terms, SHEIN grants you a limited non-exclusive, non-transferable, non-sublicensable, revocable license to download, install and use a copy of the App a single devices (as defined below) that you own or control and to run such copy of the App solely for your own personal purposes.

**8.2 Downloading the App from Google Play.** If you accessed through or downloaded the App from the Google Play store, you may have additional license rights with respect to use of the App on a shared basis within your designated family group.

**8.3 Downloading the App from the Apple App Store.** If you accessed the App through or downloaded the App from the Apple App Store, you shall only use the App (a) on an Apple-branded product that runs the iOS (Apple's proprietary operating system) and (b) as permitted by the "Usage Rules"

set forth in the Apple Media Terms of Service, except that such App may be accessed, acquired, and used by other accounts associated with the purchaser via Apple's Family Sharing function, volume purchasing, or Legacy Contacts function. In addition, the following applies if you accessed the App through or downloaded the App from the Apple App Store.

- You acknowledge and agree that (i) these Terms are concluded between you and SHEIN only, and not Apple, and (ii) SHEIN, not Apple, is solely responsible for the App or content thereof. Your use of the App must comply with the App.

- You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App.

- In the event of any failure of the App to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price for the App to you and to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the App. As between SHEIN and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of SHEIN.

- You and SHEIN acknowledge that, as between SHEIN and Apple, Apple is not responsible for addressing any claims you have or of any third party relating to the App or your possession and use of the App, including, but not limited to: (i) product liability claims; (ii) any claim that the App fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

- You and SHEIN acknowledge that, in the event of any third-party claim that the App or your possession and use of the App infringe that third party's intellectual property rights, as between SHEIN and Apple, SHEIN, not Apple, will be solely responsible for the investigation, defense, settlement and discharge of any such intellectual property infringement claim to the extent required by these Terms.

- You and SHEIN acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of these Terms as related to your license of the App, and that, upon your acceptance of the terms and conditions of these Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce this Agreement as related to your license of the App against you as a third-party beneficiary thereof.

- Without limiting any other terms of these Terms, you must comply with all applicable third-party terms of agreement when using the App.

# 9. TEXT MESSAGING PROGRAM

GENERAL TERMS & DISPUTES. WITHOUT LIMITATION OUR TEXT MESSAGING PROGRAM IS SUBJECT TO THESE COMPLETE TERMS, WHICH CONTAIN PROVISIONS THAT GOVERN HOW CLAIMS YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED (SEE LEGAL DISPUTES AND ARBITRATION AGREEMENT SECTION BELOW), INCLUDING AN OBLIGATION TO ARBITRATE DISPUTES, WHICH WILL, SUBJECT TO LIMITED EXCEPTIONS, REQUIRE YOU TO SUBMIT CLAIMS YOU HAVE AGAINST US, INCLUDING WITHOUT LIMITATION, ANY CLAIMS RELATING TO TEXT MESSAGES YOU RECEIVE FROM US, TO BINDING ARBITRATION, UNLESS YOU OPT-OUT IN ACCORDANCE WITH THE ARBITRATION SECTION BELOW.

**9.1 Enrollment. You must expressly opt in to SHEIN's text messaging program (the "Program") to receive Program messages.** By enrolling, you expressly consent to receive recurring SMS and MMS messages from SHEIN at the telephone number you designated, including advertising, marketing, news, updates, and other information from or on behalf of SHEIN. You acknowledge and agree that Program messages may be sent using an automatic telephone dialing system, another automated system for the selection and dialing of telephone numbers, or any other messaging technology. Your consent to participate in our Program is not required (directly or indirectly) as a condition of purchasing any property, goods, or services and it is not required to use our Site, App, or Services.

**9.2 Message Frequency.** Program message frequency varies and we may change the frequency of the messages you receive at any time, including in response to your interactions with us.

**9.3 Getting HELP.** For Program support or assistance, text the keyword HELP to the short code or number from which you currently are receiving our text messages, respond with the keyword HELP to any message you receive from our Program, or email us_legal@sheingroup.com .

**9.4 Opting Out.** You can opt out from receiving SMS/MMS text messages through our Program by responding with the keyword STOP to any message you receive from our Program, or just texting STOP to the short code or number from which you currently are receiving our text messages. In either case, you will receive one additional message confirming that your request has been processed. Please note that we may change any short code or telephone number we use to operate the Program at any time with notice to you. You acknowledge that any messages, including any STOP or HELP requests, you send to a short code or telephone number we have changed may not be received and that we will not be responsible for honoring such requests.

**9.5 Your Own Wireless Plan.** Message and data rates may apply for any messages sent to and by you. If you have any questions about your text plan or data plan, contact your wireless provider.

**9.6 Your Duties for Your Own Phone Number.** If you enroll in the Program, you represent that you are the account holder or customary user for the mobile telephone number that you provide when enrolling in our text messaging program. If you change or deactivate that number, you are responsible for notifying us at Privacy Center immediately. The Program is offered on an "as-is", "as-available" basis and may not be available in all areas or at all times and may not be supported by all wireless carriers. Neither we, our vendors, T-Mobile, and/or any other wireless carrier is liable for failed, delayed, misdirected, or undelivered messages.

**9.7 Participation Subject to Termination or Change.** If you enroll in SHEIN's Program, we may suspend or terminate your receipt of automated marketing messages from us if we believe you are in breach of these Terms. Your receipt of these messages is also subject to termination if your mobile telephone service terminates or lapses. We reserve the right to modify or discontinue, temporarily or permanently, all or any part of these messages, with or without notice to you.

# 10. EVENTS BEYOND OUR CONTROL

We will not be liable for any non-compliance or delay in compliance with any of the obligations we assume under the Terms or other contracts when caused by events that are beyond our reasonable control ( **"Force Majeure"** ). Force Majeure shall include any act, event, failure to exercise, omission or accident that is beyond our reasonable control, including, among others, the following:

- Strike, lockout, or other forms of protest.
- Civil unrest, revolt, invasion, terrorist attack or terrorist threat, war (declared or not) or threat or preparation for war.
- Fire, explosion, storm, flood, earthquake, collapse, epidemic, pandemic, or any other natural disaster.
- Inability to use trains, ships, aircraft, motorized transport, or other means of transport, public or private.
- Inability to use public or private telecommunication systems.
- Acts, decrees, legislation, regulations or restrictions of any government or public authority.
- Strike, failure, or accident in maritime or river transport, postal transport, or any other type of transport.

It shall be understood that our obligations deriving from the Terms or other contracts are suspended during the period in which Force Majeure remains in effect and we will be given an extension of the period in which to fulfil these obligations by an amount of time equal to the time the Force Majeure lasted. We will provide all reasonable resources to end the Force Majeure to the extent we can or to find a solution that enables us to fulfil our obligations under the Terms despite the Force Majeure.

# 11. Limitation of Liability

**11.1 Disclaimer of Certain Damages.** YOU UNDERSTAND AND AGREE THAT, TO THE FULLEST EXTENT PROVIDED BY LAW, IN NO EVENT SHALL SHEIN BE LIABLE FOR ANY LOSS OF PROFITS, REVENUE OR DATA, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, OR DAMAGES OR COSTS DUE TO LOSS OF PRODUCTION OR USE, LOSS OF BUSINESS OR MANAGEMENT TIME, BUSINESS INTERRUPTION, LOSS OF INCOME OR SALES, OPERATING LOSS, LOSS OF PROFITS OR CONTRACTS, LOSS OF FORECAST SAVINGS, OR PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, IN EACH CASE WHETHER OR NOT SHEIN HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, ARISING OUT OF OR IN CONNECTION WITH THESE TERMS OR ANY COMMUNICATIONS, INTERACTIONS OR MEETINGS WITH OTHER USERS OR THIRD-PARTY SELLERS OF THE SERVICES, ON ANY THEORY OF LIABILITY, INCLUDING WITHOUT LIMITATION SUCH DAMAGES FROM: (A) THE USE OR INABILITY TO USE THE SERVICES; (B) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION OR SERVICES PURCHASED OR OBTAINED; OR MESSAGES RECEIVED THROUGH THE SERVICES; (C) UNAUTHORIZED ACCESS TO, LOSS OF, OR ALTERATION OF YOUR TRANSMISSIONS OR DATA; (D) STATEMENTS OR CONDUCT OF ANY THIRD-PARTY ON THE SERVICES; OR (E) ANY OTHER MATTER RELATED TO THE SERVICES, WHETHER BASED ON WARRANTY, COPYRIGHT, CONTRACT, TORT (INCLUDING NEGLIGENCE), OR ANY OTHER LEGAL THEORY.

**11.2 Cap on Liability.** UNLESS EXPRESSLY STATED OTHERWISE IN THESE TERMS, TO THE FULLEST EXTENT PROVIDED BY LAW, SHEIN WILL NOT BE LIABLE TO YOU ARISING OUT OF, RELATED TO, OR IN CONNECTION WITH ANY PRODUCT PURCHASED ON THE SERVICES FOR MORE THAN THE PURCHASE PRICE OF SUCH PRODUCT. FOR ALL OTHER CLAIMS ARISING OUT OF OR RELATED TO THESE TERMS OR THE SERVICES, UNLESS EXPRESSLY STATED OTHERWISE IN THESE TERMS, TO THE FULLEST EXTENT PROVIDED BY LAW, IN NO EVENT WILL SHEIN'S LIABILITY TO YOU EXCEED $100.

**11.3 Exclusions.** THE LIMITATIONS OF LIABILITY AND DISCLAIMERS OF DAMAGES IN THIS SECTION 11 SHALL NOT APPLY TO SHEIN'S LIABILITY FOR (i) DEATH OR PERSONAL INJURY CAUSED BY SHEIN'S NEGLIGENCE; OR (ii) ANY INJURY CAUSED BY SHEIN'S FRAUD OR FRAUDULENT MISREPRESENTATION. IN ADDITION, CERTAIN JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MIGHT HAVE ADDITIONAL RIGHTS.

**11.4 Basis of the Bargain.** THE LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN SHEIN AND YOU.

# 12. DISCLAIMERS OF WARRANTIES

**PLEASE READ THIS SECTION CAREFULLY SINCE IT LIMITS THE LIABILITY OF SHEIN TO YOU.**

**12.1 Listing Information is provided "as is".** Due to the open nature of the Services and the possibility of errors in storage and transmission of digital information, we do not warrant the accuracy and security of the information transmitted or obtained by means of the Services, unless otherwise indicated expressly on the Services. All product descriptions, information and materials shown on the Services are provided "as is", with no express or implied warranties or conditions of the same, except those that may not be excluded by applicable law.

**12.2 Products Sold by SHEIN.** If you purchase a product sold by SHEIN on the Services, SHEIN is obliged to deliver such product in conformity with the mutually intended transaction, in accordance with commercial reasonable expectations, being liable to you for any lack of conformity which exists at the time of delivery. It is understood that the goods are in conformity with the transaction or intended purchase if they: (i) comply with the description given by us and possess the qualities that we have presented in this Site; (ii) are fit for the purposes for which goods of this kind are normally used; and (iii) show the quality and performance which are normal in goods of the same type and which can reasonably be expected.

TO THE FULLEST EXTENT PERMITTED BY LAW, SHEIN HEREBY EXCLUDES AND DISCLAIMS ALL WARRANTIES AND CONDITIONS (WHETHER EXPRESS OR IMPLIED) WITH RESPECT TO PRODUCTS SOLD BY SHEIN, EXCEPT THOSE THAT MAY NOT BE EXCLUDED BY LAW.

**12.3 Products of Third-Party Sellers.** SHEIN does not make any warranties regarding products that are OFFERED OR sold by Third-Party Sellers. SHEIN EXPRESSLY DISCLAIMs ALL WARRANTIES, REPRESENTATIONS, AND CONDITIONS OF ANY KIND WITH RESPECT TO ANY PRODUCTS

OFFERED OR SOLD BY THIRD-PARTY SELLER, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. If you buy a product that is sold by a Third-Party Seller, you assume, agree and understand that you bear all of the risks in purchasing such product via the Services. WITHOUT LIMITING THE FOREGOING, SHEIN MAKES NO WARRANTY THAT ANY PRODUCTS OFFERED OR SOLD BY THIRD-PARTY SELLERS WILL MEET YOUR REQUIREMENTS, BE DELIVERED IN A TIMELY MANNER, OR BE IN THE CONDITION DESCRIBED IN THE PRODUCT'S LISTING. SHEIN MAKES NO WARRANTY REGARDING THE QUALITY OF ANY SUCH PRODUCTS.

**12.4 Services Provided "As-Is".** BY USING THE SERVICES, YOU HEREBY ACKNOWLEDGE AND AGREE THAT WE ARE PROVIDING THE SERVICES, INCLUDING THE SITE AND APP, ON AN "AS IS" "AS AVAILABLE" AND "WITH ALL FAULTS" BASIS, WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. WITHOUT LIMITING THE FOREGOING, AND TO THE EXTENT PERMITTED BY LAW, THE COMPANY EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES AND CONDITIONS OF ANY KIND RELATING TO THE SERVICES, INCLUDING ANY WARRANTY OR CONDITION OF MERCHANTABILITY, TITLE, ACCURACY, COMPLETENESS, LEGALITY, UNINTERRUPTED OR ERROR-FREE SERVICE, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT, NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR TRADE USAGE. WE MAKE NO PROMISES WITH RESPECT TO, AND EXPRESSLY DISCLAIM ALL LIABILITY FOR: (1) PRODUCTS, SERVICES, INFORMATION, PROGRAMMING, AND/OR ANYTHING ELSE PROVIDED BY A THIRD PARTY THAT IS ACCESSIBLE TO YOU THROUGH THE SERVICES; OR (2) THE QUALITY OR CONDUCT OF ANY THIRD PARTY YOU ENCOUNTER IN CONNECTION WITH YOUR USE OF THE SERVICES. YOUR SOLE REMEDY FOR DISSATISFACTION WITH THE SERVICES IS TO STOP USING THE SERVICES.

**12.5 Exclusions.** SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR EXCLUSIONS OF LIABILITY FOR CERTAIN TYPES OF DAMAGES. AS A RESULT, THE ABOVE LIMITATIONS AND EXCLUSIONS MAY NOT APPLY TO YOU IN WHOLE OR IN PART.


# 13. LEGAL DISPUTES AND ARBITRATION AGREEMENT FOR USERS IN THE UNITED STATES

**PLEASE READ THE FOLLOWING CLAUSES CAREFULLY – IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT**

**13.1 Applicability of Arbitration Agreement.** Subject to the terms of this Arbitration Agreement, you and SHEIN agree that any dispute, claim, disagreement arising out of or relating in any way to your access to or use of the Site, App, Services or the Agreement and prior versions of the

Agreement, including claims and disputes that arose between us before the effective date of this Agreement (each a **"Dispute"** ), will be resolved by binding arbitration, rather than in court, except that (i) you and SHEIN may assert claims or seek relief in a small claims court if such claims qualify and remain in small claims court; and (ii) you and SHEIN may seek equitable relief in court for infringement or other misuse of intellectual property rights (such as trademarks, trade dress, domain names, trade secrets, copyrights, and patents).

**13.2 Waiver of Jury Trial.** YOU AND SHEIN HEREBY WAIVE ANY CONSTITUTIONAL AND STATUTORY RIGHTS TO SUE IN COURT AND HAVE A TRIAL IN FRONT OF A JUDGE OR A JURY. You and SHEIN are instead electing that all Disputes shall be resolved by arbitration under this Arbitration Agreement, except as specified in the paragraph entitled "Applicability of Arbitration Agreement" above. There is no judge or jury in arbitration, and court review of an arbitration award is subject to very limited review. Discovery may be limited in arbitration, and procedures are more streamlined than in court.

**13.3 Class Action Waiver.** YOU AND SHEIN AGREE THAT, EXCEPT AS SPECIFIED IN THE PARAGRAPH ENTITLED "BATCH ARBITRATION" BELOW, EACH OF US MAY BRING CLAIMS AGAINST THE OTHER ONLY ON AN INDIVIDUAL BASIS AND NOT ON A CLASS, REPRESENTATIVE, OR COLLECTIVE BASIS, AND THE PARTIES HEREBY WAIVE ALL RIGHTS TO HAVE ANY DISPUTE BE BROUGHT, HEARD, ADMINISTERED, RESOLVED, OR ARBITRATED ON A CLASS, COLLECTIVE, REPRESENTATIVE, OR MASS ACTION BASIS. ONLY INDIVIDUAL RELIEF IS AVAILABLE, AND DISPUTES OF MORE THAN ONE CUSTOMER OR USER CANNOT BE ARBITRATED OR CONSOLIDATED WITH THOSE OF ANY OTHER CUSTOMER OR USER. Subject to this Arbitration Agreement, the arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by the party's individual claim. To the extent permissible by law, there shall be no right or authority for any dispute to be arbitrated as a representative action or as a private attorney general action, including but not limited to claims brought pursuant to the Private Attorney General Act of 2004, Cal. Lab. Code § 2698, et seq. This means that you may not seek relief on behalf of any other parties in arbitration. Notwithstanding anything to the contrary in this Arbitration Agreement, if a court decides by means of a final decision, not subject to any further appeal or recourse, that the limitations of this paragraph, "Class Action Waiver" are invalid or unenforceable as to a particular claim or request for relief (such as a request for public injunctive relief), you and SHEIN agree that that particular claim or request for relief (and only that particular claim or request for relief) shall be severed from the arbitration and shall be pursued in the courts indicated in paragraph 13.11 below. All other Disputes shall be arbitrated or litigated in small claims court. This paragraph does not prevent you or SHEIN from participating in a class-wide settlement of claims.

**13.4 Informal Dispute Resolution.** You and SHEIN agree to try to resolve any Dispute informally before resorting to arbitration. You and SHEIN therefore agree that before either party commences arbitration against the other (or initiates an action in small claims court if a party so elects), we

will personally meet and confer telephonically or via videoconference, in a good faith effort to resolve informally any Dispute covered by this Arbitration Agreement ( **"Informal Dispute Resolution Conference"** ). If you are represented by counsel, your counsel may participate in the conference, but you will also participate in the conference. The party initiating a Dispute must give notice to the other party in writing of its intent to initiate an Informal Dispute Resolution Conference ( **"Notice"** ), which shall occur within 45 days after the other party receives such Notice, unless an extension is mutually agreed upon by the parties. Notice to SHEIN that you intend to initiate an Informal Dispute Resolution Conference should be sent by email to us_legal@sheingroup.com or regular mail to Paracorp, 2140 S. DuPont Hwy Camden, DE 19934. Notice to you will be sent to the address or email address associated with your account or to your publicly available address or email address if you do not have an account with us. The Notice must include: (1) your name, telephone number, mailing address, e-mail address associated with your account (if you have one); (2) the name, telephone number, mailing address and e-mail address of your counsel, if any; and (3) a description of your Dispute. The Informal Dispute Resolution Conference shall be individualized such that a separate conference must be held each time either party initiates a Dispute, even if the same law firm or group of law firms represents multiple users in similar cases, unless all parties agree; multiple individuals initiating a Dispute cannot participate in the same Informal Dispute Resolution Conference unless all parties agree. Engaging in the Informal Dispute Resolution Conference is a condition precedent and requirement that must be fulfilled before commencing arbitration. The statute of limitations and any filing fee deadlines shall be tolled while the parties engage in the Informal Dispute Resolution Conference process required by this section.

**13.5 Arbitration Procedures.** You and SHEIN agree that this Arbitration Agreement affects interstate commerce and that the Federal Arbitration Act, 9 U.S.C. § 1 et seq., applies. If the Informal Dispute Resolution Process described above does not resolve satisfactorily within sixty (60) days after receipt of your Notice, you and SHEIN agree that either party shall have the right to finally resolve the Dispute through binding arbitration. The arbitration will be conducted by JAMS. Disputes involving claims, counterclaims, or requests for relief under $250,000, not inclusive of attorneys' fees and interest, shall be subject to JAMS's most current version of the Streamlined Arbitration Rules and procedures available at http://www.jamsadr.com/rules-streamlined-arbitration/; all other Disputes shall be subject to JAMS's most current version of the Comprehensive Arbitration Rules and Procedures, available at http://www.jamsadr.com/rules-comprehensive-arbitration/. Any arbitration of a Dispute relating to your access to or use of the Site, the App, or Services, any products sold or distributed through the Site or the App primarily for personal, family or household purposes shall also be subject to the allocation of arbitration costs and other requirements of the JAMS' policy regarding Consumer Arbitrations Pursuant to Pre-Dispute Clauses Minimum Standards of Procedural Fairness available at https://www.jamsadr.com/consumer-minimum-standards/. JAMS's rules are also available at www.jamsadr.com or by calling JAMS at 800-352-5267. If JAMS is not available to arbitrate, the parties will select an alternative arbitral forum. Your responsibility to pay any JAMS fees and costs will be solely as set forth in the applicable JAMS Arbitration Rules. If there is a conflict between the JAMS rules and this Arbitration Agreement, this Arbitration Agreement shall control.

**13.6** A party who wishes to initiate arbitration must provide the other party with a request for arbitration (the **"Request"** ). The Request must include: (1) the name, telephone number, mailing address, e-mail address of the party seeking arbitration and the account username (if applicable) as well as the email address associated with any applicable account; (2) a statement of the legal claims being asserted and the factual bases of those claims; (3) a description of the remedy sought and an accurate, good-faith calculation of the amount in controversy in United States Dollars; (4) a statement certifying completion of the Informal Dispute Resolution process as described above; and (5) evidence that the requesting party has paid any necessary filing fees in connection with such arbitration. To initiate arbitration, you must send the Request to Paracorp, 2140 S. DuPont Hwy Camden, DE 19934. If we initiate arbitration, we will send the Request to the address or email address associated with your account or to your publicly available address or email address if you do not have an account with us. The parties shall bear their own attorneys' fees and costs in arbitration unless the arbitrator finds that either the substance of the Dispute or the relief sought in the Request was frivolous or was brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)). Unless you and SHEIN otherwise agree, or the Batch Arbitration process discussed below is triggered, the arbitration will be conducted in the county where you reside.

**13.7 Batch Arbitration.** To increase the efficiency of administration and resolution of arbitrations, you and SHEIN agree that in the event that there are twenty five (25) or more individual Requests of a substantially similar nature filed against SHEIN by or with the assistance of the same law firm, group of law firms, or organizations, within a thirty (30) day period (or as soon as possible thereafter), JAMS shall (1) administer the arbitration demands in batches of 100 Requests per batch (plus, to the extent there are less than 100 Requests left over after the batching described above, a final batch consisting of the remaining Requests); (2) appoint one arbitrator for each batch; and (3) provide for the resolution of each batch as a single consolidated arbitration with one set of filing and administrative fees due per side per batch, one procedural calendar, one hearing (if any) in a place to be determined by the arbitrator, and one final award ( **"Batch Arbitration"** ). All parties agree that Requests are of a "substantially similar nature" if they arise out of or relate to the same event or factual scenario and raise the same or similar legal issues and seek the same or similar relief. To the extent the parties disagree on the application of the Batch Arbitration process, the disagreeing party shall advise JAMS, and JAMS shall appoint a sole standing arbitrator to determine the applicability of the Batch Arbitration process ( **"Administrative Arbitrator"** ). In an effort to expedite resolution of any such dispute by the Administrative Arbitrator, the parties agree the Administrative Arbitrator may set forth such procedures as are necessary to resolve any disputes promptly. The Administrative Arbitrator's fees shall be paid by SHEIN. You and SHEIN agree to cooperate in good faith with JAMS to implement the Batch Arbitration process including the payment of single filing and administrative fees for batches of Requests, as well as any steps to minimize the time and costs of arbitration, which may include: (1) the appointment of a discovery special master to assist the arbitrator in the resolution of discovery disputes; and (2) the adoption of an expedited calendar of the arbitration proceedings.

**13.8 Authority of Arbitrator.** The arbitrator shall have exclusive authority to resolve any Dispute, including, without limitation, disputes arising out of or related to the interpretation or application of the Arbitration Agreement, including the enforceability, revocability, scope, or validity of the Arbitration Agreement or any portion of the Arbitration Agreement, except for the following: (1) all Disputes arising out of or relating to the paragraph entitled "Class Action Waiver," including any claim that that same paragraph is unenforceable, illegal, void or voidable, or that it has been breached, shall be decided by a court of competent jurisdiction and not by an arbitrator; (2) except as expressly contemplated in the paragraph entitled "Batch Arbitration," all Disputes about the payment of arbitration fees shall be decided only by a court of competent jurisdiction and not by an arbitrator; (3) all Disputes about whether either party has satisfied any condition precedent to arbitration shall be decided only by a court of competent jurisdiction and not by an arbitrator; and (4) all Disputes about which version of the Arbitration Agreement applies shall be decided only by a court of competent jurisdiction and not by an arbitrator. The arbitrator shall have the authority to grant motions dispositive of all or part of any Dispute. The arbitrator shall issue a written award and statement of decision describing the essential findings and conclusions on which the award is based, including the calculation of any damages awarded. The award of the arbitrator is final and binding upon you and us. Judgment on the arbitration award may be entered in any court having jurisdiction

**13.9 30-Day Right to Opt Out.** You have the right to opt out of the provisions of this Arbitration Agreement by sending written notice of your decision to opt out to us_legal@sheingroup.com within thirty (30) days after first becoming subject to this Arbitration Agreement. Your notice must include your name and address, the email address you used to set up your account (if you have one), and an unequivocal statement that you want to opt out of this Arbitration Agreement. If you opt out of this Arbitration Agreement, all other parts of this Agreement will continue to apply to you. Opting out of this Arbitration Agreement has no effect on any other arbitration agreements that you may currently have, or may enter in the future, with us. If the Dispute is not covered by any arbitration agreement between you and us, it shall proceed before the courts indicated in paragraph 13.11 below.

**13.10 Invalidity, Expiration.** Except as provided in the paragraph entitled "Class Action Waiver", if any part or parts of this Arbitration Agreement are found under the law to be invalid or unenforceable, then such specific part or parts shall be of no force and effect and shall be severed and the remainder of the Arbitration Agreement shall continue in full force and effect. You further agree that any Dispute that you have with SHEIN as detailed in this Arbitration Agreement must be initiated via arbitration within the applicable statute of limitation for that claim or controversy, or it will be forever time barred. Likewise, you agree that all applicable statutes of limitation will apply to such arbitration in the same manner as those statutes of limitation would apply in the applicable court of competent jurisdiction.

**13.11 Modification.** Notwithstanding any provision in these Terms to the contrary, we agree that if SHEIN makes any future material change to this Arbitration Agreement, it will notify you. Unless you reject the change within thirty (30) days of such change become effective by writing to SHEIN at

Paracorp, 2140 S. DuPont Hwy Camden, DE 19934, your continued use of the Site, the App and/or Services, including the acceptance of products and services offered on the Site or App following the posting of changes to this Arbitration Agreement constitutes your acceptance of any such changes. Changes to this Arbitration Agreement do not provide you with a new opportunity to opt out of the Arbitration Agreement if you have previously agreed to a version of these Terms and did not validly opt out of arbitration. If you reject any change or update to this Arbitration Agreement, and you were bound by an existing agreement to arbitrate Disputes arising out of or relating in any way to your access to or use of the Services or of the Site or the App, or these Terms, the provisions of this Arbitration Agreement as of the date you first accepted the Terms (or accepted any subsequent changes to these Terms) remain in full force and effect. SHEIN will continue to honor any valid opt outs of the Arbitration Agreement that you made to a prior version of these Terms.

**13.12 Governing Courts.** To the extent that the Dispute is not covered by any arbitration agreement between you and us, it shall proceed before the state or federal courts located in Delaware (except for small claims court actions which may be brought in the county where you reside).

## 14. LEGAL TERMS

**14.1 Assignment.** You may not assign or transfer this Agreement (or any of your rights or obligations under this Agreement) without prior written consent. Any attempted assignment or transfer without complying with the foregoing will be void. We may freely assign or transfer this Agreement. This Agreement inures to the benefit of and is binding upon the parties and their respective legal representatives, successors, and assigns.

**14.2 Entire Agreement; No Waiver.** These Terms, together with our Privacy Policy , and any other legal notices and polices published on the Site or App, shall constitute the entire agreement between you and us concerning the Services, and supersedes all prior terms, agreements, discussions, and writings regarding the Services. If any provision of the Terms is found to be unenforceable, then that provision shall not affect the validity of the remaining provisions of the Terms, which shall remain in full force and effect. No waiver of any term of the Terms shall be deemed a further or continuing waiver of such term or any other term. Our failure to assert any right or provision under the Terms shall not constitute a waiver of such right or provision.

**14.3 Electronic Communications.** The communications between you and SHEIN may take place via electronic means, whether you visit the Services or send SHEIN e-mails, or whether SHEIN posts notices on the Services or communicates with you via e-mail. For contractual purposes, you (a) consent to receive communications from SHEIN in an electronic form; and (b) agree that all terms and conditions, agreements, notices, disclosures, and

other communications that SHEIN electronically provides to you satisfy any legal requirement that such communications would satisfy if it were to be in writing. The foregoing does not affect your statutory rights, including but not limited to the Electronic Signatures in Global and National Commerce Act at 15 U.S.C. §7001 et seq. ( **"E-Sign"** ).

**14.4 Indemnification.** You agree to release, indemnify, and defend the Company and any subsidiaries, affiliates, related companies, suppliers, licensors and partners, and the officers, directors, employees, agents and representatives of each from all third-party claims and costs (including reasonable attorneys' fees) arising out of or related to: (1) your use of the Services; (2) your conduct or interactions with other users of the Services, including any Third-Party Sellers; (3) your breach of these Terms. We will notify you promptly of any such claim and will provide you (at your expense) with reasonable assistance in defending the claim. You will allow us to participate in the defense and will not settle any such claim without our prior written consent. We reserve the right, at our own expense, to assume the exclusive defense of any matter otherwise subject to indemnification by you. In that event, you will have no further obligation to defend us in that matter. This provision does not require you to indemnify SHEIN for any unconscionable commercial practice by SHEIN or for SHEIN's fraud, deception, false promise, misrepresentation or concealment, or suppression or omission of any material fact in connection with the Services provided hereunder.

**14.5 Interpretation.** In construing or interpreting the Terms, headings are for convenience only, and not to be considered.

**14.6 Applicable Law.** These Terms along with your use of the Services and the purchase of products through Services shall be governed by the laws of the State of Delaware, consistent with the federal arbitration act, without giving effect to any principles that provide for the application of the law of another jurisdiction. The United Nations Convention on Contracts for the International Sale of Goods does not apply to the agreement.

**14.7 Consumer Complaints.** In accordance with California Civil Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Service of the California Department of Consumer Affairs by contacting them in writing at 1625 North Market Blvd., Suite N 112, Sacramento, CA 95834, or by telephone at (800) 952-5210.

**14.8 Exclusive Venue.** To the extent the parties are permitted under this Agreement to initiate litigation in a court, both you and SHEIN agree that all claims and disputes arising out of or relating to this Agreement will be litigated exclusively in the state or federal courts located in California

**14.9 Notice.** Where SHEIN requires that you provide an e-mail address, you are responsible for providing SHEIN with a valid and current e-mail address. In the event that the e-mail address you provided to SHEIN is not valid, or for any reason is not capable of delivering to you any notices required by this Agreement, SHEIN's dispatch of the e-mail containing such notice will nonetheless constitute effective notice. You may give notice to

SHEIN to Paracorp, 2140 S. DuPont Hwy Camden, DE 19934. Such notice shall be deemed given when received by SHEIN's agent for service of process.

**14.10 Severability.** If any portion of this Agreement is held invalid or unenforceable, that portion must be construed in a manner to reflect, as nearly as possible, the original intention of the parties, and the remaining portions must remain in full force and effect.

**14.11 Export Control.** You may not use, export, import, or transfer the Services except as authorized by U.S. law, the laws of the jurisdiction in which you obtained the Service, and any other applicable laws. In particular, but without limitation, the Services may not be exported or re-exported (a) into any United States embargoed jurisdiction (currently, Cuba, Iran, North Korea, Syria, and the Crimea, so-called Donetsk People's Republic, and so-called Luhansk People's Republic), or (b) to anyone designated on, or 50% or more owned or otherwise controlled by persons designated on, any governmental list of prohibited or restricted parties (including, but not limited to, the U.S. Treasury Department's list of Specially Designated Nationals and Blocked Persons or Foreign Sanctions Evaders List or the U.S. Department of Commerce's Denied Person's List or Entity List). By using the Service, you represent and warrant that (i) you are not located in a country or territory that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "state sponsor of terrorism" and (ii) you are not listed on, or 50% or more owned or otherwise controlled by persons designated on, any governmental list of prohibited or restricted parties. You also will not use the Services for any purpose prohibited by U.S. or other applicable law, including the development, design, manufacture or production of missiles, nuclear, chemical or biological weapons proliferation. You acknowledge and agree that products, services or technology provided by SHEIN are subject to the export control laws and regulations of the United States and other applicable jurisdictions. You shall comply with these laws and regulations and shall not, without prior U.S. or other relevant government authorization, export, re-export, or transfer SHEIN products, services or technology, either directly or indirectly, to any jurisdiction in violation of such laws and regulations.

# 15. NOTICE OF INTELLECTUAL PROPERTY INFRINGEMENT

### 15.1 Notice Requirements

As we ask others to respect our intellectual property rights, we respect the intellectual property rights of others. If you believe that material located on or linked to by the Services violates your copyright, trademark, or other intellectual property rights, please submit your complaint through our online

intellectual property complaint portal. Alternatively, you may send a notice of claimed infringement to us_legal@sheingroup.com with the subject "Takedown Request." Any such notice must include the following information:

- A physical or electronic signature of a person authorized to act on behalf of the owner of the intellectual property right that has been allegedly infringed.
- Identification of intellectual property being infringed, including, if any, the corresponding registration number and corresponding country of registration.
- Identification of the material that is claimed to be infringing, including information regarding the location of the infringing materials on the Site or App, with sufficient detail so that SHEIN can find it.
- If a design patent is at issue, identify the design patent that you claim has been infringed along with the registration number.
- If a utility patent is at issue, identify the utility patent that you claim has been infringed along with a Court Order or Judgment supporting your claim.
- Your full legal name, company affiliation (if any), mailing address, telephone number, and email address.
- A statement by you that you have a good-faith belief that the use of the allegedly infringing material is not authorized by the intellectual property owner, its agent, or the law.
- A statement by you, made under penalty of perjury, that the information in your notice is accurate and that you are the intellectual property owner or authorized to act on the intellectual property owner's behalf.

You may also send notices containing the above-required information to the following address:

Copyright Agent, Legal Department
SHEIN US Services, LLC
777 S. Alameda St.,
2nd Floor Los Angeles, CA 90021-1672

Upon receipt of such notices, we reserve the right to remove or disable access to the material or disable any links to the material; notify the party accused of infringement that we have removed or disabled access to the applicable material; and terminate access to and use of the Services for any

user or Third-Party Seller who repeatedly infringes the intellectual property rights of SHEIN or others, or as otherwise stated in this Agreement or our policies.

**15.2 Counter Notice Requirements**

If you believe that material you posted on the Services was removed or access to it was disabled by mistake or misidentification, you may file a counter-notification with us by submitting written notification to our copyright agent designated above. In accordance with the Digital Millennium Copyright Act ("DMCA"), your notice must include substantially the following:

- Your physical or electronic signature.
- An identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access disabled.
- Adequate information by which we can contact you (including your name, mailing address, telephone number, and email address).
- A statement under penalty of perjury by you that you have a good faith belief that the material identified above was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.
- A statement that you will consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located (or if you reside outside the United States for any judicial district in which the Services may be found) and that you will accept service from the person (or an agent of that person) who provided SHEIN with the complaint at issue.

The removed material may be replaced or access to it may be restored 10 to 14 business days after the counter notice is processed unless the party claiming infringement files a lawsuit against you. Please be aware that if you misrepresent that material is not infringing, you may be liable for damages or penalties (including costs and attorneys' fees). SHEIN reserves the right to reject any counter notifications filed in bad faith.

# 16. CONTACT US

We welcome your questions and comments about our privacy practices or these Terms. You may contact us anytime via email at us_legal@sheingroup.com. Customer service inquiries should be made through our Customer Service Platform .

# 17. INTERNATIONAL USERS.

The Services are intended for U.S.-based users and products sold on the Services are sold only to users located in the U.S. SHEIN makes no representations that the Services are appropriate or available for use in other locations. Those who access or use the Services from other countries do so at their own volition and are responsible for compliance with local law.

# EXHIBIT E

Home / SHEIN U.S. TERMS OF USE

# SHEIN U.S. TERMS OF USE

**IMPORTANT NOTICE FOR RESIDENTS IN THE UNITED STATES ONLY: THIS AGREEMENT AND YOUR USE OF OUR SERVICES IS SUBJECT TO BINDING ARBITRATION AND A WAIVER OF CLASS ACTION RIGHTS AS DETAILED BELOW.**

**Effective Date: December 30, 2021**

**CONTENTS**

- **1.** GENERAL >
- **2.** USE OF OUR SERVICES >
- **3.** PRIVACY & COOKIE POLICY >
- **4.** ERRORS >
- **5.** TRADE RULES >
- **6.** INTELLECTUAL PROPERTY AND OWNERSHIP >
- **7.** THIRD PARTY LINKS AND RESOURCES >
- **8.** TEXT MESSAGING PROGRAM >
- **9.** EVENTS BEYOND OUR CONTROL >
- **10.** LIABILITY FOR PURCHASED PRODUCTS, WAIVER, AND STATUTORY CONSUMER RIGHTS >
- **11.** LIMITATION OF LIABILITY >
- **12.** LEGAL DISPUTES AND ARBITRATION AGREEMENT FOR USERS IN THE UNITED STATES >
- **13.** LEGAL TERMS >
- **14.** COPYRIGHT INFRINGEMENT AND DMCA POLICY >
- **15.** BUSINESS TRANSFERS >

- **16. CONTACT US >**

# 1. GENERAL

**1.1 Scope.** Welcome to SHEIN.com. If you are located in the United States, theses Terms & Conditions ( **"Agreement"** or **"Terms"** ) are a contract between you and Roadget Business Pte. Ltd, as operator of the Site and App (as defined below), and SHEIN Distribution Corporation (the **"Company"** ), as the company that uses the Site and App to sell products to you, collect payment and process your returns (where applicable, **"SHEIN," "we," "us,"** and **"our"** shall refer to Roadget Business Pte. Ltd. and/or SHEIN Distribution Corporation and **"you"** or **"your"** shall refer to the user of the Services (as defined below). These Terms govern your use of our website at SHEIN.com (the **"Site,"** which includes local versions of the Site, such as us.shein.com), any mobile applications ( **"Apps"** ) that hyperlink to this Agreement, any other written, electronic, and oral communications with SHEIN and its affiliated entities, or any websites, pages, features, or content owned and operated by us that hyperlink to this Agreement (collectively, including the Site and Apps, the **"Services"** ).

Roadget Business Pte. Ltd operates the Services in the United States, but provides to regional affiliated entities the ability to use the Site or App (and associated Company intellectual property, trademarks, and marketing rights for Company products) in order to sell Company products to local customers. In the United States, the seller and payment collection entity is SHEIN Distribution Corporation.

You are only authorized to use the Services if you agree to abide by all applicable laws and to these Terms. If you reside in one country but order products to be shipped to another country, you may be redirected to the local Site of the country to which products are shipped. You will be subject to the Terms of that local Site.

In addition, you may read our Privacy Policy at any time for more information about how the Company collects, stores, and protects your information when you use the Services. **Our Privacy Policy is hereby incorporated by reference into these Terms as though fully set forth herein.**

**1.2 Acceptance of Terms.** To shop with us, you need to be at least 16 years old. Any accessing, browsing, or otherwise using the Services indicates your agreement to all the terms and conditions in this Agreement. If you disagree with any part of the Terms, then you should immediately discontinue access or use of the Services. Please read this Agreement carefully before proceeding.

If you have any questions regarding these Terms or our Privacy Policy, you may contact us at legal@shein.com or at our Customer Service Platform .

**1.3 Updates to the Terms.** We reserve the right to modify the Terms, including the Privacy Policy, at any time, in our sole discretion by notifying you of such changes by any reasonable means, including by posting a revised Terms through the Services. Any such changes will not apply to any dispute between you and us arising prior to the date on which we posted the revised Terms incorporating such changes or otherwise notified you of such changes. The most current version of these Terms will be available on the Services and supersedes previous versions. You agree that it is your responsibility to check the Services for any updated Terms. In addition, by continuing to use or access any of the Services or otherwise engaging with SHEIN after we post any changes, you accept the updated Terms.

# 2. USE OF OUR SERVICES

**2.1 Representations.** When you use our Services, you agree to the processing of your information and data and you state that all information and data provided by you are true. You represent and warrant that you are at least 16 years old or are visiting the Services under the supervision of a parent or guardian. Subject to the terms and conditions of this Agreement, SHEIN hereby grants you a limited, revocable, non-transferable and non-exclusive license to access and use the Services by displaying it on your internet browser, for our Site, or on your mobile devices, for our Apps, only for the purpose of shopping for personal items sold on the Site or Apps and not for any commercial use or use on behalf of any third party, except as explicitly permitted by us in advance. Any breach of this Agreement shall result in the immediate revocation of the license granted in this paragraph without notice to you.

**2.2 Limitations on Use.** Except as permitted in the paragraph above, you may not reproduce, distribute, display, sell, lease, transmit, create derivative works from, translate, modify, reverse-engineer, disassemble, decompile or otherwise exploit the Services or any portion of them unless expressly permitted by us in writing. You may not make any commercial use of any of the information provided on the Services or make any use of the Services for the benefit of another business unless explicitly permitted by us in advance. We reserve the right to refuse service, terminate accounts, and/or cancel orders in our discretion, including, without limitation, if we believe that your conduct violates applicable law or is harmful to our interests.

You shall not upload to, distribute, or otherwise publish through the Services any content, information, or other material that: (a) violates or infringes the copyrights, patents, trademarks, service marks, trade secrets, or other proprietary rights of any person; (b) is libelous, threatening, defamatory, obscene, indecent, pornographic, or could give rise to any civil or criminal liability under local or international law; or (c) includes any bugs, logic bombs, viruses, worms, trap doors, Trojan horses or other code, material or properties which are malicious or technologically harmful.

Additionally, you agree not to:

- use the Services for any unlawful purposes, or in a way that could violate any applicable federal, state, local, or international law or regulation;

- to engage in any conduct that restricts or inhibits anyone's use or enjoyment of the Services, or which, as determined by us, may harm us or other persons using the Services or expose us or them to liability;

- use the Services in any manner that could disable, overburden, damage, or impair the Site or Apps or any other party's use of the Services;

- use any robot, spider or other manual or automated device, process, software or means to index or access the Services for any purpose;

- use the Services to distribute unsolicited promotional or commercial content, or solicit other persons using the Services for commercial purposes;

- otherwise attempt to interfere with the proper working of the Service.

**2.3 Account Creation and Termination.** In order to access some features available on the Services, you will have to create a User Account. You may not use another person's account. Each time you use a password or identification, you will be deemed to be authorized to access and use the Site or Apps in a manner consistent with the terms and conditions of this Agreement, and the Company has no obligation to investigate the authorization or source of any such access or use of the Services.

You will be solely responsible for all access to and use of the Services by anyone using the password and identification originally assigned to you whether or not such access to and use of this Site is actually authorized by you, including without limitation, all communications and transmissions and all obligations (including, without limitation, financial obligations) incurred through such access or use. You are solely responsible for protecting the security and confidentiality of the password and identification assigned to you. In no event shall we be liable for any loss, theft or fraudulent use of your User Account. You shall immediately notify us of any unauthorized use of your password or identification or any other breach or threatened breach of the Site or App's security. Please do not use the same password for this Site that you use for other sites.

The User Account is provided for the regional Site or App that is used for the initial setup (e.g., us.shein.com). Depending on the Site through which you create your User Account, your account will be administered by the entity responsible for using that Site, as set forth in Section 1.1 Scope (for example, if you created your account on us.shein.com, then your account will be administered by SHEIN Distribution Corporation). If you already have an account as of the Effective Date of these Terms, then depending on the location affiliated with your account, your account will be administered by the entity set forth in Section 1.1 Scope (for example, if your billing address is in the United States, then your account will be administered by SHEIN

Distribution Corporation). If you reside in one country but order products to be shipped to another country, you may be redirected to the local Site of the country to which the products are shipped.

From time to time, we may restrict access to some or all parts of the Services, including, but not limited to, the ability to upload documents, make payments, or send messages.

We may terminate your access to the Services at any time, in our sole discretion, without cause or notice, or if we believe you have breached these Terms. You may terminate your account at any time, for any reason, by following any such instructions within the Site or App, or by contacting us as described in the "Contact Us" section below. If your account is terminated, your may lose the assets in your account if you do not contact us.

By creating an account with us, you acknowledge that we may send you promotional or marketing emails from time to time. If you do not wish to receive those emails, please use the link provided in those emails to unsubscribe from our email list.

**2.4 Wallet.**

(1) If you create a User Account, you will be provided with a SHEIN digital wallet ( **"Wallet"** ) that can be used to collect and hold wallet credits, gift cards, promotional coupons and promotional points issued by SHEIN via the Services. Wallet credits, gift cards, promotional coupons and promotional points stored in your Wallet can only be redeemed with SHEIN in connection with purchase of products from SHEIN, and not for any other purpose. The Wallet is accessible at any time via the local Site or App in the section "My Assets". Your total assets, including wallet credit, gift cards linked to an account and coupons with a dollar value, cannot exceed $2,000 on any given day. In addition, we may further provide value limit to each of wallet credit, gift cards linked to an account and coupons with a dollar value at our sole discretion.

(2) **Promotional Points:** Promotional points can be earned and stored under "My Assets" by using our Services offered on your local Site, App or social media accounts and purchasing goods in accordance with the specific provisions available under Bonus Points . Promotional Points are granted in the Company's sole discretion; they are subject to expiration and cancellation by the Company. Promotional points can only be redeemed on the site through which they were granted (for example, if promotional points were granted on the us.shein.com site, then they can only be redeemed on that site).

**Promotional coupons:** Coupons can be purchased from the Company from time to time or may be granted by the Company in its sole discretion. Coupons may be stored under "My Assets." SHEIN coupons that were purchased can only be redeemed on the site on which they were purchased (for

example, if coupons were purchased on the us.shein.com site, then they can only be redeemed on that site). The redemption of coupons granted by the SHEIN free of charge is subject to limitations imposed in SHEIN's sole discretion from time to time.

**Wallet Credit:** Wallet credit can be stored in your Wallet by returning goods in accordance with our Returns Policy and choosing a store credit as your refund option. Once you elect to receive a wallet credit instead of a refund to the payment method used for your purchase, the store credit can no longer be refunded in cash, except as may be required under applicable law. Wallet credits can only be redeemed on the site through which the wallet credit was granted (for example, if you ordered and subsequently returned a product on the us.shein.com site and elected to receive a wallet credit, that wallet credit can only be redeemed on that site).

**Gift Cards:** Gift cards can be redeemed and stored under "My Assets" by entering the gift card code through your User Account. Gift cards purchased on the U.S. Site, us.shein.com, do not expire and are not subject to fees. For SHEIN gift cards that are purchased prior to March 8, 2021 and can be used on any SHEIN site, once any portion of such gift cards are redeemed on the U.S. Site, us.shein.com , any balances on those cards can only be redeemed on the US Site. Gift cards purchased after March 8, 2021 can only be redeemed on the site on which they were purchased (for example, if a gift card was purchased after March 8, 2021 on us.shein.com, then that gift card can only be redeemed on that site). The redemption of gift cards granted by the Company free of charge is subject to limitations imposed in the Company's sole discretion from time to time.

(3) You can use wallet credits, gift cards, paid or free promotional coupons and promotional points that are stored under "My Assets" as an additional payment option or discount to be used on the Site, subject to the applicable terms above and the provisions available under Bonus Points . Wallet credits, gift cards, paid or free promotional coupons and promotional points cannot be redeemed for cash, except as may be required under applicable law.

(4) The Wallet is provided as part of the User Account and is subject to the same provisions as set forth in Paragraph 2.3. If your Wallet holds promotional points, coupons or credits at the time of termination or cancellation of your User Account, you may lose those assets, except as provided by applicable law.

**2.5 Customs.** In accordance with Customs regulations, you must provide valid and accurate data. All consignee names, addresses and payer names should be valid. It is your sole responsibility that the data you provide to us is complete and accurate. Should any information be missing or be incorrect and prevent any shipment or deliveries or customs clearance, we will not be responsible and will not offer any compensation in such cases. You hereby authorize Company and its affiliates to make statements, submit, amend and invalidate all declarations and documents necessary or useful to import goods ordered by you in your name and for your account. This power of attorney includes the power to make and receive service and

deliveries, request refunds of any levies, taxes and fees relating to the importation of goods, to conduct administrative appeal and court proceedings as well as enforcement proceedings and appeals and remedies at all instances, file applications, complaints, etc. with public authorities, courts and other institutions, file, withdraw and/or waive legal remedies and appeals against judgments, orders, arbitral awards, payment orders, or any other orders and decisions of whatever kind, receive monies, valuables and documents and/or deeds. It also includes the right to instruct customs agents in the name and on behalf of you and to grant sub-authorization to customs agents and/or other representatives involved in handling matters relating to the importation of goods and complying with regulations regarding the importation of goods. As the importer, you are responsible for complying with all laws and regulations in your own country.

# 3. PRIVACY POLICY

When you use our Services and place orders through them, you agree to provide us with your email address, postal address and/or other contact details truthfully and exactly. You also agree that we may use this information to contact you in the context of your order if necessary.
We respect your right to privacy. To fully understand how we collect and use your personal information, including how to unsubscribe from non-transactional communications from us, please see our Privacy Policy .

# 4. ERRORS

In case you detect that an error occurred when entering your personal data during your registration as a user of our Services, you can correct these errors on our Site in the section titled "My Account." In any case, you will be able to correct errors related to the personal data provided during the purchase process by contacting us, as well as exercising the right of rectification contemplated in our Privacy Policy through our Site and Apps. The Services display confirmation boxes in various sections of the purchase process that do not allow the order to continue if the information in these sections has not been correctly provided. Also, the Services offer details of all the items you have added to your shopping cart during the purchase process, so that before making the payment, you can modify the details of your order.

If you detect an error in your order after the completion of the payment process, you should immediately contact our Customer Service Platform to correct the error.

While we strive to provide accurate product and pricing information, pricing or typographical errors may occur. We cannot confirm the price of an item until after you placed your order. In the event that an item is listed at an incorrect price or with incorrect information due to an error in pricing or product information, we shall have the right, at our sole discretion, to refuse or cancel any orders placed for that item. In the event that an item is mis-priced, we may, at our discretion, either contact you for instructions or cancel your order and notify you of such cancellation.

## 5. TRADE RULES

**5.1 Price and Payment.** All prices are exclusive of sales and use tax and other taxes (where applicable) which will be charged to you separately at the applicable rate. If for some reason we are unable to ship your goods, the value of the items that are not shipped will be refunded to your Wallet in your User Account or your original method of payment, whichever you so select.

All prices are exclusive of delivery charges. The total cost of the order is the price of the products ordered and the delivery charge plus sales and use tax and other applicable taxes.

Prices may change at any time, but (other than as set out above) changes shall not affect the orders for which we have sent an Order Confirmation.

Once you have selected all articles that you wish to buy, they will be added to your bag. The next step will be to process the order and make the payment. To that end, you must follow the steps of the purchase process, indicating or verifying the information requested in each step. Furthermore, throughout the purchase process, before payment, you can modify the details of your order. You are provided with a detailed description of the purchase process in How to Order . Also, if you are a registered user, a record of all the orders placed by you is available in "My Account". If your order triggers a fraud alert in our security system, a verification email may be sent to your email address.

You may use the payment methods specified on the local Site, which may include Visa, Mastercard, JCB, Diners' Club, Paypal, Klarna, Afterpay, Discover, Diners Club and online banking, etc. To minimize the risk of non-authorized access, your credit card details will be encrypted. Once we receive your order, we request a pre-authorisation on your card to ensure that there are sufficient funds to complete the transaction. The charge on your card will be made at the time of your order.

When you click "Buy Now" or "Place Order" and "Continue", you are confirming that the credit card is yours. Credit cards are subject to verification and authorization by the card issuing entity. If the entity does not authorize the payment, we shall not be liable for any delay or failure to deliver and

we will be unable to conclude any contract with you.

**Please note single-day purchase limitations:** For customers in the United States, if a purchase on a single day exceeds $800, duties may be imposed.

**5.2 Colors.** We have made every effort to display, as accurately as possible, the colors of our products that appear on the Services. However, because the actual colors you see will depend on your monitor, we cannot guarantee that your monitor's display of any color will be an accurate depiction of the color of the color of the product you selected to purchase.

**5.3 Packing.** Unless otherwise provided, we will comply only with its minimum packing standards for the method of transportation selected. The cost of all special packing, loading or bracing requested by you will be paid for by you.

**5.4 Shipping & Delivery.** We ship from different warehouses in different countries. For orders with more than one item, we may split your order into several packages according to stock levels at our own discretion. We aim to deliver orders as quickly as possible. However, sometimes during busy sale periods, deliveries may take longer. If you have not received your delivery within 90 business days, please contact our **Customer Services Platform**.

**5.5 Title and Shipment.** Unless agreed otherwise, shipping will be made to the delivery address indicated by you. Title to any purchased items transfers from the respective Company selling entity (i.e., SHEIN Distribution Corporation if you are in the United States) to you as the respective customer once the items are loaded onto the international carrier outside of your country. Any claims against the Company for shortage or damage occurring prior to our delivery of the item to you must be made to customer service within five (5) days after your receipt of the goods.

**5.6 Return of product.** Goods can be returned within 45 days from the purchase date by notifying us of your decision to do so via the respective function of the Site or App. Based on your wishes, we will either exchange the product or refund you the purchase price (Free return shipping will only be available for one return per purchase order). The refund will be credited either to your Wallet within your User Account or your original method of payment at your election. If you choose a store credit, you will not able to redeem the store credit for cash, except as required under applicable law.

The following items cannot be returned or exchanged: bodysuits, lingerie & sleepwear, swimwear, jewelry, and accessories (except scarves, bags, and mermaid blankets).

**5.7 Reviews, Comments and Submissions.** Except as otherwise provided elsewhere in this Agreement or on the Services, anything that you submit or post to the Services and/or provide to the Site or Apps, including, without limitation, picture, video, ideas, know-how, techniques, questions, reviews, comments, and suggestions (collectively, **"Submissions"** ) is and will be treated as non-confidential and nonproprietary, and by submitting or posting, you agree to irrevocably license the entry and all intellectual property ( **"IP"** ) rights related thereto (excluding the moral rights such as authorship right) to the Company without charge and we shall have the royalty-free, worldwide, perpetual, irrevocable, and transferable right to use, copy, distribute, display, publish, perform, sell, lease, transmit, adapt, create derivative works from such Submissions by any means and in any form, and to translate, modify, reverse-engineer, disassemble, or decompile such Submissions. All Submissions shall automatically become our sole and exclusive property and shall not be returned to you and you agree not to raise any dispute in connection with any use of the entry by us in the future.

You warrant that your Submissions, in whole or in part, are clear and free of any IP right infringement, disputes or third party claims. We assume no liability for any misuse of copyright or any other rights of third parties by you. You undertake to defend and indemnify the Company against any losses caused due to the use of the Submissions for any purposes.

In addition to the rights applicable to any Submission, when you post comments or reviews to the Site or Apps, you also grant us the right to use the name that you submit with any review, comment, or other content, if any, in connection with such review, comment, or other content. You represent and warrant that you own or otherwise control all of the rights to the reviews, comments, and other content that you post on the Site and that use of your reviews, comments, or other content by us will not infringe upon or violate the rights of any third party. You shall not use a false e-mail address, pretend to be someone other than yourself, or otherwise mislead us or third parties as to the origin of any Submissions or content. We may but shall not be obligated to remove or edit any Submissions (including comments or reviews) for any reason.

Please note that individuals under the age of 18 are prohibited from posting images to our Services of themselves or others who are under the age of 18.

**5.8 User Generated Content.** When you transmit, post, upload, share, or otherwise contribute any content to our Site or Apps, including but not limited to your Submissions, such contributed content shall be considered as user-generated content ("UGC") to extent that such content is visible to

or accessible to any other Site or App visitors or users. By accepting these Terms, you agree not to contribute any UGC that could reasonably be considered to entail, contain, provide or promote any of the following:

(1) Sexually explicit or pornographic content;

(2) Profanity;

(3) derogatory, discriminatory or hateful comments or incitements against specific individuals or groups based on their race or ethnic origin, religion, gender, disability, age, nationality, etc.;

(4) incitements to violence or other dangerous activities;

(5) terrorism or other criminal activities;

(6) insensitive or offensive comments related to natural disasters, atrocities, health crisis, deaths, conflicts or other tragic events;

(7) harassment, bullying, or threats;

(8) dangerous products, illicit drugs, or inappropriate use or sale of tobacco and/or alcohol;

(9) transactions in cryptocurrencies;

(10) false medical-related claims or contents;

(11) content that infringes intellectual property rights;

(12) content that you are not authorized to, or don't have a legal right to, share, post, or otherwise display; or

(13) any other content that could be considered illegal, offensive or restricted under applicable laws or regulations.

You further acknowledge and agree that SHEIN, in its sole discretion, may remove, block any UGC it determines violate the above requirements. Posting UGC in violation of these Terms, may lead to the suspension or subsequent termination of all or part of our Services. By accepting these Terms, you hereby acknowledge and agree to only post UGC that is appropriate for a family audience. You further acknowledge and agree that SHEIN is not obligated to police or actively review UGC prior to its display on SHEIN's Sites or Apps, and that you are therefore solely responsible for the UGC you elect to post on the Sites or the Apps.

# 6. INTELLECTUAL PROPERTY AND OWNERSHIP

**6.1 Content.** The Services, including all of their information and content, such as the text, software, scripts, graphics, photos, sounds, music, videos, and interactive features (collectively, **"Content"** provided as part of the Services belong at all times to the Company or to those who grant us the license for their use and is protected by U.S. and international copyright laws. You may use the Content only to the extent that we or the usage licensers authorize expressly.

**6.2 SHEIN Marks.** In addition, the "SHEIN" trademarks, service marks, icons, graphics, wordmarks, designs and logos contained therein ( **"Marks"** ), are owned by Roadget Business Pte. Ltd (and in some cases are provided to regional affiliated entities for their use in selling Company products to local customers). "SHEIN" and the Marks of SHEIN are trademarks in the United States and other countries for which applications are pending or registrations have issued. You do not have, and will not acquire, any right, title, or interest in or to any of the Marks. The SHEIN Marks may not be used in connection with any product or service that is not the Company's, in any manner that is likely to cause confusion among customers, or in any manner that discourages or discredits the Company. The Marks, whether on any product offered for sale on the Site or the Apps, or appearing as a logo or text on any portion of the Site, are not a representation that Roadget Business Pte. Ltd is the owner of any copyright or other intellectual property rights in the products offered for sale on the Site or the Apps. Roadget Business Pte. Ltd sources some of its products from third-party manufacturers and wholesalers.

**6.3 Rights Reserved.** Content on the Services is provided to you as is for your information only and may not be downloaded, copied, reproduced, distributed, transmitted, broadcasted, displayed, sold, licensed, or otherwise exploited for any other purposes whatsoever without the prior written consent of the Company or the respective owners or licensors. We reserve all rights not expressly granted in and to the Content. You acknowledge and agree that any questions, comments, suggestions, ideas, feedback or other information about the Services, provided by you to us are non-confidential and shall become the sole property of the Company.

You agree not to engage in the use, copying, or distribution of or create derivative works from any of the Content other than expressly permitted herein. You agree not to circumvent, disable or otherwise interfere with security-related features of the Site or features that prevent or restrict use or copying of any Content or enforce limitations on use of the Site or the Content therein.

# 7. THIRD PARTY LINKS AND RESOURCES

Our Site and Apps may contain links to third-party sites that are not owned or controlled by us. References on our Site and Apps to any names, marks, products or services of third parties, or links to third-party sites or information, are not an endorsement, sponsorship, or recommendation of the third party or its information, products, or services.

We have no control over, assume no responsibility for, and do not endorse or verify the content, privacy policies, or practices of any third-party sites or services, including, but not limited to, any third-party social media or mobile app platform with which the Services operate or otherwise interact. The Company is not responsible for the acts or omission of any operator of any such site or platform. Your use of any such third-party site or platform is at your own risk and will be governed by such third party's terms and policies (including its privacy policies). We make no warranties or representations about the accuracy, completeness, or timeliness of any content posted on the Site or our Apps by anyone other than us. We strongly advise you to read all third-party terms and conditions and privacy policies.

# 8. TEXT MESSAGING PROGRAM

**8.1 Enrollment.** If you enroll in our text messaging (SMS) program, you will be asked to consent expressly -- evidenced by provision of your mobile telephone number, specified prompted key word(s), or SMS/MMS or other text message affirmative response, as your signature to agree to receive recurring automated marketing messages where such messages may be sent by us or our vendors to the mobile number you provided at opt-in. Such consent is not a condition of making any purchase.

**General Terms & Disputes. Without limitation our text messaging program is subject to these complete Terms, which contain provisions that govern how claims you and we have against each other are resolved (see Legal Disputes and Arbitration Agreement Section below), including an obligation to arbitrate disputes, which will, subject to limited exceptions, require you to submit claims you have against us to binding arbitration, unless you opt-out in accordance with the Arbitration Section below.**

**8.2 Opting Out.** You can opt out from receiving SMS/MMS text messages by responding STOP to any message you receive in our text messaging program, or just texting STOP to the number from which you currently are receiving our text messages. In either case, you will receive one additional message confirming that your request has been processed.

**8.3 Your Own Wireless Plan.** As always, message and data rates may apply for any messages sent to and by you. If you have any questions about your text plan or data plan, it is best to contact your wireless provider.

**8.4 Your Duties for Your Own Phone Number.** You represent that you are the account holder or customary user for the mobile telephone number that you provide when enrolling in our text messaging program. If you change or deactivate that number, you are responsible for notifying us at Privacy Center immediately. Neither we, our vendors, and/or any mobile carrier is liable for delayed or undelivered messages. You agree to indemnify us in full for all claims, expenses, and damages related to or caused in whole or in part by your failure to notify us if you change your telephone number, including, but not limited to, all claims, expenses, and damages related to or arising under the U.S. Telephone Consumer Protection Act.

**8.5 Participation Subject to Termination or Change.** We may suspend or terminate your receipt of automated marketing messages from us if we believe you are in breach of these Terms. Your receipt of these messages is also subject to termination in the event that your mobile telephone service terminates or lapses. We reserve the right to modify or discontinue, temporarily or permanently, all or any part of these messages, with or without notice to you.

# 9. EVENTS BEYOND OUR CONTROL

We will not be liable for any non-compliance or delay in compliance with any of the obligations we assume under the Terms or other contracts when caused by events that are beyond our reasonable control ( **"Force Majeure"** ). Force Majeure shall include any act, event, failure to exercise, omission or accident that is beyond our reasonable control, including, among others, the following:

- Strike, lockout or other forms of protest.
- Civil unrest, revolt, invasion, terrorist attack or terrorist threat, war (declared or not) or threat or preparation for war.
- Fire, explosion, storm, flood, earthquake, collapse, epidemic, pandemic or any other natural disaster.
- Inability to use trains, ships, aircraft, motorized transport or other means of transport, public or private.
- Inability to use public or private telecommunication systems.
- Acts, decrees, legislation, regulations or restrictions of any government or public authority.
- Strike, failure or accident in maritime or river transport, postal transport or any other type of transport.

It shall be understood that our obligations deriving from the Terms or other contracts are suspended during the period in which Force Majeure remains in effect and we will be given an extension of the period in which to fulfil these obligations by an amount of time equal to the time the Force Majeure lasted. We will provide all reasonable resources to end the Force Majeure to the extent we can or to find a solution that enables us to fulfil our obligations under the Terms despite the Force Majeure.

# 10. LIABILITY FOR PURCHASED PRODUCTS, WAIVER, AND STATUTORY CONSUMER RIGHTS

**10.1 Company Liability.** Unless otherwise indicated expressly in these Terms, our liability regarding any product acquired on our Site shall be limited strictly to the price of purchase of said product. Notwithstanding the above, our liability shall not be waived nor limited in the following cases:

- in case of death or personal harm caused by our negligence;
- in case of fraud or fraudulent deceit; or
- in any case in which it was illegal or illicit to exclude, limit or attempt to exclude or limit our liability.

**10.2 Waiver of Liability.** Notwithstanding the paragraph above, and to the extent legally allowed, and unless these Terms indicate otherwise, we shall not accept any liability for the following losses, regardless of their origin:

- loss of income or sales;
- operating loss;
- loss of profits or contracts;
- loss of forecast savings;
- loss of data; and
- loss of business or management time.

**10.3 Warranties.** Due to the open nature of the Services and the possibility of errors in storage and transmission of digital information, we do not warrant the accuracy and security of the information transmitted or obtained by means of the Services, unless otherwise indicated expressly on the Services. All product descriptions, information and materials shown on the Services are provided "as is", with no express or implied warranties or conditions of the same, except those legally established. In this sense, if you are contracting as a consumer or user, we are obliged to deliver goods that are in conformity with the mutually intended transaction, in accordance with commercial reasonable expectations, being liable to you for any lack

of conformity which exists at the time of delivery. It is understood that the goods are in conformity with the transaction or intended purchase if they: (i) comply with the description given by us and possess the qualities that we have presented in this Site; (ii) are fit for the purposes for which goods of this kind are normally used; and (iii) show the quality and performance which are normal in goods of the same type and which can reasonably be expected To the extent permitted by law, we exclude all warranties and conditions (whether express or implied), except those that may not be excluded legitimately.

## 11. LIMITATION OF LIABILITY

**PLEASE READ THIS SECTION CAREFULLY SINCE IT LIMITS THE LIABILITY OF SHEIN TO YOU.**

(1)   BY USING THE SERVICES, YOU HEREBY ACKNOWLEDGE AND AGREE THAT WE ARE PROVIDING THE SERVICES, INCLUDING THE SITE AND APPS, ON AN "AS IS" "AS AVAILABLE" AND "WITH ALL DEFAULTS" BASIS, WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. WITHOUT LIMITING THE FOREGOING, AND TO THE EXTENT PERMITTED BY LAW, THE COMPANY EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES AND CONDITIONS OF ANY KIND INCLUDING ANY WARRANTY OR CONDITION OF MERCHANTABILITY, TITLE, ACCURACY, COMPLETENESS, UNINTERRUPTED OR ERROR-FREE SERVICE, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT, NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR TRADE USAGE.

(2)   WE MAKE NO PROMISES WITH RESPECT TO, AND EXPRESSLY DISCLAIM ALL LIABILITY FOR: (1) PRODUCTS, SERVICES, INFORMATION, PROGRAMMING, AND/OR ANYTHING ELSE PROVIDED BY A THIRD PARTY THAT IS ACCESSIBLE TO YOU THROUGH THE SERVICES; OR (2) THE QUALITY OR CONDUCT OF ANY THIRD PARTY YOU ENCOUNTER IN CONNECTION WITH YOUR USE OF THE SERVICES.

(3)   YOU AGREE THAT TO THE MAXIMUM EXTENT PERMITTED BY LAW, WE WILL NOT BE LIABLE TO YOU UNDER ANY THEORY OF LIABILITY. WITHOUT LIMITING THE FOREGOING, YOU AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY LAW, COMPANY ENTITIES WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, OR EXEMPLARY DAMAGES, LOSS OF PROFITS, BUSINESS INTERRUPTION, REPUTATIONAL HARM, OR LOSS OF DATA (EVEN IF FORESEEABLE) ARISING OUT OF OR IN ANY WAY CONNECTED WITH YOUR USE OF, OR INABILITY TO USE, THE SERVICES.

(4)   YOUR SOLE REMEDY FOR DISSATISFACTION WITH THE SERVICES IS TO CEASE USE OF THE SERVICES.

SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR EXCLUSIONS OF LIABILITY FOR CERTAIN TYPES OF DAMAGES. AS A RESULT, THE ABOVE LIMITATIONS AND EXCLUSIONS MAY NOT APPLY TO YOU IN WHOLE OR IN PART.

# 12. LEGAL DISPUTES AND ARBITRATION AGREEMENT FOR USERS IN THE UNITED STATES

**Please Read the Following Clauses Carefully – It May Significantly Affect Your Legal Rights, Including Your Right to File a Lawsuit in Court**

**12.1 Initial Dispute Resolution.** We are available by email at legal@shein.com to address any concerns you may have regarding your use of the Services. Most concerns may be quickly resolved in this manner. Each of you and we agree to use best efforts to settle any dispute, claim, question, or disagreement directly through consultation and good faith negotiations which shall be a precondition to either party initiating a lawsuit or arbitration.

**12.2 Agreement to Binding Arbitration.** If we do not reach an agreed upon solution within a period of thirty (30) days from the time informal dispute resolution is pursued pursuant to the immediately preceding paragraph, then either party may initiate binding arbitration. All claims arising out of or relating to the Terms (including their formation, performance and breach), your and our relationship and/or your use of the Services shall be finally settled by binding arbitration administered by JAMS, in accordance with the JAMS Streamlined Arbitration Rules and Procedures, excluding any rules or procedures governing or permitting class actions. Each party will have the right to use legal counsel in connection with arbitration at its own expense. You and we shall select a single neutral arbitrator in accordance with the JAMS Streamlined Arbitration Rules and Procedures. The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of the Terms, including, but not limited to, any claim that all or any part of the Terms is void or voidable. The arbitrator shall be empowered to grant whatever relief would be available in a court under law or in equity. The arbitrator's award shall be in writing and provide a statement of the essential findings and conclusions, shall be binding on you and us and may be entered as a judgment in any court of competent jurisdiction. The interpretation and enforcement of the Terms shall be subject to the Federal Arbitration Act.

The JAMS rules governing the arbitration may be accessed at https://www.jamsadr.com/adr-rules-procedures. If you initiate arbitration, to the extent the filing fee for the arbitration exceeds Two Hundred and Fifty U.S. Dollars ($250.00), we will pay the additional cost. If we are required to pay the additional cost of the filing fees, you should submit a request for payment of fees to JAMS along with your form for initiating the arbitration, and we

will make arrangements to pay all necessary fees directly to JAMS. We will also be responsible for paying all other arbitration costs arising in connection with the arbitration, other than costs incurred by you for legal counsel, travel and other out-of-pocket costs and expenses not constituting fees or amounts payable to JAMS. You will not be required to pay fees and costs incurred by us if you do not prevail in arbitration. We will also pay JAMS to reimburse you for any portion of the $250 filing fee that is more than what you would otherwise have to pay to file suit in a court of law.

You and we understand that, absent this mandatory provision, you and we would have the right to sue in court and have a jury trial. You and we further understand that the right to discovery may be more limited in arbitration than in court.

**12.3 Class Action and Class Arbitration Waiver.** You and we each further agree that any arbitration shall be conducted in our respective individual capacities only and not as a class action, and you and we each expressly waive our respective right to file a class action or seek relief on a class basis. If any court or arbitrator determines that the class action waiver set forth in this paragraph is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the arbitration provision set forth above shall be deemed null and void in its entirety and you and we shall be deemed to have not agreed to arbitrate disputes.

**12.4 Exception - Small Claims Court Claims.** Notwithstanding your and our agreement to resolve all disputes through arbitration, either you or we may seek relief in a small claims court for disputes or claims within the scope of that court's jurisdiction.

**12.5 California Private Attorneys General Act (PAGA) Action.** Notwithstanding the parties' agreement to resolve all disputes through arbitration, either party may seek relief in a court of law for a claim arising under California's Private Attorneys General Act.

**12.6 30-Day Right to Opt-Out.** You have the right to opt-out and not be bound by the arbitration and class action waiver provisions set forth above by sending written notice of your decision to opt-out by emailing us at legal@shein.com . The notice must be sent within thirty (30) days of your agreement to the Terms, otherwise you shall be bound to arbitrate disputes in accordance with the terms of this Section. If you opt-out of these arbitration provisions, we also will not be bound by them.

**12.7 Exclusive Venue for Litigation.** To the extent that the arbitration provisions set forth above do not apply or if you have opted out of arbitration, you and we agree that any litigation between you and us shall be filed exclusively in state or federal courts located in California (except for small claims court actions which may be brought in the county where you reside). You and we expressly consent to exclusive jurisdiction in California for any litigation other than small claims court actions. In the event of litigation relating to the Terms or the Services, you and we agree to waive, to the maximum extent permitted by law, any right to a jury trial, except where a jury trial waiver is not permissible under applicable law.

# 13. LEGAL TERMS

**13.1 Assignment.** You may not assign or transfer this Agreement (or any of your rights or obligations under this Agreement) without prior written consent. Any attempted assignment or transfer without complying with the foregoing will be void. We may freely assign or transfer this Agreement. This Agreement inures to the benefit of and is binding upon the parties and their respective legal representatives, successors, and assigns.

**13.2 Entire Agreement; No Waiver.** These Terms, together with our Privacy Policy, and any other legal notices published on the Site or Apps, shall constitute the entire agreement between you and us concerning the Services, and supersedes all prior terms, agreements, discussions and writings regarding the Services. If any provision of the Terms is found to be unenforceable, then that provision shall not affect the validity of the remaining provisions of the Terms, which shall remain in full force and effect.

No waiver of any term of the Terms shall be deemed a further or continuing waiver of such term or any other term. Our failure to assert any right or provision under the Terms shall not constitute a waiver of such right or provision.

**13.3 Indemnification.** You agree to release, indemnify, and defend the Company and any subsidiaries, affiliates, related companies, suppliers, licensors and partners, and the officers, directors, employees, agents and representatives of each from all third-party claims and costs (including reasonable attorneys' fees) arising out of or related to: (1) your use of the Services; (2) your conduct or interactions with other users of the Services; (3) your breach of these Terms. We will notify you promptly of any such claim and will provide you (at your expense) with reasonable assistance in defending the claim. You will allow us to participate in the defense and will not settle any such claim without our prior written consent. We reserve the right, at our own expense, to assume the exclusive defense of any matter otherwise subject to indemnification by you. In that event, you will have no further obligation to defend us in that matter.

**13.4 Interpretation.** In construing or interpreting the Terms, headings are for convenience only, and not to be considered.

**13.5 Applicable Law.** If you are a resident of the United States, your use of our Site and the product purchase contracts through said Site shall be governed by the law of the United States.

# 14. COPYRIGHT INFRINGEMENT AND DMCA POLICY

As we ask others to respect our intellectual property rights, we respect the intellectual property rights of others. If you believe that material located on or linked to by the Company violates your copyright, you are encouraged to notify us in accordance with the Digital Millennium Copyright Act. To do so, please send an email to copyright@shein.com with the subject "DMCA Notice," and include the following:

- identify the copyrighted work that you claim has been infringed along with any copyright registration;

- identify the material or link on our Services that you claim is infringing your copyrighted work;

- provide your full legal name, company affiliation, mailing address, telephone number, and email address; and

- include in the body of your notice the following statement, followed by your electronic or physical signature: "I hereby state that the information in this Notice is accurate and, under penalty of perjury, that I am the owner, or authorized to act on behalf of, the owner, of the copyright or of an exclusive right under the copyright that is allegedly infringed."

We will respond to all such notices, including as required or appropriate by removing the infringing material or disabling all links to the infringing material. We will terminate a visitor's access to and use of the Services if, under appropriate circumstances, the visitor is determined to be a repeat infringer of the copyrights or other intellectual property rights of the Company or others. In the case of such termination, we will have no obligation to provide a refund of any amounts previously paid to us.

## 15. BUSINESS TRANSFERS

If Roadget Business Pte. Ltd or substantially all of its assets, were acquired, or in the unlikely event that the Company or its affiliates go out of business or enters bankruptcy, user information would be one of the assets that is transferred or acquired by a third party. You acknowledge that such transfers may occur, and that any acquirer of the Company may continue to use your personal information as set forth in this Agreement. For more information, please see our Privacy Policy .

## 16. CONTACT US

We welcome your questions and comments about our privacy practices or these Terms. You may contact us anytime via email at legal@shein.com or through our Customer Service Platform .